# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, § § § | |
| Plaintiff, § § | |
| v. § § § | CIVIL ACTION NO. 6:13-cv-507 |
| HTC CORPORATION, § | **JURY TRIAL DEMANDED** |
| HTC AMERICA, INC., § | |
| EXEDEA, INC., § | |
| AT&T INC., § | |
| AT&T MOBILITY LLC, § | |
| VERIZON COMMUNICATIONS, INC., § | |
| CELLCO PARTNERSHIP INC. D/B/A § | |
| VERIZON WIRELESS, § | |
| SPRINT NEXTEL CORPORATION, § | |
| SPRINT SOLUTIONS, INC., § | |
| SPRINT SPECTRUM L.P., § | |
| BOOST MOBILE, LLC, § | |
| T-MOBILE USA, INC., and § | |
| T-MOBILE US, INC., § § | |
| Defendants. § | |

## **PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Plaintiff files this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states the following:

The parent company of Cellular Communications Equipment LLC is Acacia Research Group LLC. The parent company of Acacia Research Group LLC is Acacia Research Corporation.

**Dated: June 26, 2013**                Respectfully submitted,

                                        _Edward R. Nelson, III by permission T. John Ward, Jr._
                                        Edward R. Nelson, III
                                        enelson@nbclaw.net

Texas State Bar No. 00797142
Brent N. Bumgardner
bbumgarnder@nbclaw.net
Texas State Bar No. 00795272
Barry J. Bumgardner
barry@nbclaw.net
Texas State Bar No. 00793424
S. Brannon Latimer
blatimer@nbclaw.net
Texas State Bar No. 24060137
Thomas C. Cecil
tcecil@nbclaw.net
Texas State Bar No. 24069489
Michael J. Fagan, Jr.
mfagan@nbclaw.net
Louisiana State Bar No. 33821
NELSON BUMGARDNER CASTO, P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Phone: (817) 377-9111
Fax: (817) 377-3485

T. John Ward, Jr.
Texas State Bar No. 00794818
J. Wesley Hill
Texas State Bar No. 24032294
Claire Abernathy Henry
Texas State Bar No. 24053063
WARD & SMITH LAW FIRM
P.O. Box 1231
1127 Judson Rd. Ste. 220
Longview, Texas 75606-1231
(903) 757-6400
(903) 757-2323 (fax)
jw@jwfirm.com
wh@wsfirm.com
ch@wsfirm.com

**ATTORNEYS FOR PLAINTIFF**
**CELLULAR COMMUNICATIONS**
**EQUIPMENT LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 26th day of June, 2013.

/s/ T. John Ward, Jr.