# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS, EQUIPMENT LLC, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 6:13-cv-507 |
| HTC CORPORATION, ET AL., ) ) | JURY TRIAL DEMANDED |
| Defendants. ) ) | |

## STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE OF AT&T INC.

Before the Court is the Stipulation of Dismissal Without Prejudice as to Defendant AT&T Inc. submitted by Plaintiff Cellular Communications Equipment LLC and Defendants AT&T Inc. and AT&T Mobility LLC.

Pursuant to stipulation of the parties, it is hereby ordered that AT&T Inc. is dismissed from this action without prejudice.

**So ORDERED and SIGNED this 18th day of September, 2013.**

**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**