IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS, EQUIPMENT LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action No. 6:13-cv-507 |
| HTC CORPORATION, ET AL., | ) ) JURY TRIAL DEMANDED |
| Defendants. | ) ) ) |

**STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE
OF DEFENDANT SPRINT NEXTEL CORPORATION
(N/K/A SPRINT COMMUNICATIONS, INC.)**

Before the Court is the Stipulation of Dismissal Without Prejudice as to Defendant Sprint Nextel Corporation (now known as Sprint Communications, Inc.) submitted by Plaintiff Cellular Communications Equipment LLC.

Pursuant to stipulation of the parties, it is hereby ordered that Defendant Sprint Nextel Corporation (now known as Sprint Communications, Inc.) is dismissed from this action without prejudice.

**So ORDERED and SIGNED this 26th day of December, 2013.**

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE