# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § | |
| Plaintiff, | § § | Civil Action No. 6:13-cv-507 (lead case) (Consolidated with |
| v. | § § | Case No. 6:13-cv-00568-LED) |
| HTC CORPORATION, et al. | § § | Patent case |
| Defendants. | § § § | |

## NOTICE OF APPEARANCE OF RAVI R. RANGANATH

Defendant Amazon.com, Inc. hereby notifies the Court that Ravi R. Ranganath, of the law firm of Fenwick and West LLP, is appearing as counsel for defendant Amazon.com, Inc. Mr. Ranganath's e-mail address, for purposes of Receipt of Notice of Electronic Filing, is as follows:  rranganath@fenwick.com and rpelayo@fenwick.com.  For other purposes, contact information for counsel is set forth below.  Defendants request that Mr. Ranganath be included on the Court's and parties' service lists.

Dated: March 3, 2014

Respectfully submitted,

FENWICK & WEST, LLP

*/s/ Ravi R. Ranganath*
Ravi R. Ranganath
CA Bar No. 272981 (Admitted to E.D. Tex)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendant Amazon.com, Inc.

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 3, 2014.

                                            */s/ Ravi R. Ranganath*
                                            Ravi R. Ranganath
                                            CA Bar No. 272981 (Admitted to E.D. Tex)