**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| CELLULAR COMMUNICATIONS ) <br> EQUIPMENT LLC, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICROSOFT CORPORATION; ) <br> ) <br>     Defendant. ) <br> ) | Civil Action No. 6:13-cv-00507 (Lead Case) <br><br> (Consolidated with <br> Case No. 6:13-cv-00738-LED) <br><br> JURY TRIAL DEMANDED |

**NOTICE OF APPEARANCE OF DANIEL J. GALLIGAN**

    Defendant Microsoft Corporation hereby notifies the Court and all parties of record that Daniel J. Galligan of the law firm Sidley Austin LLP, 717 North Harwood, Suite 3400, Dallas, Texas, 75201, will be appearing as an attorney of record on its behalf in the above action. For purposes of receiving Notices of Electronic Filings and Orders from the Court, Mr. Galligan's primary e-mail address is the following: dgalligan@sidley.com. Defendant requests that Mr. Galligan be included on the Court's and all parties' service lists.

Dated: March 6, 2014

    Respectfully submitted,

    SIDLEY AUSTIN LLP

    /s/ *Daniel J. Galligan*
    Daniel J. Galligan
    Texas State Bar No. 24050635
    717 North Harwood, Suite 3400
    Dallas, Texas 75201
    Telephone: (214) 981-3320
    Facsimile: (214) 981-3400
    E-mail: dgalligan@sidley.com

Attorneys for Defendant Microsoft Corporation

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically in compliance with Local Rule CV-5(a). As such, the foregoing document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(2). Pursuant to Fed. R. Civ. P. 5(a)-(d) and Local Rule CV-5(d), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing document by e-mail and/or facsimile on this the 6th day of March, 2014.

/s/ *Daniel J. Galligan*<br>Daniel J. Galligan