**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 6:13-cv-00507 (Lead Case) |
| v. | ) ) ) | (Consolidated with Case No. 6:13-cv-00738-LED) |
| MICROSOFT CORPORATION; | ) ) | JURY TRIAL DEMANDED |
| Defendant. | ) ) | |

**NOTICE OF APPEARANCE OF JOHN W. MCBRIDE**

Defendant Microsoft Corporation hereby notifies the Court and all parties of record that John W. McBride of the law firm Sidley Austin LLP, One South Dearborn, Chicago, Illinois, 60603, will be appearing as an attorney of record on its behalf in the above action. For purposes of receiving Notices of Electronic Filings and Orders from the Court, Mr. McBride's primary e-mail address is the following: jwmcbride@sidley.com. Defendant requests that Mr. McBride be included on the Court's and all parties' service lists.

Dated: March 6, 2014

Respectfully submitted,

SIDLEY AUSTIN LLP

/s/ *John W. McBride*
John W. McBride
IL Bar No. 6294453
(Admitted *Pro Hac Vice* to E.D. Tex)
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
E-mail: jwmcbride@sidley.com

                                                Attorneys for Defendant Microsoft Corporation

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically in compliance with Local Rule CV-5(a). As such, the foregoing document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(2). Pursuant to Fed. R. Civ. P. 5(a)-(d) and Local Rule CV-5(d), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing document by e-mail and/or facsimile on this the 6th day of March, 2014.

                                                /s/ *John W. McBride*
                                                John W. McBride