# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § | |
| Plaintiff, | § | |
| v. | § § | Civil Action No. 6:13-cv-00507-LED |
| HTC CORPORATION, et al. | § § § | LEAD CASE |
| Defendants. | § § | |

## NOTICE OF ATTORNEY APPEARANCE FOR
## NEC DEFENDANTS AND DEFENDANT AT&T MOBILITY LLC

Defendants NEC Casio Mobile Communications, Ltd., NEC Corporation of America (collectively "NEC"), and AT&T Mobility LLC file this notice of attorney appearance and hereby notify the Court and all parties of record that Adam A. Allgood is appearing as counsel for the NEC Defendants and Defendant AT&T Mobility LLC in the above-referenced matter.

| | |
|---|---|
| Dated: March 18, 2014 | MORGAN, LEWIS & BOCKIUS LLP |
| | /s/ Adam A. Allgood |
| | Rick L. Rambo |
| | Texas State Bar No. 00791479 |
| | rrambo@morganlewis.com |
| | Adam A. Allgood |
| | Texas State Bar No. 24059403 |
| | aallgood@morganlewis.com |
| | 1000 Louisiana Street, Suite 4000 |
| | Houston, Texas 77002 |
| | (713) 890-5000 Telephone |
| | (713) 890-5001 Facsimile |
| | |
| | Bradford A. Cangro (*admitted in TXED*) |
| | D.C. Bar No. 495996 |
| | bcangro@morganlewis.com |
| | MORGAN, LEWIS & BOCKIUS LLP |
| | 1111 Pennsylvania Avenue, NW |
| | Washington, DC 2004 |
| | (202) 739-3000 Telephone |
| | (202) 739-3001 Facsimile |
| OF COUNSEL: | |
| | |
| Robert W. Busby, LEAD ATTORNEY | |
| Virginia Bar No. 41312 (*Application for Admission Pro Hac Vice Pending*) | |
| rbusby@morganlewis.com | |
| Jeremy D. Peterson | |
| Virginia Bar No. 36183 (*Application for Admission Pro Hac Vice Pending*) | |
| jpeterson@morganlewis.com | |
| John D. Zele | |
| Virginia Bar No. 36183 (*Application for Admission Pro Hac Vice Pending*) | |
| jzele@morganlewis.com | |
| MORGAN, LEWIS & BOCKIUS LLP | |
| 1111 Pennsylvania Avenue, NW | |
| Washington, DC 20004 | |
| (202) 739-3000 Telephone | |
| (202) 739-3001 Facsimile | |
| | *ATTORNEYS FOR DEFENDANTS NEC CASIO MOBILE COMMUNICATIONS, LTD., NEC CORPORATION OF AMERICA, AND AT&T MOBILITY LLC* |

- 3 -

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document has been served via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 18, 2014.

<em>/s/ Adam A. Allgood</em><br>
Adam A. Allgood