# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § | |
| Plaintiff, | § § | Civil Action No. 6:13-cv-507 LED |
| v. | § § | (Lead Case for Consolidation) |
| HTC CORPORATION, et al. | § § | JURY TRIAL DEMANDED |
| Defendant. | § § § | |
| | § | |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § | Civil Action No. 6:13-cv-569 |
| Plaintiff, | § § | (Consolidated Patent Case) |
| v. | § § | |
| DELL INC., | § § | |
| Defendant. | § § | |

## NOTICE OF ATTORNEY APPEARANCE

Notice is given that the undersigned, Tammy Pennington Rhodes, hereby enters an appearance for Defendant DELL INC. in the above-entitled case and requests that all future pleadings and papers filed under Fed. R.Civ. P. 5 be served on her through the Court's CM/ECF system per Local Rule CV-5(a)(3).

April 10, 2014                               RESPECTFULLY SUBMITTED,

                                            */s/ Tammy Pennington Rhodes*
                                            Roger Fulghum

Lead Attorney
State Bar No.  00790724
Tammy Pennington Rhodes
State Bar No.  24051182
Baker Botts LLP - Houston
910 Louisiana Street
One Shell Plaza
Houston, TX 77002-4995
713/229-1707
Fax: 713/229-2707
Email: roger.fulghum@bakerbotts.com
Email: tammy.pennington@bakerbotts.com


Deron R Dacus
State Bar No. 00790553
The Dacus Firm, PC
821 ESE Loop 323, Suite 430
Tyler, TX 75701
903/705-1117
Fax: 9037051117
Email: ddacus@dacusfirm.com

ATTORNEYS FOR DEFENDANT DELL INC.


**CERTIFICATE OF SERVICE**

The undersigned certifies that April 10, 2014 the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and  was served on all counsel who have consented to electronic service, per  Local Rule CV-5(a)(3)(A).  All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by First Class Mail.


*/s/ Tammy Pennington Rhodes*
Tammy Pennington Rhodes