**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § § § | |
| Plaintiff, | | |
| v. | § § § | CASE NO. 6:13-CV-00507-LED (LEAD CASE) |
| HTC CORPORATION, *et al* | § § § | |
| Defendants. | | |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Brendan P. O'Shea, of H.C. Park & Associates, PLC, enters his appearance on behalf of Defendants PANTECH CO., LTD., and PANTECH WIRELESS, INC., in this matter as additional counsel.

Brendan P. O'Shea may receive all communications from the Court and from other parties at H.C. Park & Associates, PLC, 1894 Preston White Drive, Reston, VA 20191; Telephone: 703-544-9257; Facsimile: 703-288-5139; Email: boshea@park-law.com.

Dated:  April 13, 2014.    Respectfully submitted,

*/s/ Brendan P. O'Shea*
Brendan P. O'Shea
H.C. Park & Associates, PLC
1894 Preston White Drive
Reston, VA 20191
Telephone: 703-544-9257
Facsimile: 703-288-5139
boshea@park-law.com

*Attorney for Defendants*
*PANTECH CO., INC. and*
*PANTECH WIRELESS, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 13th day of April, 2014, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                               */s/ Brendan P. O'Shea*
                                               Brendan P. O'Shea