IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 6:13-cv-507-LED |
| v. | ) ) | LEAD CASE |
| HTC CORPORATION, et al., | ) ) ) | |
| Defendants. | ) ) ) | |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 6:13-cv-738-LED |
| v. | ) ) ) | |
| MICROSOFT CORP., | ) ) | |
| Defendant. | ) ) ) ) | |

**NOTICE OF APPEARANCE OF COUNSEL**
**FOR MICROSOFT CORPORATION**

Defendant Microsoft Corporation ("Microsoft") files this Notice of Appearance, and hereby notifies the Court and all parties of record that Robert J. Benson of the law firm Orrick, Herrington & Sutcliffe LLP, 2050 Main Street, Suite 1100, Irvine, CA 92614-8255, is appearing as counsel for Microsoft in the above-referenced matter.

Dated:  April 16, 2014                                   Respectfully submitted,

/s/ *Robert J. Benson*
Robert J. Benson
rbenson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street
Suite 1100
Irvine, CA 92614-8255
949-852-7705
949-567-6710 fax

I. Neel Chatterjee
nchatterjee@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
650-614-7356

Richard A. Cederoth
rcederoth@sidley.com
Ellen S. Robbins
erobbins@sidley.com
David T. Pritikin
dpritikin@sidley.com
John W. McBride
jwmcbride@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois  60603
312-853-7000
312-853-7036 fax

Daniel J. Galligan
dgalligan@sidley.com
SIDLEY AUSTIN, LLP
717 North Harwood
Suite 3400
Dallas, Texas 75201
214-981-3320
214-981-3400 fax

Jennifer Parker Ainsworth
Texas State Bar No. 00784720
jainsworth@wilsonlawfirm.com
WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
P.O. Box 7339 [75711]
Tyler, Texas 75701
903-509-5000
903-509-5092 fax

ATTORNEYS FOR DEFENDANT
MICROSOFT CORPORATION

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3), on April 16, 2014.

*/s/ Robert J. Benson*
Robert J. Benson
