## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HTC CORPORATION, et al., )<br>)<br>Defendants. )<br>)<br>) | )<br>)<br>)<br>Civil Action No. 6:13-cv-507-LED<br>LEAD CASE |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICROSOFT CORP., )<br>)<br>Defendant. )<br>)<br>) | )<br>)<br>)<br>Civil Action No. 6:13-cv-738-LED |

**NOTICE OF APPEARANCE OF COUNSEL**
**FOR MICROSOFT CORPORATION**

Defendant Microsoft Corporation ("Microsoft") files this Notice of Appearance, and hereby notifies the Court and all parties of record that I. Neel Chatterjee, with the law firm Orrick, Herrington & Sutcliffe LLP, 1000 Marsh Road, Menlo Park, CA 94025-1015, is appearing as counsel for Microsoft in the above-referenced matter.

Dated: April 16, 2014                    Respectfully submitted,

*/s/ I. Neel Chatterjee*
I. Neel Chatterjee
nchatterjee@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
650-614-7356

Robert J. Benson
rbenson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street
Suite 1100
Irvine, CA 92614-8255
949-852-7705
949-567-6710 fax

Richard A. Cederoth
rcederoth@sidley.com
Ellen S. Robbins
erobbins@sidley.com
David T. Pritikin
dpritikin@sidley.com
John W. McBride
jwmcbride@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
312-853-7000
312-853-7036 fax

Daniel J. Galligan
dgalligan@sidley.com
SIDLEY AUSTIN, LLP
717 North Harwood
Suite 3400
Dallas, Texas 75201
214-981-3320
214-981-3400 fax

> Jennifer Parker Ainsworth
> Texas State Bar No. 00784720
> jainsworth@wilsonlawfirm.com
> WILSON, ROBERTSON & CORNELIUS, P.C.
> 909 ESE Loop 323, Suite 400
> P.O. Box 7339 [75711]
> Tyler, Texas 75701
> 903-509-5000
> 903-509-5092 fax
>
> ATTORNEYS FOR DEFENDANT
> MICROSOFT CORPORATION

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3), on April 16, 2014.

> */s/ I. Neel Chatterjee*
> I. Neel Chatterjee