**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | ) ) ) | |
| *Plaintiff*, | ) ) | Civil Action No. 6:13-cv-00507-LED (Lead Case) |
| v. | ) ) | |
| HTC CORPORATION, ET AL., | ) ) ) | JURY TRIAL DEMANDED |
| *Defendants*. | ) ) | |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | ) ) ) ) | |
| *Plaintiff*, | ) ) | Civil Action No. 6:13-cv-00738-LED |
| v. | ) ) | JURY TRIAL DEMANDED |
| MICROSOFT CORPORATION, | ) ) ) | |
| *Defendant*. | ) ) | |

## NOTICE OF APPEARANCE OF DAVID E. KILLOUGH

Defendant Microsoft Corporation hereby notifies the Court and all parties of record that David E. Killough of Microsoft Corporation, One Microsoft Way, Redmond, Washington, 98052, will be appearing as an attorney of record on its behalf in the above actions. For purposes of receiving Notices of Electronic Filings and Orders from the Court, Mr. Killough's primary e-mail address is the following: davkill@microsoft.com. Defendant requests that Mr. Killough be included on the Court's and all parties' service lists.

Dated: April 17, 2014                                      Respectfully submitted,

                                                     /s/ *David E. Killough*
                                                   David E. Killough
                                                   TX Bar No. 24030903
                                                   Microsoft Corporation
                                                   One Microsoft Way
                                                   Redmond, WA 98052
                                                   Telephone:  (425) 703-8865
                                                   Facsimile:   (425) 869-1327
                                                   E-mail: davkill@microsoft.com

                                                   Attorney for Defendant
                                                   Microsoft Corporation

**CERTIFICATE OF SERVICE**

     The undersigned certifies that the foregoing document was served electronically in compliance with Local Rule CV-5(a). As such, the foregoing document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(2). Pursuant to Fed. R. Civ. P. 5(a)-(d) and Local Rule CV-5(d), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing document by e-mail and/or facsimile on this the 17th day of April, 2014.

                                                   /s/ *David E. Killough*
                                                 David E. Killough