**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>HTC CORPORATION, et al.,<br><br>　　　　Defendants. | § § § § § § § § § § § | Civil Action No. 6:13-cv-507-LED<br>LEAD CASE |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>MICROSOFT CORP.,<br><br>　　　　Defendant. | § § § § § § § § § § § § | Civil Action No. 6:13-cv-738-LED |

**NOTICE OF APPEARANCE OF COUNSEL
FOR MICROSOFT CORPORATION**

Defendant Microsoft Corporation ("Microsoft") files this Notice of Appearance, and hereby notifies the Court and all parties of record that Christina Von der Ahe of the law firm Orrick, Herrington & Sutcliffe LLP, 2050 Main Street, Suite 1100, Irvine, CA 92614-8255, is appearing as counsel for Microsoft in the above-referenced matter.

Dated: May 30, 2014                              Respectfully submitted,


                                   By: /s/ *Christina Von der Ahe*
                                       Christina Von der Ahe, Bar No. 255467
                                       cvonderahe@orrick.com
                                       ORRICK HERRINGTON & SUTCLIFFE, LLP
                                       2050 Main Street, Suite 1100
                                       Irvine, CA 92614-8255
                                       Telephone:   +1-949-852-7705
                                       Facsimile:   +1-949-567-6710

                                       I. Neel Chatterjee, Bar No. 173985
                                       nchatterjee@orrick.com
                                       ORRICK HERRINGTON & SUTCLIFFE, LLP
                                       1000 Marsh Road
                                       Menlo Park, California  94025
                                       Telephone:   +1-650-614-7400
                                       Facsimile:   +1-650-614-7401


                                       Robert J. Benson, Bar No. 155971
                                       rbenson@orrick.com
                                       ORRICK HERRINGTON & SUTCLIFFE, LLP
                                       2050 Main Street, Suite 1100
                                       Irvine, CA 92614-8255
                                       Telephone:   +1-949-852-7705
                                       Facsimile:   +1-949-567-6710

                                       Richard A. Cederoth
                                       rcederoth@sidley.com
                                       Ellen S. Robbins
                                       erobbins@sidley.com
                                       David T. Pritikin
                                       dpritikin@sidley.com
                                       John W. McBride
                                       jwmcbride@sidley.com
                                       Nathaniel C. Love
                                       nlove@sidley.com
                                       SIDLEY AUSTIN LLP
                                       One South Dearborn
                                       Chicago, IL 60603
                                       Telephone:   +1-312-853-7000
                                       Facsimile:   +1-312-853-7036

Daniel J. Galligan
dgalligan@sidley.com
SIDLEY AUSTIN LLP
717 North Harwood, Suite 3400
Dallas, TX 75201
Telephone:  +1-214-981-3320
Facsimile:  +1-214-981-3400

Jennifer Parker Ainsworth
Texas State Bar No. 00784720
jainsworth@wilsonlawfirm.com
WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
P.O. Box 7339
Tyler, TX 75701
Telephone:  +1-903-509-5000
Facsimile:  +1-903-509-5092

Attorneys for Defendant
MICROSOFT

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3), on May 30, 2014.

*/s/ Christina Von der Ahe*
Christina Von der Ahe