IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § | |
| | § | Case No. 6:13-cv-507 |
| v. | § § | Consolidated Lead Case |
| HTC CORPORATION, ET AL. | § § | |
| | § § | |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § | |
| v. | § § | Case No. 6:13-cv-738 |
| MICROSOFT CORPORATION | § § § | |

## ORDER

Before the above-styled cases were consolidated, Defendant Microsoft Corporation ("Microsoft") filed a motion to dismiss or transfer (Cause No. 6:13-cv-738, Docket No. 9). Following consolidation, Plaintiff Cellular Communications Equipment LLC filed an Amended Complaint against all Defendants. Docket No. 92. On April 14, 2014 the Court issued an Order lifting a stay as to Microsoft as of May 1, 2014. Docket No. 122. Microsoft subsequently filed a renewed Motion to Dismiss or Transfer. Docket No. 151.

Because the Amended Complaint supersedes Plaintiff's original Complaint and in light of the renewed motion to dismiss or transfer, Microsoft's original motion to dismiss or transfer, Cause No. 6:13-cv-738, Docket No. 9, is **DENIED AS MOOT**.

So ORDERED and SIGNED this 3rd day of June, 2014.



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**