**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | **Civil Action No. 6:13-cv-507-LED** |
| **HTC CORPORATION et al.,** | § | **Consolidated Lead Case** |
| **Defendants.** | § | |
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | **Civil Action No. 6:13-cv-510** |
| **BLACKBERRY LIMITED et al.,** | § | **Consolidated Patent Case** |
| **Defendants.** | § | |

**NOTICE OF APPEARANCE**

Defendants BlackBerry Limited and BlackBerry Corporation (collectively, “Defendants”) hereby give notice that Harrison G. Rich enters his appearance as attorney of record for Defendants and request that copies of all notices, orders, and pleadings be served on the undersigned counsel.

Dated: June 26, 2014

Respectfully submitted,

By: <u>*/s/ Harrison G. Rich*</u>

Kurt M. Pankratz, Lead Attorney
Texas Bar No. 24013291
kurt.pankratz@bakerbotts.com
Kevin E. Cadwell
Texas Bar No. 24036304
kevin.cadwell@bakerbotts.com
Roshan Mansinghani
Texas Bar No. 24057026
roshan.mansinghani@bakerbotts.com
Harrison G. Rich
Texas Bar No. 24083730
harrison.rich@bakerbotts.com

**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 600
Dallas, Texas 75201-2980
Telephone: (214) 953-6584
Facsimile: (214) 661-4584

*Attorneys for BlackBerry Limited and BlackBerry Corporation*
.

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 26th day of June, 2014, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

<u>*/s/ Harrison G. Rich*</u>
Harrison G. Rich