# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 6:13-cv-507-LED |
| **HTC CORPORATION et al.,** | § § | Consolidated Lead Case |
| Defendants. | § § § | |
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,** | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 6:13-cv-510 |
| **BLACKBERRY LIMITED et al.,** | § § | Consolidated Patent Case |
| Defendants. | § § § | |

## NOTICE OF APPEARANCE

Defendants T-Mobile USA, Inc. and T-Mobile US, Inc. (collectively, "Defendants") hereby give notice that Kevin E. Cadwell enters his appearance as attorney of record for Defendants and request that copies of all notices, orders, and pleadings be served on the undersigned counsel.

Dated: June 26, 2014                    Respectfully submitted,

> By: */s/ Kevin E. Cadwell*
> Kurt M. Pankratz, Lead Attorney
>   Texas Bar No. 24013291
>   kurt.pankratz@bakerbotts.com
> Kevin E. Cadwell
>   Texas Bar No. 24036304
>   kevin.cadwell@bakerbotts.com
> Roshan Mansinghani
>   Texas Bar No. 24057026
>   roshan.mansinghani@bakerbotts.com
>
> **BAKER BOTTS L.L.P.**
> 2001 Ross Avenue, Suite 600
> Dallas, Texas 75201-2980
> Telephone:  (214) 953-6584
> Facsimile:  (214) 661-4584
>
> *Attorneys for T-Mobile USA, Inc. and*
> *T-Mobile US, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 26th day of June, 2014, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

> */s/ Kevin E. Cadwell*
> Kevin E. Cadwell