**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § § | |
| Plaintiff, | § | |
| v. | § § | **Civil Action No. 6:13-cv-507-LED** |
| HTC CORPORATION et al., | § § | **Consolidated Lead Case** |
| Defendants. | § § § | |

## NOTICE OF APPEARANCE

Defendant Apple Inc. hereby notifies the Court that Miguel Ruiz, of the law firm of Milbank, Tweed, Hadley & McCloy LLP, is appearing as counsel for defendant Apple Inc.  Mr. Ruiz's e-mail address, for purposes of Receipt of Notice of Electronic Filing, is as follows: mruiz@milbank.com.  For other purposes, contact information for counsel is set forth below.  Defendants request that Mr. Ruiz be included on the Court's and parties' service lists.

DATED:  June 26, 2014            Respectfully submitted,

          By:  /s/ Miguel Ruiz
          Miguel Ruiz (*admitted Pro Hac Vice*)
          mruiz@milbank.com
          MILBANK, TWEED, HADLEY &MCCLOY LLP
          601 South Figueroa Street, 30th Floor
          Los Angeles, California 90017-5735
          Telephone: (213) 892-4000
          Facsimile: (213) 629-5063

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was served on all counsel of record on June 26, 2014, by the Court's ECF/CM system.


/s/  Lindsey Rizzo
Lindsey Rizzo