**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § | |
| Plaintiff, | § | |
| v. | § | **Civil Action No. 6:13-cv-507-LED** |
| | § | |
| HTC CORPORATION et al., | § | **Consolidated Lead Case** |
| | § | |
| Defendants. | § § § | |

## NOTICE OF APPEARANCE

Defendant Apple Inc. hereby notifies the Court that Michael Sheen, of the law firm of Milbank, Tweed, Hadley & McCloy LLP, is appearing as counsel for defendant Apple Inc. Mr. Sheen's e-mail address, for purposes of Receipt of Notice of Electronic Filing, is as follows: msheen@milbank.com. For other purposes, contact information for counsel is set forth below. Defendants request that Mr. Sheen be included on the Court's and parties' service lists.

DATED: June 26, 2014         Respectfully submitted,


                             By: /s/ Michael Sheen
                                 Michael Sheen (*admitted Pro Hac Vice*)
                                 msheen@milbank.com
                                 MILBANK, TWEED, HADLEY &MCCLOY LLP
                                 601 South Figueroa Street, 30th Floor
                                 Los Angeles, California 90017-5735
                                 Telephone: (213) 892-4000
                                 Facsimile: (213) 629-5063

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that the foregoing document was served on all counsel of record on June 26, 2014, by the Court's ECF/CM system.

                                            /s/  Lindsey Rizzo
                                              Lindsey Rizzo