IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>        Plaintiff,<br><br>v.<br><br>HTC CORP., et al.,<br><br>        Defendants. | Civil Action No. 6:13-cv-507<br><br>CONSOLIDATED LEAD CASE<br><br>JURY TRIAL DEMANDED |
|---|---|

**CORRECTED JOINT CLAIM CONSTRUCTION AND PRE-HEARING STATEMENT**

Pursuant to P.R. 4-3 and the Court's Docket Control Orders (as amended), Plaintiff Cellular Communications Equipment LLC ("CCE"), and Defendants submit this Corrected Joint Claim Construction and Pre-Hearing Statement.

**P.R. 4-3(a)**

The parties have reached agreement regarding the construction of the following claim terms, phrases, or clauses for the patents at issue.[1]

| Term | Construction |
|---|---|
| "means for receiving a neighbor cell information message" (U.S. Pat. No. 6,819,923, claim 11) | The parties agree this is a means-plus function element to be construed in accordance with 35 U.S.C. 112(6).<br><br>The parties further agree that the function is "receiving a neighbor cell information message."<br><br>The parties do <u>not</u> agree regarding the structure. |

---

[1] For each patent, the constructions provided below are only agreed to by those Defendants against whom the patent at issue is asserted.

| Term | Construction |
|---|---|
| "means for associating a specific value of said set of specific parameter values indicated by one of said index with the corresponding second parameter of a neighbor cell" (U.S. Pat. No. 6,819,923, claim 11) | The parties agree this is a means-plus function element to be construed in accordance with 35 U.S.C. 112(6).<br><br>The parties further agree that the function is "associating a specific value of said set of specific parameter values indicated by one of said index with the corresponding second parameter of a neighbor cell."<br><br>The parties do not agree regarding the structure. |
| "processing means for arranging gaps in a time-slot frame according to the measurement pattern definitions" (U.S. Pat. No. 6,810,019, claim 11 | The parties agree this is a means-plus function element to be construed in accordance with 35 U.S.C. 112(6).<br><br>The parties further agree that the function is "arranging gaps in a time-slot frame according to the measurement pattern definitions."<br><br>The parties do not agree regarding the structure. |

**P.R. 4-3(b)**

With respect to the terms that are in dispute, the chart attached as Exhibit A provides CCE's proposed constructions, and the chart attached as Exhibit B provides Defendants' proposed constructions.[2] These charts also provide an identification of the intrinsic and extrinsic evidence upon which each party intends to rely to support its proposed constructions. Each party reserves the right to rely on any intrinsic or extrinsic evidence identified by the other party.

---

[2] For each patent, the constructions and/or indefiniteness positions provided in Exhibit B are proposed only by those Defendants against whom the patent at issue is asserted.

**P.R. 4-3(c)**

The Court has set the Claim Construction Hearing for the patents at issue to begin at 9:00 a.m. on November 18, 2014. CCE requests 90 minutes per side (3 hours total). Defendants request 120 minutes per side (4 hours total).

**P.R. 4-3(d)**

At this time, neither CCE nor Defendants intends to call any live witnesses at the Claim Construction Hearing; however, Defendants reserve the right to bring Dr. Robert Akl to answer any questions the Court may have. CCE does intend to rely on one or more expert declarations in support of certain of its positions and/or constructions, as identified in Exhibit A. Per the parties' agreement, any CCE expert declaration supporting arguments contained in its Opening Claim Construction Brief will be disclosed to Defendants no later than the filing of that brief. CCE also intends to rely on one or more expert declarations to rebut Defendants' indefiniteness allegations, to the extent they are permitted to file a Motion for Summary Judgment on that issue. To the extent that any such expert declaration contains content supporting arguments contained in its Opening Claim Construction Brief, but such content was not disclosed to Defendants by the time of filing of that brief, Defendants reserve the right to raise objections and seek to strike and/or preclude reliance on such content.

As set forth in Exhibit B, Defendants intend to rely on one or more expert declarations in support of certain of their positions and/or constructions, whether set forth in their Responsive Claim Construction Brief, their letter brief seeking leave to file a motion for summary judgment of indefiniteness, and/or their motion for summary judgment of indefiniteness. Such expert declarations are expected to include an expert declaration from Dr. Robert Akl. Per the parties' agreement, any expert declaration supporting arguments contained in Defendants' Responsive


Claim Construction Brief will be disclosed to CCE no later than the filing of that brief. To the extent that CCE relied on an expert declaration to rebut Defendants' indefiniteness allegations, Defendants reserve the right to rely on one or more expert declarations to reply to CCE's rebuttal declaration.

