**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| CELLULAR COMMUNICATIONS<br>EQUIPMENT LLC,<br><br>      Plaintiff,<br><br>v.<br><br>HTC CORPORATION et al.,<br><br>      Defendant. | Civil Action No. 6:13-cv-507-LED<br><br>CONSOLIDATED LEAD CASE |

## NOTICE OF APPEARANCE OF COUNSEL

Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc. file this Notice of Appearance of Counsel and hereby notifies the Court that Tiffany A. Miller of the law firm Mayer Brown LLP, 1999 K Street, N.W., Washington, DC 20006, is appearing as counsel for Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc. All pleadings, discovery, correspondence, and other material should be served upon counsel at the address referenced below.

Dated: September 30, 2014

Respectfully submitted,

MAYER BROWN LLP

/s/ Tiffany A. Miller
Tiffany A. Miller (D.C. Bar No. 982735)
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101
Telephone: +1 202 263 3121
Fax: +1 202 830 0303
tmiller@mayerbrown.com

***Counsel for Defendants LG Electronics, Inc. and
LG Electronics U.S.A., Inc.***

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 30, 2014.


<u>/s/ Tiffany A. Miller</u>
Tiffany A. Miller