**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br>Plaintiff,<br><br>v.<br><br>HTC CORPORATION, et al.,<br>Defendants. | Civil Action No. 6:13-cv-507<br><br>**JURY TRIAL DEMANDED**<br>(Consolidated Lead Case) |

**ORDER OF DISMISSAL
REGARDING U.S. PATENT NO. 6,377,804**

Before the Court is the Stipulation of Dismissal Regarding U.S. Patent No. 6,377,804. Having considered the Stipulation of Dismissal and finding that good cause exists for the granting of the same, the Court is of the opinion that the Stipulation of Dismissal should be in all respects GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's claims of infringement of U.S. Patent No. 6,377,804 ("the '804 patent") are DISMISSED from the following consolidated cases in which the '804 patent is currently asserted:

- *Cellular Commc'ns Equip. LLC v. HTC Corp., et al.*,
  Case No. 6:13-cv-507 (E.D. Tex.);

- *Cellular Commc'ns Equip. LLC v. LG Electronics, Inc., et al.*,
  Case No. 6:13-cv-508 (E.D. Tex.);

- *Cellular Commc'ns Equip. LLC v. Pantech Co., Ltd., et al.*,
  Case No. 6:13-cv-509 (E.D. Tex.);

- *Cellular Commc'ns Equip. LLC v. BlackBerry Limited, et al.*,
  Case No.6:13-cv-510 (E.D. Tex.);

- *Cellular Commc'ns Equip. LLC v. ZTE Corp., et al.*,
  Case No. 6:13-cv-511 (E.D. Tex.);

- *Cellular Commc'ns Equip. LLC v. NEC CASIO Mobile Commc'ns, Ltd., et al.*,
  Case No. 6:13-cv-584 (E.D. Tex.); and

- *Cellular Commc'ns Equip. LLC v. Apple, Inc., et al.*, Case No. 6:14-cv-251 (E.D. Tex.).

**So ORDERED and SIGNED this 27th day of October, 2014.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**