# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| Cellular Communications Equipment LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 6:13-cv-507-LED |
| v. | § § | |
| HTC Corporation et al., | § § | CONSOLIDATED LEAD CASE |
| Defendants. | § § § § | |

## DEFENDANTS' NOTICE OF COMPLIANCE

Defendants AT&T Mobility LLC, HTC Corporation, HTC America, Inc., Exedea, Inc., NEC Casio Mobile Communications, Ltd., NEC Corporation of America, Inc., Sprint Solutions, Inc., Sprint Spectrum L.P., Boost Mobile, LLC, Dell Inc., T-Mobile USA, Inc., T-Mobile US, Inc., LG Electronics, Inc., LG Electronics USA, Inc., Amazon.com, Inc., Microsoft Corporation, Cellco Partnership d/b/a Verizon Wireless, ZTE USA, Inc., and Apple Inc., (collectively, "Defendants") hereby notify the Court that pursuant to the Court's October 7, 2014 Amended Docket Control Order (Dkt. No. 262), Defendants complied with said Order and provided the Court with a copy of its Technical Tutorial on October 28, 2014.

All Defendants identified in the signature block of Defendants' Notice of Compliance join in this Notice, but each Defendant submits only the portion of the Technical Tutorial that is relevant to the patent claims asserted against them individually.

A copy of this Technical Tutorial was also sent to counsel for Plaintiff.

| Dated: October 28, 2014 | Respectfully submitted, |
|---|---|
| | |

| | |
|---|---|
| /s/ Jamie B. Beaber<br>Jamie B. Beaber (D.C. Bar No. 484186)<br>Kfir B. Levy (D.C. Bar No. 989212)<br>Michael W. Maas (D.C. Bar No. 493685)<br>MAYER BROWN LLP<br>1999 K Street, N.W.<br>Washington, DC 20006-1101<br>Telephone: (202) 263-3000<br>Facsimile: (202) 263-3300<br>jbeaber@mayerbrown.com<br>klevy@mayerbrown.com<br>mmaas@mayerbrown.com<br><br>Robert G. Pluta (IL Bar No. 6278255)<br>MAYER BROWN LLP<br>71 S. Wacker Drive<br>Chicago, IL 60606<br>Telephone: (312) 782-0600<br>Facsimile: (312) 701-7711<br>rpluta@mayerbrown.com<br><br>Michael E. Jones<br>State Bar No. 10929400<br>Allen F. Gardner<br>State Bar No. 24043679<br>POTTER MINTON P.C.<br>110 N. College Avenue, Suite 500<br>Tyler, Texas 75702<br>Telephone: (903) 597-8311<br>Facsimile: (903) 593-0846<br>mikejones@potterminton.com<br>allengardner@potterminton.com<br><br>**ATTORNEYS FOR DEFENDANTS LG ELECTRONICS, INC. AND LG ELECTRONICS U.S.A., INC.**<br><br>/s/ Robert W. Weber<br>Robert W. Weber<br>Texas State Bar No. 21044800<br>SMITH WEBER, L.L.P.<br>5505 Plaza Drive -- P.O. Box 6167<br>Texarkana, TX 75505-6167<br>Telephone: 903-223-5656<br>Facsimile: 903-223-5652<br>bweber@smithweber.com | /s/ Christopher W. Kennerly<br>Christopher W. Kennerly<br>TX Bar No. 00795077<br>Jeffrey G. Randall<br>CA Bar No. 130811<br>PAUL HASTINGS LLP<br>1117 S. California Ave.<br>Palo Alto, CA 94304-1106<br>Telephone: (650) 320-1800<br>Facsimile: (650) 320-1900<br>chriskennerly@paulhastings.com<br>jeffrandall@paulhastings.com<br><br>**ATTORNEYS FOR DEFENDANT AT&T MOBILITY LLC**<br><br>/s/ Melissa R. Smith<br>Melissa R. Smith<br>State Bar No. 24001351<br>GILLAM & SMITH, LLP<br>303 S. Washington Ave.<br>Marshall, TX 75670<br>Telephone: (903) 934-8450<br>Facsimile: (903) 934-9257<br>melissa@gillamsmithlaw.com<br><br>John C. Hueston (*Pro Hac Vice*)<br>Douglas J. Dixon (*Pro Hac Vice*)<br>IRELL & MANELLA LLP<br>840 Newport Center Dr., Ste. 400<br>Newport Beach, CA 92660<br>Telephone: (949) 760-0991<br>Facsimile: (949) 760-5200<br>JHueston@irell.com<br>DDixon@irell.com<br><br>Ellisen S. Turner (*Pro Hac Vice*)<br>Benjamin Haber (*Pro Hac Vice*)<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Ste. 900<br>Los Angeles, CA 90067<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199<br>ETurner@irell.com<br>BHaber@irell.com |

