**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>       Plaintiff,<br><br>v.<br><br>HTC CORP., et al.,<br><br>       Defendants. | CIVIL ACTION NO. 6:13-cv-507<br><br>CONSOLIDATED LEAD CASE<br><br>JURY TRIAL DEMANDED |

**CARRIER RETAILERS' OPPOSED MOTION FOR LEAVE
TO SUBMIT SUPPLEMENTAL BRIEFING AND EXHIBITS TO THE CARRIER-
RETAILERS' MOTION TO SEVER AND STAY**

The Carrier-Retailers[1] respectfully move to submit additional briefing and exhibits as supplemental to the Carrier-Retailers' Motion to Sever and Stay [Dkt. No. 233].  The Carrier-Retailers submit that good cause exists for permitting the requested supplementation because after briefing was closed for the Carrier-Retailers' Motion to Sever and Stay, CCE served its preliminary non-binding damages calculations, which the Carrier-Retailers believe support their Motion to Sever and Stay.  Accordingly, the Carrier-Retailers respectfully request that the Court grant the Carrier-Retailers leave to submit supplemental briefing and exhibits filed concurrently herewith.

---

[1] Cellular Communications Equipment LLC ("CCE") has accused Verizon (Cellco Partnership d/b/a Verizon Wireless), Sprint (Sprint Solutions, Inc., Sprint Spectrum L.P., Boost Mobile, LLC), AT&T (AT&T Mobility LLC) and T-Mobile (T-Mobile USA, Inc., and T-Mobile US, Inc.) of patent infringement based on their resale of certain manufacturer devices.

Dated: October 30, 2014

/s/ Melissa R. Smith
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 S. Washington Ave.
Marshall, TX 75670
Phone: (903) 934-8450
Fax: (903) 934-9257
melissa@gillamsmithlaw.com

John C. Hueston (*pro hac vice*)
Douglas J. Dixon (*pro hac vice*)
IRELL & MANELLA LLP
840 Newport Center Dr., Ste. 400
Newport Beach, CA 92660
Phone: (949) 760-0991
Fax: (949) 760-5200
JHueston@irell.com
DDixon@irell.com

Ellisen S. Turner (*pro hac vice*)
Benjamin Haber (*pro hac vice*)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Ste. 900
Los Angeles, CA 90067
Phone: (310) 277-1010
Fax: (310) 203-7199
ETurner@irell.com
BHaber@irell.com

**ATTORNEYS FOR T-MOBILE USA, INC. AND T-MOBILE US, INC.**

Respectfully submitted,

/s/ Michael E. Jones
Michael E. Jones
State Bar No. 10929400
Patrick C. Clutter, IV
State Bar No. 24036374
mikejones@potterminton.com
patrickclutter@potterminton.com
Potter Minton, P.C.
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

Charles B. Molster, III
Virginia State Bar No. 23613
Thomas M. Dunham
D.C. Bar No. 448407
Corrine M. Saylor
D.C. Bar No. 997638 (*Pro Hac Vice*)
cmolster@winston.com
tdunham@winston.com
csaylor@winston.com
WINSTON &STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
Tel: (202) 282-5000
Fax: (202) 282-5100

**ATTORNEYS FOR CELLCO PARTNERSHIP D/B/A/ VERIZON WIRELESS**

/s/ Robert W. Weber
Robert W. Weber
Texas State Bar No. 21044800
E-mail: bweber@smithweber.com
SMITH WEBER, L.L.P.
5505 Plaza Drive -- P.O. Box 6167
Texarkana, TX 75505-6167
TEL: 903-223-5656 FAX: 903-223-5652

And

Mark McGrory (pro hac vice)
ROUSE HENDRICKS GERMAN MAY PC
1201 Walnut, 20th Floor
Kansas City, MO 64106
TEL: 816-471-7700 FAX: 816-471-2221
E-mail: MarkM@rhgm.com

**ATTORNEYS FOR DEFENDANTS SPRINT SOLUTIONS, INC.;
SPRINT SPECTRUM L.P.; and
BOOST MOBILE, LLC**

/s/ Christopher W. Kennerly
Christopher W. Kennerly
TX Bar No. 00795077
chriskennerly@paulhastings.com
Jeffrey G. Randall
CA Bar No. 130811
jeffrandall@paulhastings.com
Paul Hastings LLP
1117 S. California Ave.
Palo Alto, CA 94304-1106
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

Jeffrey D. Comeau (*pro hac vice*)
CA Bar No. 259679
jeffreycomeau@paulhastings.com
Paul Hastings LLP
4747 Executive Drive
Twelfth Floor
San Diego, CA 92121-3114
Telephone: (858) 458-3034
Facsimile: (858) 458-3134

**COUNSEL FOR DEFENDANT AT&T MOBILITY LLC**

3

**CERTIFICATE OF CONFERENCE**

On October 23, 2014, counsel for Movants communicated with counsel for Plaintiff who has indicated that Plaintiff is opposed to the relief sought within this motion. Therefore, the parties are at an impasse on these issues and require Court intervention.

/s/ Christopher W. Kennerly

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was served on all parties of record on October 30, 2014 via the Court's CM/ECF system.

/s/ Christopher W. Kennerly