IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Cellular Communications Equipment LLC, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 6:13-cv-507-LED |
| v. | § | |
| | § | |
| HTC Corporation et al., | § | CONSOLIDATED LEAD CASE |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

## DEFENDANT APPLE INC.'S NOTICE OF COMPLIANCE WITH P.R. 3-3 AND 3-4 DISCLOSURES

Pursuant to the Court's October 7, 2014 Order (Dkt. No. 262) and Local Patent Rule ("P.R.") 3-3 and 3-4, Defendant, Apple Inc., files this Notice of Compliance, and hereby notifies the Court that it served its P.R. 3-3 and 3-4 disclosures on November 21, 2014.

Dated: November 21, 2014          Respectfully submitted,

By: */s/ Eric H. Findlay*
Eric H. Findlay
State Bar No. 00789886
Brian Craft
State Bar No. 04972020
FINDLAY CRAFT, P.C.
102 North College Ave.
Suite 900
Tyler, TX  75702
Tel: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

Mark C. Scarsi (admitted *Pro Hac Vice*)
Miguel Ruiz (admitted *Pro Hac Vice*)
Ashlee N. Lin (admitted *Pro Hac Vice*)
Michael Sheen (admitted *Pro Hac Vice*)
MILBANK, TWEED, HADLEY & MCCLOY

LLP
601 South Figueroa Street, 30th Floor
Los Angeles, California 90017-5735
Telephone: (213) 892-4000
Facsimile: (213) 629-5063
mscarsi@mibank.com
mruiz@milbank.com
ashlee.lin@milbank.com
msheen@milbank.com

Thomas C. Mavrakakis (Bar No. 00791209)
Brian C. Kwok (admitted *Pro Hac Vice*)
Christopher R. Lubeck (admitted *Pro Hac Vice*)
MAVRAKAKIS LAW GROUP LLP
735 Emerson Street
Palo Alto, CA 94301
Telephone: (650) 804-7800
Facsimile: (650) 852-9224
mav@mavllp.com
bkwok@mavllp.com
clubeck@mavllp.com

Howard E. Levin (admitted *Pro Hac Vice*)
MAVRAKAKIS LAW GROUP LLP
180 N. LaSalle Street, Suite 2215
Chicago, IL 60601
Telephone: (312) 216-1620
Facsimile: (312) 216-1621
hlevin@mavllp.com

**ATTORNEYS FOR APPLE INC**.

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

/s/ *Eric H. Findlay*
Eric H. Findlay
