IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § | |
| Plaintiff | § § | Civil Action No. 6:13-cv-507-LED LEAD CASE |
| v. | § § | |
| HTC CORPORATION, et al., | § § § | |
| Defendants. | § § | |

**DEFENDANT MICROSOFT CORPORATION'S NOTICE OF COMPLIANCE**

Pursuant to the Court's October 7, 2014 Order Granting in Part and Denying in Part the Parties' Joint Motion to Amend the Docket Control Order (Dkt. Entry No. 262), Defendant Microsoft Corporation files this Notice of Compliance hereby informing the Court that Microsoft served a disclosure and document production pursuant to P.R. 3-4(a) on November 21, 2014 to counsel of record for Plaintiff Cellular Communications Equipment LLC. Service was made via electronic mail.

.

-2-

Dated: November 21, 2014 　　　　　　　　Respectfully submitted,


By:   */s/ Robert J. Benson*
　　　　Robert J. Benson

　　　　I. Neel Chatterjee, Bar No. 173985
　　　　nchatterjee@orrick.com
　　　　ORRICK HERRINGTON & SUTCLIFFE, LLP
　　　　1000 Marsh Road
　　　　Menlo Park, California  94025
　　　　Telephone:   +1-650-614-7400
　　　　Facsimile:   +1-650-614-7401

　　　　Robert J. Benson, Bar No. 155971
　　　　rbenson@orrick.com
　　　　ORRICK HERRINGTON & SUTCLIFFE, LLP
　　　　2050 Main Street, Suite 1100
　　　　Irvine, CA 92614-8255
　　　　Telephone:   +1-949-852-7705
　　　　Facsimile:   +1-949-567-6710

　　　　Richard A. Cederoth
　　　　rcederoth@sidley.com
　　　　Ellen S. Robbins
　　　　erobbins@sidley.com
　　　　David T. Pritikin
　　　　dpritikin@sidley.com
　　　　John W. McBride
　　　　jwmcbride@sidley.com
　　　　Nathaniel C. Love
　　　　nlove@sidley.com
　　　　SIDLEY AUSTIN LLP
　　　　One South Dearborn
　　　　Chicago, IL 60603
　　　　Telephone:   +1-312-853-7000
　　　　Facsimile:   +1-312-853-7036

-3-

        Jennifer Parker Ainsworth
        Texas State Bar No. 00784720
        jainsworth@wilsonlawfirm.com
        WILSON, ROBERTSON & CORNELIUS, P.C.
        909 ESE Loop 323, Suite 400
        P.O. Box 7339
        Tyler, TX 75701
        Telephone:   +1-903-509-5000
        Facsimile:    +1-903-509-5092

        Attorneys for Defendant
        MICROSOFT

-4-

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3), on November 21, 2014.

*/s/ Robert J. Benson*
Robert J. Benson
