# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>    Plaintiff,<br><br>v.<br><br>HTC CORPORATION ET AL.,<br><br>    Defendants. | Civil Action No. 6:13-CV-507<br><br>CONSOLIDATED LEAD CASE |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>    Plaintiff,<br><br>v.<br><br>LG ELECTRONICS, INC. ET AL.,<br><br>    Defendants. | Civil Action No. 6:13-CV-508<br><br>CONSOLIDATED PATENT CASE<br><br>JURY TRIAL DEMANDED |

## NOTICE OF COMPLIANCE

Pursuant to the Court's Discovery and Docket Control Orders, Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc. hereby notify the Court that it served its P.R. 3-4(a) document production on Plaintiff's counsel of record on November 21, 2014

Dated: November 24, 2014

Respectfully submitted,

/s/ Jamie B. Beaber
Jamie B. Beaber (D.C. Bar No. 484186)
Kfir B. Levy (D.C. Bar No. 989212)
Michael W. Maas (D.C. Bar No. 493685)

MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
jbeaber@mayerbrown.com
klevy@mayerbrown.com
mmaas@mayerbrown.com

Robert G. Pluta (IL Bar No. 6278255)
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
rpluta@mayerbrown.com

Michael E. Jones
State Bar No. 10929400
Allen F. Gardner
State Bar No. 24043679
POTTER MINTON P.C.
110 N. College Avenue, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846
mikejones@potterminton.com
allengardner@potterminton.com

**ATTORNEYS FOR DEFENDANTS LG ELECTRONICS, INC. AND LG ELECTRONICS U.S.A., INC.**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM-ECF system on the 24th day of November, 2014.

      /s/ Jamie B. Beaber
      Jamie B. Beaber