**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>     Plaintiff,<br><br>v.<br><br>HTC CORPORATION et al.,<br><br>     Defendant. | Civil Action No. 6:13-cv-507-LED<br><br>CONSOLIDATED LEAD CASE |

**NOTICE OF APPEARANCE OF COUNSEL**

Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc. file this Notice of Appearance of Counsel and hereby notifies the Court that William J. Barrow of the law firm Mayer Brown LLP, 1999 K Street, N.W., Washington, DC 20006, is appearing as counsel for Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc. All pleadings, discovery, correspondence, and other material should be served upon counsel at the address referenced below.

Dated: December 1, 2014                                         Respectfully submitted,

                                                                                    MAYER BROWN LLP

                                                                                    /s/ William J. Barrow
                                                                                    William J. Barrow (D.C. Bar No. 989299)
                                                                                    MAYER BROWN LLP
                                                                                    1999 K Street, N.W.
                                                                                    Washington, D.C. 20006-1101
                                                                                    Telephone: +1 202 263 3154
                                                                                    Fax: +1 202 830 0307
                                                                                    wbarrow@mayerbrown.com

                                                                                    ***Counsel for Defendants LG Electronics, Inc. and
                                                                                    LG Electronics U.S.A., Inc.***

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 1, 2014.

                                            /s/ William J. Barrow
                                            William J. Barrow