# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>　　　　　　Plaintiff,<br>v.<br><br>HTC CORP., et al.,<br><br>　　　　　　Defendants. | Civil Action No. 6:13-cv-507<br><br>CONSOLIDATED LEAD CASE<br><br>JURY TRIAL DEMANDED |

**JOINT CLAIM CONSTRUCTION CHART PURSUANT TO P.R. 4-5(d)**

Pursuant to P.R. 4-5(d) and the Court's Docket Control Orders (as amended), Plaintiff and Defendants jointly file the Claim Construction Chart attached hereto as Exhibit A.

1

DATED: December 9, 2014.

| | |
|---|---|
| /s/ Edward R. Nelson, III<br>Edward R. Nelson, III<br>enelson@nbclaw.net<br>Texas State Bar No. 00797142<br>Brent N. Bumgardner<br>bbumgarnder@nbclaw.net<br>Texas State Bar No. 00795272<br>Barry J. Bumgardner<br>barry@nbclaw.net<br>Texas State Bar No. 00793424<br>S. Brannon Latimer<br>blatimer@nbclaw.net<br>Texas State Bar No. 24060137<br>Thomas C. Cecil<br>tcecil@nbclaw.net<br>Texas State Bar No. 24069489<br>Nelson Bumgardner Casto, p.c.<br>3131 West 7th Street, Suite 300<br>Fort Worth, Texas 76107<br>Phone: (817) 377-9111<br>Fax: (817) 377-3485<br><br>T. John Ward, Jr.<br>Texas State Bar No. 00794818<br>J. Wesley Hill<br>Texas State Bar No. 24032294<br>Claire Abernathy Henry<br>Texas State Bar No. 24053063<br>Ward & Smith Law Firm<br>P.O. Box 1231<br>1127 Judson Rd. Ste. 220<br>Longview, Texas 75606-1231<br>(903) 757-6400<br>(903) 757-2323 (fax)<br>jw@jwfirm.com<br>wh@wsfirm.com<br>claire@wsfirm.com<br><br>ATTORNEYS FOR PLAINTIFF<br>CELLULAR COMMUNICATIONS<br>EQUIPMENT LLC | /s/ Christopher W. Kennerly<br>Christopher W. Kennerly<br>TX Bar No. 00795077<br>Jeffrey G. Randall<br>CA Bar No. 130811<br>PAUL HASTINGS LLP<br>1117 S. California Ave.<br>Palo Alto, CA 94304-1106<br>Telephone: (650) 320-1800<br>Facsimile: (650) 320-1900<br>chriskennerly@paulhastings.com<br>jeffrandall@paulhastings.com<br><br>**ATTORNEYS FOR DEFENDANT AT&T MOBILITY LLC** |
| /s/ Jamie B. Beaber<br>Jamie B. Beaber (D.C. Bar No. 484186) | /s/ Melissa R. Smith<br>Melissa R. Smith |

2

| | |
|---|---|
| Kfir B. Levy (D.C. Bar No. 989212)<br>Michael W. Maas (D.C. Bar No. 493685)<br>MAYER BROWN LLP<br>1999 K Street, N.W.<br>Washington, DC 20006-1101<br>Telephone: (202) 263-3000<br>Facsimile: (202) 263-3300<br>jbeaber@mayerbrown.com<br>klevy@mayerbrown.com<br>mmaas@mayerbrown.com<br><br>Robert G. Pluta (IL Bar No. 6278255)<br>MAYER BROWN LLP<br>71 S. Wacker Drive<br>Chicago, IL 60606<br>Telephone: (312) 782-0600<br>Facsimile: (312) 701-7711<br>rpluta@mayerbrown.com<br><br>Michael E. Jones<br>State Bar No. 10929400<br>Allen F. Gardner<br>State Bar No. 24043679<br>POTTER MINTON P.C.<br>110 N. College Avenue, Suite 500<br>Tyler, Texas 75702<br>Telephone: (903) 597-8311<br>Facsimile: (903) 593-0846<br>mikejones@potterminton.com<br>allengardner@potterminton.com<br><br>**ATTORNEYS FOR DEFENDANTS LG ELECTRONICS, INC. AND LG ELECTRONICS U.S.A., INC.** | State Bar No. 24001351<br>GILLAM & SMITH, LLP<br>303 S. Washington Ave.<br>Marshall, TX 75670<br>Telephone: (903) 934-8450<br>Facsimile: (903) 934-9257<br>melissa@gillamsmithlaw.com<br><br>John C. Hueston (*Pro Hac Vice*)<br>Douglas J. Dixon (*Pro Hac Vice*)<br>IRELL & MANELLA LLP<br>840 Newport Center Dr., Ste. 400<br>Newport Beach, CA 92660<br>Telephone: (949) 760-0991<br>Facsimile: (949) 760-5200<br>JHueston@irell.com<br>DDixon@irell.com<br><br>Ellisen S. Turner (*Pro Hac Vice*)<br>Benjamin Haber (*Pro Hac Vice*)<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Ste. 900<br>Los Angeles, CA 90067<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199<br>ETurner@irell.com<br>BHaber@irell.com<br><br>**ATTORNEYS FOR DEFENDANTS T-MOBILE USA, INC. AND T-MOBILE US, INC.** |
| /s/ Alan A. Wright<br>Alan A. Wright<br>Oluwaseun O. Ajayi<br>Brendan P. O'Shea<br>H.C. PARK & ASSOCIATES, PLC<br>1894 Preston White Drive<br>Reston, VA  20191<br>Telephone:  (703) 288-5105<br>Facsimile:   (703) 288-5139<br>awright@park-law.com<br>oajayi@park-law.com | /s/ Jennifer H. Doan<br>Jennifer H. Doan<br>Texas Bar No. 08809050<br>Joshua R. Thane<br>Texas Bar No. 24060713<br>HALTOM & DOAN<br>Crown Executive Center, Suite 100<br>6500 Summerhill Road<br>Texarkana, TX 75503<br>Telephone: (903) 255-1000<br>Facsimile: (903) 255-0800<br>jdoan@haltomdoan.com |

