# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>        Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., and AT&T MOBILITY LLC,<br><br>        Defendants. | Civil Action No. 6:13-cv-507 (lead case)<br>(Consolidated with<br>Case No. 6:13-cv-00568-LED)<br><br>Patent case |

## NOTICE OF APPEARANCE OF EMAN SOJOODI

Defendant Amazon.com, Inc. hereby notifies the Court that Eman Sojoodi, of the law firm of Fenwick and West LLP, is appearing as counsel for defendant Amazon.com, Inc. Mr. Sojoodi's e-mail address, for purposes of Receipt of Notice of Electronic Filing, is as follows: esojoodi@fenwick.com and dwalls-stewart@fenwick.com. For other purposes, contact information for counsel is set forth below. Defendants request that Mr. Sojoodi be included on the Court's and parties' service lists.

Dated: December 12, 2014

Respectfully submitted,

FENWICK & WEST, LLP

*/s/ Eman Sojoodi*
Eman Sojoodi
CA Bar No. 261293 (Admitted to E.D. Tex)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendant Amazon.com, Inc.

2

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 12, 2014.

*/s/ Eman Sojoodi*
Eman Sojoodi
CA Bar No. 261293 (Admitted to E.D. Tex)