# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>    Plaintiff,<br><br>v.<br><br>BLACKBERRY LIMITED, ET AL.,<br><br>    Defendants. | `6:13CV507`<br>`CONSOLIDATED WITH`<br>CIVIL ACTION NO. 6:13-cv-510<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Before the Court is the Unopposed Stipulated Dismissal Without Prejudice. Having considered the Stipulated Dismissal, and finding that good cause exists for the granting of the same, the Court is of the opinion that the Stipulated Dismissal should be, in all respects, GRANTED.

IT IS THEREFORE ORDERED that this Civil Action (Case No. 6:13-cv-510) is DISMISSED WITHOUT PREJUDICE as set forth in the Stipulated Dismissal, with each party to bear its own costs, expenses and attorneys' fees associated with filing the dismissal.

**So ORDERED and SIGNED this 16th day of December, 2014.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**