# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, <br><br> Plaintiff, <br><br> v. <br><br> HTC CORP., et al., <br><br> Defendants. | CIVIL ACTION NO. 6:13-cv-507 <br><br> CONSOLIDATED LEAD CASE <br><br> JURY TRIAL DEMANDED |

## ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES

Having considered the parties' Joint Motion to Stay All Deadlines and Notice of Settlement, the Court hereby GRANTS said Motion.

IT IS THEREFORE ORDERED that any and all deadlines in **Case No. 6:13-cv-584**, one of the cases consolidated into the above-captioned action, are hereby STAYED for thirty-five (35) days pending payment under the parties' settlement agreement, up to and including Wednesday, January 21, 2015.

**So ORDERED and SIGNED this 22nd day of December, 2014.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**