# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC** <br><br> v. <br><br> **HTC CORPORATION, et al.** | **CIVIL ACTION NO. 6:13-cv-507** <br><br> **CONSOLIDATED LEAD CASE** |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that John Hueston of Hueston Hennigan LLP enters his appearance on behalf of Defendants T-Mobile US, Inc. and T-Mobile USA, Inc., in this matter as additional counsel.

John Hueston may receive all communications from the Court and from other parties at Hueston Hennigan LLP 620 Newport Center Dr., Suite 1300, Newport Beach, CA 92660; Telephone: (949) 226-6740; e-mail JHueston@hueston.com

Dated:   January 9, 2015

Respectfully submitted,

 */s/ John Hueston*
John Hueston
CA State Bar No. 164921
Hueston Hennigan LLP
620 Newport Center Dr., Suite 1300
Newport Beach, CA 92660
Telephone:  (949) 226-6741
Email:  JHueston@hueston.com

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 9th day of January, 2015, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                               */s/ John Hueston*
                                               John Hueston