IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, § § § § § § § § § § § § § | |
| Plaintiff, | Case No. 6:13-cv-507 |
| v. | |
| HTC CORPORATION, ET AL., | CONSOLIDATED LEAD CASE |
| Defendants. | |

# ORDER

The Court **REFERS** this case for claim construction only to United States Magistrate Judge K. Nicole Mitchell for disposition in accordance with 28 U.S.C. § 636. The undersigned will continue to oversee all other matters.

**So ORDERED and SIGNED this 8th day of January, 2015.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**