# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, <br><br> Plaintiff, <br><br> v. <br><br> HTC CORP, ET AL., <br><br> Defendants. | CIVIL ACTION NO. 6:13-cv-507 <br><br> CONSOLIDATE LEAD CASE |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendants. | CIVIL ACTION NO. 6:13-cv-738 <br><br> **JURY TRIAL DEMANDED** |

## ORDER DISMISSING ALL CLAIMS

Before the Court is the Joint Stipulation of Dismissal Without Prejudice of all claims by Plaintiff Cellular Communications Equipment LLC against Defendant Microsoft Corporation, without prejudice in Civil Action *Cellular Communications Equipment LLC v. Microsoft Corp.*, No. 6:13-cv-738. After considering the parties' stipulations, it is hereby ORDERED that all claims by Plaintiff Cellular Communications Equipment LLC against Defendant Microsoft Corporation be and are hereby DISMISSED from the above-entitled and numbered causes WITHOUT PREJUDICE and that each party shall bear its own costs and fees.

**So ORDERED and SIGNED this 8th day of January, 2015.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**