IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Case No. 6:13-cv-507 Lead Case |
| HTC CORPORATION, et al., | § § | |
| Defendants. | § § | |

**NOTICE OF APPEARANCE OF COUNSEL**
**FOR DEFENDANT AT&T MOBILITY LLC**

Defendant, AT&T Mobility LLC, notifies the Court and the parties of the appearance of Dallas W. Tharpe as counsel on its behalf. Defendant respectfully requests that Mr. Tharpe, who is enrolled in the Court's CM/ECF system and whose contact information is set forth below, be included on the Court's and parties' service lists.

DATED: January 20, 2015                    Respectfully submitted,

*/s/ Dallas W. Tharpe*
Dallas W. Tharpe
Bar No. 24052036
YARBROUGH WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
(903) 595-3111
Fax: (903) 595-0191
dallas@yw-lawfirm.com

Attorney for Defendant AT&T Mobility LLC

**Certificate of Service**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 20th day of January, 2015.  All other counsel not deemed to have consented to service in such manner will be served via facsimile transmission and/or first class mail.

*/s/ Dallas W. Tharpe*
Dallas W. Tharpe