IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,** | § § § | |
| Plaintiff, | § § | Civil Action No. 6:13-cv-507-LED |
| v. | § § | **(Lead Case for Consolidation)** |
| **HTC CORPORATION, et al.,** | § § | |
| Defendants. | § § § | |

## DEFENDANTS' JOINT NOTICE OF COMPLIANCE

Pursuant to the Court's April 15, 2014 Docket Control Order (Dkt. Entry No. 123) and the Court's October 7, 2014 Order (Dkt. Entry No. 262), Defendants AT&T Mobility LLC; HTC Corp.; HTC America, Inc.; Boost Mobile LLC; Cellco Partnership d/b/a Verizon Wireless; Exedea, Inc.; Sprint Nextel Corp.; Sprint Solutions, Inc.; Sprint Spectrum L.P.; T-Mobile USA, Inc.; T-Mobile US, Inc.; LG Electronics, Inc.; LG Electronics USA, Inc.; Pantech Co., Ltd.; Pantech Wireless, Inc.; ZTE Corp.; ZTE USA Inc.; ZTE Solutions, Inc.; Amazon.com, Inc.; Dell Inc.; and Apple Inc. (collectively, "Defendants") file this Notice of Compliance hereby informing the Court that the aforementioned Defendants served Joint P.R. 4-2 disclosures on January 22, 2015 to counsel of record for Plaintiff Cellular Communications Equipment LLC. Service was made via electronic mail.

Dated: January 23, 2015            Respectfully submitted,

                                                                /s/ Christopher W. Kennerly

Christopher W. Kennerly
TX Bar No. 00795077
chriskennerly@paulhastings.com
Jeffrey G. Randall
CA Bar No. 130811
jeffrandall@paulhastings.com
Paul Hastings LLP
1117 S. California Ave.
Palo Alto, CA 94304-1106
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

**ATTORNEYS FOR DEFENDANT AT&T MOBILITY LLC**

| | |
|---|---|
| /s/ Jamie B. Beaber | **/s/ Melissa R. Smith** |
| Jamie B. Beaber (D.C. Bar No. 484186) | Melissa R. Smith |
| Kfir B. Levy (D.C. Bar No. 989212) | State Bar No. 24001351 |
| Michael W. Maas (D.C. Bar No. 493685) | GILLAM & SMITH, LLP |
| MAYER BROWN LLP | 303 S. Washington Ave. |
| 1999 K Street, N.W. | Marshall, TX 75670 |
| Washington, DC 20006-1101 | Telephone: (903) 934-8450 |
| Telephone: (202) 263-3000 | Facsimile: (903) 934-9257 |
| Facsimile: (202) 263-3300 | melissa@gillamsmithlaw.com |
| jbeaber@mayerbrown.com | |
| klevy@mayerbrown.com | John C. Hueston (*Pro Hac Vice*) |
| mmaas@mayerbrown.com | Douglas J. Dixon (*Pro Hac Vice*) |
| | HUESTON HENNIGAN LLP |
| Robert G. Pluta (IL Bar No. 6278255) | 620 Newport Center Dr., Suite 1300 |
| MAYER BROWN LLP | Newport Beach, CA 92660 |
| 71 S. Wacker Drive | Telephone: (949) 226-6741 |
| Chicago, IL 60606 | DDixon@hueston.com |
| Telephone: (312) 782-0600 | JHueston@hueston.com |
| Facsimile: (312) 701-7711 | |
| rpluta@mayerbrown.com | **ATTORNEYS FOR DEFENDANTS T-MOBILE USA, INC. AND T-MOBILE US, INC.** |
| Michael E. Jones | |
| State Bar No. 10929400 | |
| Allen F. Gardner | |
| State Bar No. 24043679 | |
| POTTER MINTON P.C. | |

110 N. College Avenue, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846
mikejones@potterminton.com
allengardner@potterminton.com

**ATTORNEYS FOR DEFENDANTS LG ELECTRONICS, INC. AND LG ELECTRONICS U.S.A., INC.**

/s/ Alan A. Wright
Alan A. Wright
Oluwaseun O. Ajayi
Brendan P. O'Shea
H.C. PARK & ASSOCIATES, PLC
1894 Preston White Drive
Reston, VA  20191
Telephone:  (703) 288-5105
Facsimile:   (703) 288-5139
awright@park-law.com
oajayi@park-law.com
boshea@park-law.com

Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 S. Washington Ave.
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

**ATTORNEYS FOR DEFENDANTS PANTECH CO. LTD. AND PANTECH WIRELESS, INC.**

/s/ Jennifer H. Doan
Jennifer H. Doan
Texas Bar No. 08809050
Joshua R. Thane
Texas Bar No. 24060713
HALTOM & DOAN
Crown Executive Center, Suite 100
6500 Summerhill Road
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
jdoan@haltomdoan.com
jthane@haltomdoan.com

J. David Hadden
CA Bar No. 176148 (Admitted E.D. Tex)
dhadden@fenwick.com
Saina Shamilov
CA Bar No. 215636 (Admitted E.D. Tex)
sshamilov@fenwick.com
Ravi R. Ranganath
CA Bar No. 272981 (Admitted E.D. Tex)
rranganath@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

