**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | |
| Plaintiff, | Civil Action No. 6:13-cv-507 |
| v. | CONSOLIDATED LEAD CASE |
| HTC CORP., et al., | JURY TRIAL DEMANDED |
| Defendants. | |

## JOINT CLAIM CONSTRUCTION AND PRE-HEARING STATEMENT

Pursuant to P.R. 4-3 and the Court's Docket Control Orders (as amended), Plaintiff Cellular Communications Equipment LLC ("CCE"), and Defendants submit this Joint Claim Construction and Pre-Hearing Statement.

### P.R. 4-3(a)

Other than agreements identified by the parties pursuant to the initial claim construction hearing on December 16, 2014, the parties have reached no additional agreements regarding the construction of terms, phrases, or clauses for the patents at issue.

### P.R. 4-3(b)

With respect to the terms that are in dispute, the chart attached as Exhibit A provides CCE's proposed constructions, and the chart attached as Exhibit B provides Defendants' proposed constructions.[1]  These charts also provide an identification of the intrinsic and extrinsic evidence upon which each party intends to rely.  Each party reserves the right to rely on any intrinsic or extrinsic evidence identified by the other party.

---

[1] For each patent, the constructions provided in Exhibit B are proposed only by those Defendants against whom the patent at issue is asserted.

1

**P.R. 4-3(c)**

The Court has set the Claim Construction Hearing for the patents at issue to begin at 9:00 a.m. on April 9, 2015.  CCE requests 45 minutes per side (1.5 hours total).  Defendants request 60 minutes per side (2 hours total).

**P.R. 4-3(d)**

At this time, neither CCE nor Defendants intends to call any live witnesses at the Claim Construction Hearing.

**P.R. 4-3 (e)**

At this time, the parties are unaware of any additional issues that would require the scheduling of a pre-hearing conference prior to the Claim Construction Hearing.

DATED:  February 5, 2015.

| | |
|---|---|
| /s/ Edward R. Nelson, III | /s/ Christopher W. Kennerly |
| Edward R. Nelson, III | Christopher W. Kennerly |
| enelson@nbclaw.net | TX Bar No. 00795077 |
| Texas State Bar No. 00797142 | chriskennerly@paulhastings.com |
| Brent N. Bumgardner | Jeffrey G. Randall |
| bbumgarnder@nbclaw.net | CA Bar No. 130811 |
| Texas State Bar No. 00795272 | jeffrandall@paulhastings.com |
| Barry J. Bumgardner | Jonas P. Herrell |
| barry@nbclaw.net | CA Bar No. 279075 |
| Texas State Bar No. 00793424 | jonasherrell@paulhastings.com |
| S. Brannon Latimer | PAUL HASTINGS LLP |
| blatimer@nbclaw.net | 1117 S. California Ave. |
| Texas State Bar No. 24060137 | Palo Alto, CA  94304-1106 |
| Thomas C. Cecil | Telephone: (650) 320-1800 |
| tcecil@nbclaw.net | Facsimile: (650) 320-1900 |
| Texas State Bar No. 24069489 | |
| Nelson Bumgardner Casto, p.c. | Jeffrey D. Comeau |
| 3131 West 7th Street, Suite 300 | CA Bar No. 259679 |
| Fort Worth, Texas 76107 | jeffreycomeau@paulhastings.com |
| Phone:  (817) 377-9111 | PAUL HASTINGS LLP |
| Fax:  (817) 377-3485 | 4747 Executive Drive |
| | Twelfth Floor |
| T. John Ward, Jr. | San Diego, CA 92121-3114 |
| Texas State Bar No. 00794818 | Telephone: (858) 458-3000 |
| J. Wesley Hill | Facsimile: (858) 458-3005 |
| Texas State Bar No. 24032294 | |
| Claire Abernathy Henry | Trey Yarbrough |
| Texas State Bar No. 24053063 | TX Bar No. 22133500 |
| Ward & Smith Law Firm | trey@yw-lawfirm.com |
| P.O. Box 1231 | YARBROUGH WILCOX, PLLC |
| 1127 Judson Rd. Ste. 220 | 100 E. Ferguson St., Suite 1015 |
| Longview, Texas  75606-1231 | Tyler, Texas 75702 |
| (903) 757-6400 | Telephone (903) 595-3111 |
| (903) 757-2323 (fax) | Facsimile (903) 595-0191 |
| jw@jwfirm.com | |
| wh@wsfirm.com | **ATTORNEYS FOR DEFENDANT AT&T** |
| claire@wsfirm.com | **MOBILITY LLC** |
| | |
| ATTORNEYS FOR PLAINTIFF | |
| CELLULAR COMMUNICATIONS | |
| EQUIPMENT LLC | |
| /s/ Jamie B. Beaber | /s/ Melissa R. Smith |
| Jamie B. Beaber (D.C. Bar No. 484186) | Melissa R. Smith |

