IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Case No. 6:13-cv-507 Lead Case |
| HTC CORPORATION, et al., | § § | |
| Defendants. | § | |

## <u>NOTICE OF COMPLIANCE REGARDING TECHNOLOGY TUTORIAL</u>

Pursuant to the Court's Docket Control Order, Defendants hereby notify the Court that Defendants have furnished Defendants' technology tutorial to the Court, the Technical Advisor, David Keyzer, and counsel for the Plaintiff.

Dated:  February 20, 2015

Respectfully submitted,

/s/ Trey Yarbrough
Trey Yarbrough
Texas Bar No. 22133500
Dallas W. Tharpe
Texas Bar No. 24052036
YARBROUGH WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, Texas 75702
Telephone:  (903) 595-3111
Facsimile:   (903) 595-0191
trey@yw-lawfirm.com
dallas@yw-lawfirm.com

Christopher W. Kennerly
TX Bar No. 00795077
chriskennerly@paulhastings.com
Jeffrey G. Randall
CA Bar No. 130811

jeffrandall@paulhastings.com
Jonas P. Herrell
CA Bar No. 279075
jonasherrell@paulhastings.com
PAUL HASTINGS LLP
1117 S. California Ave.
Palo Alto, CA 94304-1106
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

Jeffrey D. Comeau
CA Bar No. 259679
jeffreycomeau@paulhastings.com
PAUL HASTINGS LLP
4747 Executive Drive
Twelfth Floor
San Diego, CA 92121-3114
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

**Attorneys for Defendant AT&T Mobility LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 20th day of February, 2015.   All other counsel not deemed to have consented to service in such manner will be served via facsimile transmission and/or first class mail.

*/s/ Trey Yarbrough*
Trey Yarbrough