# Exhibit "I"