**P.R. 4-3 (e)**

At present, the parties are unaware of any additional issues that would require the scheduling of a pre-hearing conference prior to the Claim Construction Hearing.

DATED: September 12, 2014

| | |
|---|---|
| /s/ Edward R. Nelson III<br>Edward R. Nelson, III<br>enelson@nbclaw.net<br>Texas State Bar No. 00797142<br>Brent N. Bumgardner<br>bbumgarnder@nbclaw.net<br>Texas State Bar No. 00795272<br>Barry J. Bumgardner<br>barry@nbclaw.net<br>Texas State Bar No. 00793424<br>S. Brannon Latimer<br>blatimer@nbclaw.net<br>Texas State Bar No. 24060137<br>Thomas C. Cecil<br>tcecil@nbclaw.net<br>Texas State Bar No. 24069489<br>Nelson Bumgardner Casto, p.c.<br>3131 West 7th Street, Suite 300<br>Fort Worth, Texas 76107<br>Phone: (817) 377-9111<br>Fax: (817) 377-3485<br><br>T. John Ward, Jr.<br>Texas State Bar No. 00794818<br>J. Wesley Hill<br>Texas State Bar No. 24032294<br>Claire Abernathy Henry | /s/ Christopher W. Kennerly<br>Christopher W. Kennerly<br>TX Bar No. 00795077<br>chriskennerly@paulhastings.com<br>Jeffrey G. Randall<br>CA Bar No. 130811<br>jeffrandall@paulhastings.com<br>Paul Hastings LLP<br>1117 S. California Ave.<br>Palo Alto, CA  94304-1106<br>Telephone: (650) 320-1800<br>Facsimile: (650) 320-1900<br><br>**ATTORNEYS FOR DEFENDANT AT&T MOBILITY LLC** |

| | |
|---|---|
| Texas State Bar No. 24053063<br>Ward & Smith Law Firm<br>P.O. Box 1231<br>1127 Judson Rd. Ste. 220<br>Longview, Texas 75606-1231<br>(903) 757-6400<br>(903) 757-2323 (fax)<br>jw@jwfirm.com<br>wh@wsfirm.com<br>claire@wsfirm.com<br><br>ATTORNEYS FOR PLAINTIFF CELLULAR COMMUNICATIONS EQUIPMENT LLC | |
| /s/ Jamie B. Beaber<br>Jamie B. Beaber (D.C. Bar No. 484186)<br>Kfir B. Levy (D.C. Bar No. 989212)<br>Michael W. Maas (D.C. Bar No. 493685)<br>MAYER BROWN LLP<br>1999 K Street, N.W.<br>Washington, DC 20006-1101<br>Telephone: (202) 263-3000<br>Facsimile: (202) 263-3300<br>jbeaber@mayerbrown.com<br>klevy@mayerbrown.com<br>mmaas@mayerbrown.com<br><br>Robert G. Pluta (IL Bar No. 6278255)<br>MAYER BROWN LLP<br>71 S. Wacker Drive<br>Chicago, IL 60606<br>Telephone: (312) 782-0600<br>Facsimile: (312) 701-7711<br>rpluta@mayerbrown.com<br><br>Michael E. Jones<br>State Bar No. 10929400<br>mikejones@potterminton.com<br>Allen F. Gardner<br>State Bar No. 24043679<br>allengardner@potterminton.com<br>POTTER MINTON P.C.<br>110 N. College Avenue, Suite 500<br>Tyler, Texas 75702<br>Telephone: (903) 597-8311 | /s/ Melissa R. Smith<br>Melissa R. Smith<br>State Bar No. 24001351<br>GILLAM & SMITH, LLP<br>303 S. Washington Ave.<br>Marshall, TX 75670<br>Telephone: (903) 934-8450<br>Facsimile: (903) 934-9257<br>melissa@gillamsmithlaw.com<br><br>John C. Hueston (pro hac vice)<br>Douglas J. Dixon (pro hac vice)<br>IRELL & MANELLA LLP<br>840 Newport Center Dr., Ste. 840<br>Newport Beach, CA 92660<br>Telephone: (949) 760-0991<br>Facsimile: (949) 760-5200<br>JHueston@irell.com<br>DDixon@irell.com<br><br>Ellisen S. Turner (pro hac vice)<br>Benjamin Haber (pro hac vice)<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Ste. 900<br>Los Angeles, CA 90067<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199<br>ETurner@irell.com<br>BHaber@irell.com<br><br>**ATTORNEYS FOR DEFENDANTS T-** |