| | |
|---|---|
| Mark McGrory (*Pro Hac Vice*)<br>ROUSE HENDRICKS GERMAN MAY PC<br>1201 Walnut, 20th Floor<br>Kansas City, MO 64106<br>Telephone: 816-471-7700<br>Facsimile: 816-471-2221<br>MarkM@rhgm.com<br><br>**ATTORNEYS FOR DEFENDANTS SPRINT SOLUTIONS, INC.; SPRINT SPECTRUM L.P.; and BOOST MOBILE, LLC**<br><br>/s/ Roger Joseph Fulghum<br>Roger Joseph Fulghum<br>(TX Bar No. 00790724)<br>Tammy Pennington Rhodes<br>(TX Bar No. 24051182)<br>BAKER BOTTS LLP<br>910 Louisiana Street<br>One Shell Plaza<br>Houston, TX 77002-4995<br>Telephone: 713/229-1707<br>Facsimile: 713/229-2707<br>roger.fulghum@bakerbotts.com<br>tammy.pennington@bakerbotts.com<br><br>Deron R Dacus<br>(TX Bar No. 00790553)<br>T Shannon Marie Dacus<br>(TX Bar No. 00791004)<br>THE DACUS FIRM, PC<br>821 ESE Loop 323<br>Suite 430<br>Tyler, TX 75701<br>Telephone: 903/705-1117<br>Facsimile: 9037051117<br>ddacus@dacusfirm.com<br>sdacus@dacusfirm.com<br><br>**ATTORNEYS FOR DEFENDANT DELL INC.**<br><br>/s/ Robert J. Benson<br>Robert J. Benson | **ATTORNEYS FOR DEFENDANTS T-MOBILE USA, INC. AND T-MOBILE US, INC.**<br><br>/s/ Jennifer H. Doan<br>Jennifer H. Doan<br>Texas Bar No. 08809050<br>Joshua R. Thane<br>Texas Bar No. 24060713<br>HALTOM & DOAN<br>Crown Executive Center, Suite 100<br>6500 Summerhill Road<br>Texarkana, TX 75503<br>Telephone: (903) 255-1000<br>Facsimile: (903) 255-0800<br>jdoan@haltomdoan.com<br>jthane@haltomdoan.com<br><br>J. David Hadden<br>CA Bar No. 176148 (Admitted E.D. Tex)<br>dhadden@fenwick.com<br>Saina Shamilov<br>CA Bar No. 215636 (Admitted E.D. Tex)<br>sshamilov@fenwick.com<br>Ravi R. Ranganath<br>CA Bar No. 272981 (Admitted E.D. Tex)<br>rranganath@fenwick.com<br>FENWICK & WEST LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, California 94041<br>Telephone: (650) 988-8500<br>Facsimile: (650) 938-5200<br><br>**ATTORNEYS FOR DEFENDANT AMAZON.COM, INC.**<br><br>/s/ Inge Larish<br>Inge Larish<br>TX State Bar No. 00796924<br>Steven A. Moore<br>California State Bar No. 232114<br>Nicole S. Cunningham<br>California State Bar No. 234390<br>PILLSBURY WINTHROP SHAW |