| | |
|---|---|
| boshea@park-law.com<br><br>Melissa R. Smith<br>State Bar No. 24001351<br>GILLAM & SMITH, LLP<br>303 S. Washington Ave.<br>Marshall, TX 75670<br>Telephone: (903) 934-8450<br>Facsimile: (903) 934-9257<br>melissa@gillamsmithlaw.com<br><br>**ATTORNEYS FOR DEFENDANTS PANTECH CO. LTD. AND PANTECH WIRELESS, INC.** | jthane@haltomdoan.com<br><br>J. David Hadden<br>CA Bar No. 176148 (Admitted E.D. Tex)<br>dhadden@fenwick.com<br>Saina Shamilov<br>CA Bar No. 215636 (Admitted E.D. Tex)<br>sshamilov@fenwick.com<br>Ravi R. Ranganath<br>CA Bar No. 272981 (Admitted E.D. Tex)<br>rranganath@fenwick.com<br>FENWICK & WEST LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, California 94041<br>Telephone: (650) 988-8500<br>Facsimile: (650) 938-5200<br><br>**ATTORNEYS FOR DEFENDANT AMAZON.COM, INC.** |
| /s/ Robert W. Weber<br>Robert W. Weber<br>Texas State Bar No. 21044800<br>SMITH WEBER, L.L.P.<br>5505 Plaza Drive -- P.O. Box 6167<br>Texarkana, TX 75505-6167<br>Telephone: 903-223-5656<br>Facsimile: 903-223-5652<br>bweber@smithweber.com<br><br>Mark McGrory (*Pro Hac Vice*)<br>ROUSE HENDRICKS GERMAN MAY PC<br>1201 Walnut, 20th Floor<br>Kansas City, MO 64106<br>Telephone: 816-471-7700<br>Facsimile: 816-471-2221<br>MarkM@rhgm.com<br><br>**ATTORNEYS FOR DEFENDANTS SPRINT SOLUTIONS, INC.; SPRINT SPECTRUM L.P.; and BOOST MOBILE, LLC** | /s/ Inge Larish<br>Inge Larish<br>TX State Bar No. 00796924<br>Steven A. Moore<br>California State Bar No. 232114<br>Nicole S. Cunningham<br>California State Bar No. 234390<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>501 West Broadway, Suite 1100<br>San Diego, CA 92101<br>Telephone: 619-544-3119<br>Facsimile: 619-236-1995<br>inge.larish@pillsburylaw.com<br>steve.moore@pillsburylaw.com<br>nicole.cunningham@pillsburylaw.com<br><br>**ATTORNEYS FOR DEFENDANTS HTC CORPORATION, HTC AMERICA, INC., AND ZTE (USA) INC.** |
| /s/ Roger Joseph Fulghum<br>Roger Joseph Fulghum<br>(TX Bar No. 00790724) | /s/ Michael E. Jones<br>Michael E. Jones<br>State Bar No. 10929400 |