**ATTORNEYS FOR DEFENDANT AMAZON.COM, INC.**

/s/ Robert W. Weber
Robert W. Weber
Texas State Bar No. 21044800
SMITH WEBER, L.L.P.
5505 Plaza Drive -- P.O. Box 6167
Texarkana, TX 75505-6167
Telephone: 903-223-5656
Facsimile: 903-223-5652
bweber@smithweber.com

Mark McGrory (*Pro Hac Vice*)
ROUSE HENDRICKS GERMAN MAY PC
1201 Walnut, 20th Floor
Kansas City, MO 64106
Telephone: 816-471-7700
Facsimile: 816-471-2221
MarkM@rhgm.com

**ATTORNEYS FOR DEFENDANTS SPRINT SOLUTIONS, INC.; SPRINT SPECTRUM L.P.; and BOOST MOBILE, LLC**

/s/ Roger Joseph Fulghum
Roger Joseph Fulghum
(TX Bar No. 00790724)
Tammy M Pennington Rhodes
(TX Bar No. 24051182)
BAKER BOTTS LLP
910 Louisiana Street
One Shell Plaza
Houston, TX 77002-4995
Telephone: 713/229-1707
Facsimile: 713/229-2707
roger.fulghum@bakerbotts.com
tammy.pennington@bakerbotts.com


Deron R Dacus
(TX Bar No. 00790553)
T Shannon Marie Dacus
(TX Bar No. 00791004)
THE DACUS FIRM, PC
821 ESE Loop 323
Suite 430
Tyler, TX 75701
Telephone: 903/705-1117
Facsimile: 9037051117

/s/ Inge Larish
Inge Larish
TX State Bar No. 00796924
Steven A. Moore
California State Bar No. 232114
Nicole S. Cunningham
California State Bar No. 234390
PILLSBURY WINTHROP SHAW PITTMAN LLP
501 West Broadway, Suite 1100
San Diego, CA 92101
Telephone: 619-544-3119
Facsimile: 619-236-1995
inge.larish@pillsburylaw.com
steve.moore@pillsburylaw.com
nicole.cunningham@pillsburylaw.com

**ATTORNEYS FOR DEFENDANTS HTC CORPORATION, HTC AMERICA, INC., AND ZTE (USA) INC.**

/s/ Michael E. Jones
Michael E. Jones
State Bar No. 10929400
Patrick C. Clutter, IV
State Bar No. 24036374
POTTER MINTON, P.C.
110 N. College Ave., Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846
mikejones@potterminton.com
patrickclutter@potterminton.com

Charles B. Molster, III
Virginia State Bar No. 23613
Thomas M. Dunham
D.C. Bar No. 448407
Corrine M. Saylor
D.C. Bar No. 997638 (*Pro Hac Vice*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
Telephone: (202) 282-5000
Facsimile: (202) 282-5100
cmolster@winston.com

ddacus@dacusfirm.com
sdacus@dacusfirm.com

**ATTORNEYS FOR DEFENDANT DELL INC.**

tdunham@winston.com
csaylor@winston.com

Sarah J. Kalemeris
IL Bar No. 6303644
Winston & Strawn LLP
35 W Wacker Drive
Chicago, IL 60601
Telephone: 312-558-5600
Fax: 312-558-5700
skalemeris@winston.com

**ATTORNEYS FOR DEFENDANT CELLCO PARTNERSHIP D/B/A/ VERIZON WIRELESS**

/s/ Mark C. Scarsi
Mark C. Scarsi (admitted *Pro Hac Vice*)
Miguel Ruiz (admitted *Pro Hac Vice*)
Ashlee N. Lin (admitted *Pro Hac Vice*)
Michael Sheen (admitted *Pro Hac Vice*)
MILBANK, TWEED, HADLEY & MCCLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, California 90017-5735
Telephone: (213) 892-4000
Facsimile: (213) 629-5063
mscarsi@mibank.com
mruiz@milbank.com
ashlee.lin@milbank.com
msheen@milbank.com

Thomas C. Mavrakakis (Bar No. 00791209)
Brian C. Kwok (admitted *Pro Hac Vice*)
Christopher R. Lubeck (admitted *Pro Hac Vice*)
MAVRAKAKIS LAW GROUP LLP
735 Emerson Street
Palo Alto, CA 94301
Telephone: (650) 804-7800
Facsimile: (650) 852-9224
mav@mavllp.com
bkwok@mavllp.com
clubeck@mavllp.com

Howard E. Levin (admitted *Pro Hac Vice*)
MAVRAKAKIS LAW GROUP LLP

180 N. LaSalle Street, Suite 2215
Chicago, IL 60601
Telephone: (312) 216-1620
Facsimile: (312) 216-1621
hlevin@mavllp.com


Eric H. Findlay (Bar No. 00789886)
FINDLAY CRAFT PC
102 N. College Avenue, Suite 900
Tyler, TX 75702
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
efindlay@findlaycraft.com

**ATTORNEYS FOR APPLE INC**.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 23, 2015, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                /s/ Christopher W. Kennerly
                                                Christopher W. Kennerly