| | | |
|---|---|---|
| Kfir B. Levy (D.C. Bar No. 989212)<br>Michael W. Maas (D.C. Bar No. 493685)<br>MAYER BROWN LLP<br>1999 K Street, N.W.<br>Washington, DC 20006-1101<br>Telephone: (202) 263-3000<br>Facsimile: (202) 263-3300<br>jbeaber@mayerbrown.com<br>klevy@mayerbrown.com<br>mmaas@mayerbrown.com<br><br>Robert G. Pluta (IL Bar No. 6278255)<br>MAYER BROWN LLP<br>71 S. Wacker Drive<br>Chicago, IL 60606<br>Telephone: (312) 782-0600<br>Facsimile: (312) 701-7711<br>rpluta@mayerbrown.com<br><br>Michael E. Jones<br>State Bar No. 10929400<br>Allen F. Gardner<br>State Bar No. 24043679<br>POTTER MINTON P.C.<br>110 N. College Avenue, Suite 500<br>Tyler, Texas 75702<br>Telephone: (903) 597-8311<br>Facsimile: (903) 593-0846<br>mikejones@potterminton.com<br>allengardner@potterminton.com<br><br>**ATTORNEYS FOR DEFENDANTS LG ELECTRONICS, INC. AND LG ELECTRONICS U.S.A., INC.** | State Bar No. 24001351<br>GILLAM & SMITH, LLP<br>303 S. Washington Ave.<br>Marshall, TX 75670<br>Telephone: (903) 934-8450<br>Facsimile: (903) 934-9257<br>melissa@gillamsmithlaw.com<br><br>John C. Hueston (*Pro Hac Vice*)<br>Douglas J. Dixon (*Pro Hac Vice*)<br>HUESTON HENNIGAN LLP<br>620 Newport Center Dr., Suite 1300<br>Newport Beach, CA 92660<br>Telephone: (949) 226-6741<br>DDixon@hueston.com<br>JHueston@hueston.com<br><br>Alexander C.D. Giza<br>CA Bar No. 212327 (Admitted E.D. Tex.)<br>HUESTON HENNIGAN LLP<br>523 West 6th Street, Suite 400<br>Los Angeles, CA 90014<br>Telephone: (213) 788-4340<br>agiza@hueston.com<br><br>**ATTORNEYS FOR DEFENDANTS T-MOBILE USA, INC. AND T-MOBILE US, INC.** | |
| /s/ Alan A. Wright<br>Alan A. Wright<br>Oluwaseun O. Ajayi<br>Brendan P. O'Shea<br>H.C. PARK & ASSOCIATES, PLC<br>1894 Preston White Drive<br>Reston, VA 20191<br>Telephone: (703) 288-5105<br>Facsimile: (703) 288-5139<br>awright@park-law.com | /s/ Jennifer H. Doan<br>Jennifer H. Doan<br>Texas Bar No. 08809050<br>Joshua R. Thane<br>Texas Bar No. 24060713<br>HALTOM & DOAN<br>Crown Executive Center, Suite 100<br>6500 Summerhill Road<br>Texarkana, TX 75503<br>Telephone: (903) 255-1000 | |

| | |
|---|---|
| oajayi@park-law.com<br>boshea@park-law.com<br><br>Melissa R. Smith<br>State Bar No. 24001351<br>GILLAM & SMITH, LLP<br>303 S. Washington Ave.<br>Marshall, TX 75670<br>Telephone: (903) 934-8450<br>Facsimile: (903) 934-9257<br>melissa@gillamsmithlaw.com<br><br>**ATTORNEYS FOR DEFENDANTS PANTECH CO. LTD. AND PANTECH WIRELESS, INC.** | Facsimile: (903) 255-0800<br>jdoan@haltomdoan.com<br>jthane@haltomdoan.com<br><br>J. David Hadden<br>CA Bar No. 176148 (Admitted E.D. Tex)<br>dhadden@fenwick.com<br>Saina Shamilov<br>CA Bar No. 215636 (Admitted E.D. Tex)<br>sshamilov@fenwick.com<br>Ravi R. Ranganath<br>CA Bar No. 272981 (Admitted E.D. Tex)<br>rranganath@fenwick.com<br>FENWICK & WEST LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, California 94041<br>Telephone: (650) 988-8500<br>Facsimile: (650) 938-5200<br><br>**ATTORNEYS FOR DEFENDANT AMAZON.COM, INC.** |
| /s/ Robert W. Weber<br>Robert W. Weber<br>Texas State Bar No. 21044800<br>SMITH WEBER, L.L.P.<br>5505 Plaza Drive -- P.O. Box 6167<br>Texarkana, TX 75505-6167<br>Telephone: 903-223-5656<br>Facsimile: 903-223-5652<br>bweber@smithweber.com<br><br>Mark McGrory (*Pro Hac Vice*)<br>ROUSE HENDRICKS GERMAN MAY PC<br>1201 Walnut, 20th Floor<br>Kansas City, MO 64106<br>Telephone: 816-471-7700<br>Facsimile: 816-471-2221<br>MarkM@rhgm.com<br><br>**ATTORNEYS FOR DEFENDANTS SPRINT SOLUTIONS, INC.; SPRINT SPECTRUM L.P.; and BOOST MOBILE,** | /s/ Inge Larish<br>Inge Larish<br>TX State Bar No. 00796924<br>Steven A. Moore<br>California State Bar No. 232114<br>Nicole S. Cunningham<br>California State Bar No. 234390<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>501 West Broadway, Suite 1100<br>San Diego, CA 92101<br>Telephone: 619-544-3119<br>Facsimile: 619-236-1995<br>inge.larish@pillsburylaw.com<br>steve.moore@pillsburylaw.com<br>nicole.cunningham@pillsburylaw.com<br><br>**ATTORNEYS FOR DEFENDANTS HTC CORPORATION, HTC AMERICA, INC., AND ZTE (USA) INC.** |