| | |
|---|---|
| Facsimile: (903) 593-0846<br><br>**ATTORNEYS FOR DEFENDANTS LG ELECTRONICS, INC. AND LG ELECTRONICS U.S.A., INC.** | **MOBILE USA, INC. AND T-MOBILE US, INC.** |
| /s/ Alan A. Wright<br>Alan A. Wright<br>awright@park-law.com<br>Oluwaseun O. Ajayi<br>oajayi@park-law.com<br>Brendan P. O'Shea<br>boshea@park-law.com<br>H.C. PARK & ASSOCIATES, PLC<br>1894 Preston White Drive<br>Reston, VA 20191<br>Telephone: (703) 288-5105<br>Facsimile: (703) 288-5139<br><br>Melissa R. Smith<br>State Bar No. 24001351<br>GILLAM & SMITH, LLP<br>303 S. Washington Ave.<br>Marshall, TX 75670<br>Telephone: (903) 934-8450<br>Facsimile: (903) 934-9257<br>melissa@gillamsmithlaw.com<br><br><br>**ATTORNEYS FOR DEFENDANTS PANTECH CO. LTD. AND PANTECH WIRELESS, INC.** | /s/ Kurt M. Pankratz<br>Kurt M. Pankratz, Lead Attorney<br>Texas Bar No. 24013291<br>kurt.pankratz@bakerbotts.com<br>Kevin E. Cadwell<br>Texas Bar No. 24036304<br>kevin.cadwell@bakerbotts.com<br>Roshan Mansinghani<br>Texas Bar No. 24057026<br>roshan.mansinghani@bakerbotts.com<br>Harrison G. Rich<br>Texas Bar No. 24083730<br>harrison.rich@bakerbotts.com<br>BAKER BOTTS L.L.P.<br>2001 Ross Avenue, Suite 600<br>Dallas, Texas 75201-2980<br>Telephone: (214) 953-6584<br>Facsimile: (214) 661-4584<br><br><br>**ATTORNEYS FOR DEFENDANTS BLACKBERRY LIMITED AND BLACKBERRY CORPORATION** |
| /s/ Robert W. Weber<br>Robert W. Weber<br>Texas State Bar No. 21044800<br>SMITH WEBER, L.L.P.<br>5505 Plaza Drive<br>P.O. Box 6167<br>Texarkana, TX 75505-6167<br>Tele: (903) 223-5656<br>Fax: (903) 223-5652<br>Email: bweber@smithweber.com<br><br>and<br><br>Mark W. McGrory (pro hac vice)<br>ROUSE HENDRICKS GERMAN MAY PC<br>1201 Walnut, 20th Floor | /s/ Jennifer H. Doan<br>Jennifer H. Doan<br>Texas Bar No. 08809050<br>Joshua R. Thane<br>Texas Bar No. 24060713<br>HALTOM & DOAN<br>Crown Executive Center, Suite 100<br>6500 Summerhill Road<br>Texarkana, TX 75503<br>Telephone: (903) 255-1000<br>Facsimile: (903) 255-0800<br>Email: jdoan@haltomdoan.com<br>Email: jthane@haltomdoan.com<br><br>J. David Hadden |