| | |
|---|---|
| CA Bar No. 155971<br>Christina M. Von der Ahe<br>CA Bar No. 255467<br>ORRICK HERRINGTON & SUTCLIFFE - Irvine<br>2050 Main St<br>Suite 1100<br>Irvine, CA 92614-8255<br>Telephone: 949/852-7705<br>Facsimile: 949/567-6710<br>rbenson@orrick.com<br>cvonderahe@orrick.com<br><br>I. Neel Chatterjee<br>CA Bar No. 173985<br>ORRICK HERRINGTON & SUTCLIFFE – Menlo Park<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: 650/614-7400<br>Facsimile: 650/614-7401<br>nchatterjee@orrick.com<br><br>Richard A. Cederoth<br>Ellen S. Robbins<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, Illinois 60603<br>Telephone: 312-853-7000<br>Facsimile: 312-853-7036<br>rcederoth@sidley.com<br>erobbins@sidley.com<br><br>Jennifer Parker Ainsworth<br>Texas State Bar No. 00784720<br>WILSON, ROBERTSON & CORNELIUS, P.C.<br>909 ESE Loop 323, Suite 400<br>P.O. Box 7339 [75711]<br>Tyler, Texas 75701<br>Telephone: (903) 509-5000<br>Facsimile: (903) 509-5092<br>jainsworth@wilsonlawfirm.com<br><br>**ATTORNEYS FOR DEFENDANT MICROSOFT** | PITTMAN LLP<br>501 West Broadway, Suite 1100<br>San Diego, CA 92101<br>Telephone: 619-544-3119<br>Facsimile: 619-236-1995<br>inge.larish@pillsburylaw.com<br>steve.moore@pillsburylaw.com<br>nicole.cunningham@pillsburylaw.com<br><br>**ATTORNEYS FOR DEFENDANTS HTC CORPORATION, HTC AMERICA, INC., AND ZTE (USA) INC.**<br><br>/s/ Michael E. Jones<br>Michael E. Jones<br>State Bar No. 10929400<br>Patrick C. Clutter, IV<br>State Bar No. 24036374<br>POTTER MINTON, P.C.<br>110 N. College Ave., Suite 500<br>Tyler, Texas 75702<br>Telephone: (903) 597-8311<br>Facsimile: (903) 593-0846<br>mikejones@potterminton.com<br>patrickclutter@potterminton.com<br><br>Charles B. Molster, III<br>Virginia State Bar No. 23613<br>Thomas M. Dunham<br>D.C. Bar No. 448407<br>Corrine M. Saylor<br>D.C. Bar No. 997638 (*Pro Hac Vice*)<br>WINSTON & STRAWN LLP<br>1700 K Street, N.W.<br>Washington, D.C. 20006-3817<br>Telephone: (202) 282-5000<br>Facsimile: (202) 282-5100<br>cmolster@winston.com<br>tdunham@winston.com<br>csaylor@winston.com<br><br>**ATTORNEYS FOR DEFENDANT CELLCO PARTNERSHIP D/B/A/ VERIZON WIRELESS**<br><br>/s/ Eric H. Findlay |

| | |
|---|---|
| /s/ Rick L. Rambo<br>Rick L. Rambo<br>Texas State Bar No. 00791479<br>Adam A. Allgood<br>Texas State Bar No. 24059403<br>1000 Louisiana Street, Suite 4000<br>Houston, Texas 77002<br>Telephone: (713) 890-5000<br>Facsimile: (713) 890-5001<br>rrambo@morganlewis.com<br>aallgood@morganlewis.com<br><br>**COUNSEL FOR DEFENDANTS NEC CORPORATION OF AMERICA, NEC CASIO MOBILE COMMUNICATIONS, LTD. AND AT&T MOBILITY LLC** | Mark C. Scarsi (admitted *Pro Hac Vice*)<br>Miguel Ruiz (admitted *Pro Hac Vice*)<br>Ashlee N. Lin (admitted *Pro Hac Vice*)<br>Michael Sheen (admitted *Pro Hac Vice*)<br>MILBANK, TWEED, HADLEY & MCCLOY LLP<br>601 South Figueroa Street, 30th Floor<br>Los Angeles, California 90017-5735<br>Telephone: (213) 892-4000<br>Facsimile: (213) 629-5063<br>mscarsi@mibank.com<br>mruiz@milbank.com<br>ashlee.lin@milbank.com<br>msheen@milbank.com<br><br>Thomas C. Mavrakakis (Bar No. 00791209)<br>Brian C. Kwok (admitted *Pro Hac Vice*)<br>Christopher R. Lubeck (admitted *Pro Hac Vice*)<br>MAVRAKAKIS LAW GROUP LLP<br>735 Emerson Street<br>Palo Alto, CA 94301<br>Telephone: (650) 804-7800<br>Facsimile: (650) 852-9224<br>mav@mavllp.com<br>bkwok@mavllp.com<br>clubeck@mavllp.com<br><br>Howard E. Levin (admitted *Pro Hac Vice*)<br>MAVRAKAKIS LAW GROUP LLP<br>180 N. LaSalle Street, Suite 2215<br>Chicago, IL 60601<br>Telephone: (312) 216-1620<br>Facsimile: (312) 216-1621<br>hlevin@mavllp.com<br><br>Eric H. Findlay (Bar No. 00789886)<br>FINDLAY CRAFT PC<br>102 N. College Avenue, Suite 900<br>Tyler, TX 75702<br>Telephone: (903) 534-1100<br>Facsimile: (903) 534-1137<br>efindlay@findlaycraft.com<br><br>**ATTORNEYS FOR APPLE INC**. |

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document *via* the Court's CM/ECF system per Local Rule CV-5(a)(3) on October 28, 2014.

          */s/ Eric H. Findlay*
          Eric H. Findlay