| | |
|---|---|
| Tammy M Pennington Rhodes<br>(TX Bar No. 24051182)<br>BAKER BOTTS LLP<br>910 Louisiana Street<br>One Shell Plaza<br>Houston, TX 77002-4995<br>Telephone: 713/229-1707<br>Facsimile: 713/229-2707<br>roger.fulghum@bakerbotts.com<br>tammy.pennington@bakerbotts.com<br><br>Deron R Dacus<br>(TX Bar No. 00790553)<br>T Shannon Marie Dacus<br>(TX Bar No. 00791004)<br>THE DACUS FIRM, PC<br>821 ESE Loop 323<br>Suite 430<br>Tyler, TX 75701<br>Telephone: 903/705-1117<br>Facsimile: 9037051117<br>ddacus@dacusfirm.com<br>sdacus@dacusfirm.com<br><br>**ATTORNEYS FOR DEFENDANT DELL INC.** | Patrick C. Clutter, IV<br>State Bar No. 24036374<br>POTTER MINTON, P.C.<br>110 N. College Ave., Suite 500<br>Tyler, Texas 75702<br>Telephone: (903) 597-8311<br>Facsimile: (903) 593-0846<br>mikejones@potterminton.com<br>patrickclutter@potterminton.com<br><br>Charles B. Molster, III<br>Virginia State Bar No. 23613<br>Thomas M. Dunham<br>D.C. Bar No. 448407<br>Corrine M. Saylor<br>D.C. Bar No. 997638 (*Pro Hac Vice*)<br>WINSTON & STRAWN LLP<br>1700 K Street, N.W.<br>Washington, D.C. 20006-3817<br>Telephone: (202) 282-5000<br>Facsimile: (202) 282-5100<br>cmolster@winston.com<br>tdunham@winston.com<br>csaylor@winston.com<br><br>Sarah J. Kalemeris<br>IL Bar No. 6303644<br>Winston & Strawn LLP<br>35 W Wacker Drive<br>Chicago, IL 60601<br>Telephone: 312-558-5600<br>Fax: 312-558-5700<br>skalemeris@winston.com<br><br>**ATTORNEYS FOR DEFENDANT CELLCO PARTNERSHIP D/B/A/ VERIZON WIRELESS** |
| /s/  Robert J. Benson<br>Robert J. Benson<br>CA Bar No. 155971<br>Christina M. Von der Ahe<br>CA Bar No. 255467<br>ORRICK HERRINGTON & SUTCLIFFE - Irvine<br>2050 Main St<br>Suite 1100<br>Irvine, CA 92614-8255 | /s/  Mark C. Scarsi<br>Mark C. Scarsi (admitted *Pro Hac Vice*)<br>Miguel Ruiz (admitted *Pro Hac Vice*)<br>Ashlee N. Lin (admitted *Pro Hac Vice*)<br>Michael Sheen (admitted *Pro Hac Vice*)<br>MILBANK, TWEED, HADLEY & MCCLOY LLP<br>601 South Figueroa Street, 30th Floor<br>Los Angeles, California 90017-5735<br>Telephone: (213) 892-4000 |

5

| | |
|---|---|
| Telephone: 949/852-7705<br>Facsimile: 949/567-6710<br>rbenson@orrick.com<br>cvonderahe@orrick.com<br><br>I. Neel Chatterjee<br>CA Bar No. 173985<br>ORRICK HERRINGTON & SUTCLIFFE –<br>Menlo Park<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: 650/614-7400<br>Facsimile: 650/614-7401<br>nchatterjee@orrick.com<br><br>Richard A. Cederoth<br>Ellen S. Robbins<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, Illinois 60603<br>Telephone: 312-853-7000<br>Facsimile: 312-853-7036<br>rcederoth@sidley.com<br>erobbins@sidley.com<br><br>Jennifer Parker Ainsworth<br>Texas State Bar No. 00784720<br>WILSON, ROBERTSON & CORNELIUS, P.C.<br>909 ESE Loop 323, Suite 400<br>P.O. Box 7339 [75711]<br>Tyler, Texas 75701<br>Telephone: (903) 509-5000<br>Facsimile: (903) 509-5092<br>jainsworth@wilsonlawfirm.com<br><br>**ATTORNEYS FOR DEFENDANT MICROSOFT** | Facsimile: (213) 629-5063<br>mscarsi@mibank.com<br>mruiz@milbank.com<br>ashlee.lin@milbank.com<br>msheen@milbank.com<br><br>Thomas C. Mavrakakis (Bar No. 00791209)<br>Brian C. Kwok (admitted *Pro Hac Vice*)<br>Christopher R. Lubeck (admitted *Pro Hac Vice*)<br>MAVRAKAKIS LAW GROUP LLP<br>735 Emerson Street<br>Palo Alto, CA 94301<br>Telephone: (650) 804-7800<br>Facsimile: (650) 852-9224<br>mav@mavllp.com<br>bkwok@mavllp.com<br>clubeck@mavllp.com<br><br>Howard E. Levin (admitted *Pro Hac Vice*)<br>MAVRAKAKIS LAW GROUP LLP<br>180 N. LaSalle Street, Suite 2215<br>Chicago, IL 60601<br>Telephone: (312) 216-1620<br>Facsimile: (312) 216-1621<br>hlevin@mavllp.com<br><br>Eric H. Findlay (Bar No. 00789886)<br>FINDLAY CRAFT PC<br>102 N. College Avenue, Suite 900<br>Tyler, TX 75702<br>Telephone: (903) 534-1100<br>Facsimile: (903) 534-1137<br>efindlay@findlaycraft.com<br><br>**ATTORNEYS FOR APPLE INC**. |

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 9th day of December, 2014, I electronically filed the foregoing document with the clerk of the Court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the Court's electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                /s/ Edward R. Nelson, III