| | | |
|---|---|---|
| **LLC** | | |
| /s/ Roger Joseph Fulghum<br>Roger Joseph Fulghum<br>(TX Bar No. 00790724)<br>Tammy M Pennington Rhodes<br>(TX Bar No. 24051182)<br>BAKER BOTTS LLP<br>910 Louisiana Street<br>One Shell Plaza<br>Houston, TX 77002-4995<br>Telephone: 713/229-1707<br>Facsimile: 713/229-2707<br>roger.fulghum@bakerbotts.com<br>tammy.pennington@bakerbotts.com<br><br>Deron R Dacus<br>(TX Bar No. 00790553)<br>T Shannon Marie Dacus<br>(TX Bar No. 00791004)<br>THE DACUS FIRM, PC<br>821 ESE Loop 323<br>Suite 430<br>Tyler, TX 75701<br>Telephone: 903/705-1117<br>Facsimile: 9037051117<br>ddacus@dacusfirm.com<br>sdacus@dacusfirm.com<br><br>**ATTORNEYS FOR DEFENDANT DELL INC.** | /s/ Michael E. Jones<br>Michael E. Jones<br>State Bar No. 10929400<br>Patrick C. Clutter, IV<br>State Bar No. 24036374<br>POTTER MINTON, P.C.<br>110 N. College Ave., Suite 500<br>Tyler, Texas 75702<br>Telephone: (903) 597-8311<br>Facsimile: (903) 593-0846<br>mikejones@potterminton.com<br>patrickclutter@potterminton.com<br><br>Charles B. Molster, III<br>Virginia State Bar No. 23613<br>Thomas M. Dunham<br>D.C. Bar No. 448407<br>Corrine M. Saylor<br>D.C. Bar No. 997638 (*Pro Hac Vice*)<br>WINSTON & STRAWN LLP<br>1700 K Street, N.W.<br>Washington, D.C. 20006-3817<br>Telephone: (202) 282-5000<br>Facsimile: (202) 282-5100<br>cmolster@winston.com<br>tdunham@winston.com csaylor@winston.com<br><br>Sarah J. Kalemeris<br>IL Bar No. 6303644<br>Winston & Strawn LLP<br>35 W Wacker Drive<br>Chicago, IL 60601<br>Telephone: 312-558-5600<br>Fax: 312-558-5700<br>skalemeris@winston.com<br><br>**ATTORNEYS FOR DEFENDANT CELLCO PARTNERSHIP D/B/A/ VERIZON WIRELESS** | |
| | /s/  Mark C. Scarsi<br><br>Mark C. Scarsi (admitted *Pro Hac Vice*) | |

6

Miguel Ruiz (admitted *Pro Hac Vice*)
Ashlee N. Lin (admitted *Pro Hac Vice*)
Michael Sheen (admitted *Pro Hac Vice*)
MILBANK, TWEED, HADLEY & MCCLOY
LLP
601 South Figueroa Street, 30th Floor
Los Angeles, California 90017-5735
Telephone: (213) 892-4000
Facsimile: (213) 629-5063
mscarsi@mibank.com
mruiz@milbank.com
ashlee.lin@milbank.com
msheen@milbank.com

Thomas C. Mavrakakis (Bar No. 00791209)
Brian C. Kwok (admitted *Pro Hac Vice*)
Christopher R. Lubeck (admitted *Pro Hac
Vice*)
MAVRAKAKIS LAW GROUP LLP
735 Emerson Street
Palo Alto, CA 94301
Telephone: (650) 804-7800
Facsimile: (650) 852-9224
mav@mavllp.com
bkwok@mavllp.com
clubeck@mavllp.com

Howard E. Levin (admitted *Pro Hac Vice*)
MAVRAKAKIS LAW GROUP LLP
180 N. LaSalle Street, Suite 2215
Chicago, IL 60601
Telephone: (312) 216-1620
Facsimile: (312) 216-1621
hlevin@mavllp.com

Eric H. Findlay (Bar No. 00789886)
FINDLAY CRAFT PC
102 N. College Avenue, Suite 900
Tyler, TX 75702
Telephone:  (903) 534-1100
Facsimile: (903) 534-1137
efindlay@findlaycraft.com

| | **ATTORNEYS FOR APPLE INC**. | |
|---|---|---|

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 5th day of February, 2015, I electronically filed the foregoing document with the clerk of the Court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the Court's electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

<u>/s/ Edward R. Nelson, III</u>