Case 6:13-cv-00507-KNM Document 248 Filed 09/12/14 Page 7 of 11 PageID #: 2427

| | |
|---|---|
| Kansas City, MO 64106<br>Tel: (816) 471-7700<br>Fax: (816) 471-2221<br>Email: MarkM@rhgm.com<br><br>**ATTORNEYS FOR DEFENDANTS SPRINT SOLUTIONS, INC.; SPRINT SPECTRUM L.P.; AND BOOST MOBILE, LLC** | CA Bar No. 176148 (Admitted E.D. Tex)<br>dhadden@fenwick.com<br>Saina Shamilov<br>CA Bar No. 215636 (Admitted E.D. Tex)<br>sshamilov@fenwick.com<br>Ravi R. Ranganath<br>CA Bar No. 272981 (Admitted E.D. Tex)<br>rranganath@fenwick.com<br>FENWICK & WEST LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, California 94041<br>Telephone: (650) 988-8500<br>Facsimile: (650) 938-5200<br><br>**ATTORNEYS FOR DEFENDANT AMAZON.COM, INC.** |
| */s/ Rick L. Rambo*<br>Rick L. Rambo<br>Texas State Bar No. 00791479<br>rrambo@morganlewis.com<br>Adam A. Allgood<br>Texas State Bar No. 24059403<br>aallgood@morganlewis.com<br>1000 Louisiana Street, Suite 4000<br>Houston, Texas 77002<br>(713) 890-5000 Telephone<br>(713) 890-5001 Facsimile<br><br>Robert W. Busby, LEAD ATTORNEY<br>Virginia Bar No. 41312 (*Admitted Pro Hac Vice*)<br>rbusby@morganlewis.com<br>John D. Zele<br>Virginia Bar No. 36183 (*Admitted Pro Hac Vice*)<br>jzele@morganlewis.com<br>Jeremy D. Peterson<br>Virginia Bar No. 36183 (*Admitted Pro Hac Vice*)<br>jpeterson@morganlewis.com<br>Bradford A. Cangro (*admitted in TXED*)<br>D.C. Bar No. 495996<br>bcangro@morganlewis.com<br>MORGAN, LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Avenue, NW | /s/ Everett Upshaw<br>Everett Upshaw<br>Texas Bar No.: 24025690<br>LAW OFFICE OF EVERETT UPSHAW, PLLC<br>811 S. Central Expressway, Suite 307<br>Richardson, TX 75080<br>Telephone: 214.680.6005<br>Facsimile: 214.865.6086<br>everettupshaw@everettupshaw.com<br><br>**ATTORNEY FOR DEFENDANT ZTE (USA) INC.** |
7

| | |
|---|---|
| Washington, DC 20004<br>(202) 739-3000 Telephone<br>(202) 739-3001 Facsimile<br><br>**COUNSEL FOR DEFENDANTS NEC CORPORATION OF AMERICA, NEC CASIO MOBILE COMMUNICATIONS, LTD. AND AT&T MOBILITY LLC** | |
| /s/ Roger Joseph Fulghum<br>Roger Joseph Fulghum (TX Bar No. 00790724)<br>Tammy M Pennington Rhodes<br>(TX Bar No. 24051182)<br>Baker Botts LLP<br>910 Louisiana Street<br>One Shell Plaza<br>Houston, TX 77002-4995<br>Telephone: 713/229-1707<br>Facsimile: 713/229-2707<br>Email: roger.fulghum@bakerbotts.com<br>Email: tammy.pennington@bakerbotts.com<br><br>Deron R Dacus (TX Bar No. 00790553)<br>T Shannon Marie Dacus (TX Bar No. 00791004)<br>The Dacus Firm, PC<br>821 ESE Loop 323<br>Suite 430<br>Tyler, TX 75701<br>Telephone: 903/705-1117<br>Facsimile: 9037051117<br>Email: ddacus@dacusfirm.com<br>Email: sdacus@dacusfirm.com<br><br>**ATTORNEYS FOR DEFENDANT DELL INC.** | **/s/ Inge Larish**<br>Inge Larish<br>inge.larish@pillsburylaw.com<br>TX State Bar No. 00796924<br>Steven A. Moore (*Pro Hac Vice*)<br>steve.moore@pillsburylaw.com<br>California State Bar No. 232114<br>Nicole S. Cunningham (*Pro Hac Vice*)<br>nicole.cunningham@pillsburylaw.com<br>California State Bar No. 234390<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>501 West Broadway, Suite 1100<br>San Diego, CA 92101<br>Telephone: 619-544-3119<br>Facsimile: 619-236-1995<br><br>**ATTORNEYS FOR DEFENDANTS HTC CORPORATION AND HTC AMERICA, INC.** |
| /s/ Robert J Benson<br>Robert J Benson<br>CA Bar No. 155971<br>Email: rbenson@orrick.com<br>Christina M. Von der Ahe<br>CA Bar No. 255467<br>Email: cvonderahe@orrick.com<br>Orrick Herrington & Sutcliffe, LLC - Irvine<br>2050 Main St<br>Suite 1100<br>Irvine, CA 92614-8255 | /s/ Michael E. Jones<br>Michael E. Jones<br>State Bar No. 10929400<br>Patrick C. Clutter, IV<br>State Bar No. 24036374<br>mikejones@potterminton.com<br>patrickclutter@potterminton.com<br>POTTER MINTON, P.C.<br>110 N. College Ave., Suite 500<br>Tyler, Texas 75702<br>Telephone: (903) 597-8311 |

| | |
|---|---|
| Telephone: 949/852-7705<br>Facsimile: 949/567-6710<br><br>I. Neel Chatterjee<br>CA Bar No. 173985<br>Orrick Herrington & Sutcliffe - Menlo Park<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: 650/614-7400<br>Facsimile: 650/614-7401<br>Email: nchatterjee@orrick.com<br><br>Richard A. Cederoth<br>rcederoth@sidley.com<br>Ellen S. Robbins<br>erobbins@sidley.com<br>SIDLEY AUSTIN LLP<br>One South Dearborn Chicago, Illinois 60603<br>Telephone: 312-853-7000<br>Facsimile: 312-853-7036<br><br>Jennifer Parker Ainsworth<br>Texas State Bar No. 00784720<br>jainsworth@wilsonlawfirm.com<br>WILSON, ROBERTSON & CORNELIUS, P.C.<br>909 ESE Loop 323, Suite 400<br>P.O. Box 7339 [75711]<br>Tyler, Texas 75701<br>Telephone: (903) 509-5000<br>Facsimile: (903) 509-5092<br><br>**ATTORNEYS FOR DEFENDANT MICROSOFT** | Facsimile: (903) 593-0846<br><br>Charles B. Molster, III<br>Virginia State Bar No. 23613<br>Thomas M. Dunham<br>D.C. Bar No. 448407<br>Corrine M. Saylor<br>D.C. Bar No. 997638 (Pro Hac Vice)<br>cmolster@winston.com<br>tdunham@winston.com csaylor@winston.com<br><br>WINSTON &STRAWN LLP<br>1700 K Street, N.W.<br>Washington, D.C. 20006-3817<br>Telephone: (202) 282-5000<br>Facsimile: (202) 282-5100<br><br>**ATTORNEYS FOR DEFENDANT CELLCO PARTNERSHIP D/B/A/ VERIZON WIRELESS** |
| | By: /s/ Mark C. Scarsi<br>Mark C. Scarsi (*admitted Pro Hac Vice*)<br>mscarsi@mibank.com<br>Miguel Ruiz (*admitted Pro Hac Vice*)<br>mruiz@milbank.com<br>Ashlee N. Lin (*admitted Pro Hac Vice*)<br>ashlee.lin@milbank.com<br>Michael Sheen (*admitted Pro Hac Vice*)<br>msheen@milbank.com<br>MILBANK, TWEED, HADLEY & MCCLOY LLP |

9

|  | |
|---|---|
|  | 601 South Figueroa Street, 30th Floor<br>Los Angeles, California 90017-5735<br>Telephone: (213) 892-4000<br>Facsimile: (213) 629-5063<br><br>Thomas C. Mavrakakis (Bar No. 00791209)<br>Michael T. Pieja (*admitted Pro Hac Vice*)<br>Brian C. Kwok (*admitted Pro Hac Vice*)<br>MAVRAKAKIS LAW GROUP LLP<br>One Palo Alto Square, 2nd Floor<br>3000 El Camino Real<br>Palo Alto, CA 94306<br>Tel: (650) 804-7800<br>Fax: (650) 852-9224<br>mav@mavllp.com<br>mpieja@mavllp.com<br>bkwok@mavllp.com<br><br>Howard E. Levin (*admitted Pro Hac Vice*)<br>MAVRAKAKIS LAW GROUP LLP<br>180 N. LaSalle Street, Suite 2215<br>Chicago, IL 60601<br>Tel: (312) 216-1620<br>Fax: (312) 216-1621<br>hlevin@mavllp.com<br><br>Eric H. Findlay (Bar No. 00789886)<br>efindlay@findlaycraft.com<br>FINDLAY CRAFT PC<br>102 N. College Avenue, Suite 900<br>Tyler, TX 75702<br>Phone:  (903) 534-1100<br>Fax: (903) 534-1137<br><br><br>**ATTORNEYS FOR DEFENDANT APPLE INC.** |

**CERTIFICATE OF SERVICE**

       I hereby certify that on the 12th day of September, 2014, I electronically filed the foregoing document with the clerk of the Court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the Court's electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                /s/ Christopher W. Kennerly