**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | |
| Plaintiff, | Civil Action No. 6:13-cv-507 |
| v. | CONSOLIDATED LEAD CASE |
| HTC CORP., et al., | JURY TRIAL DEMANDED |
| Defendants. | |

---

**JOINT CLAIM CONSTRUCTION CHART PURSUANT TO P.R. 4-5(d)**

---

Pursuant to P.R. 4-5(d) and the Court's Docket Control Orders (as amended), Plaintiff and Defendants jointly file the Claim Construction Chart attached hereto as Exhibit A.

1

DATED:  March 30, 2015

| | |
|---|---|
| /s/ Edward R. Nelson, III | /s/ Christopher W. Kennerly |
| Edward R. Nelson, III | Christopher W. Kennerly |
| enelson@nbclaw.net | TX Bar No. 00795077 |
| Texas State Bar No. 00797142 | Jeffrey G. Randall |
| Brent N. Bumgardner | CA Bar No. 130811 |
| bbumgarnder@nbclaw.net | Jonas P. Herrell |
| Texas State Bar No. 00795272 | CA Bar No. 279075 |
| Barry J. Bumgardner | PAUL HASTINGS LLP |
| barry@nbclaw.net | 1117 S. California Ave. |
| Texas State Bar No. 00793424 | Palo Alto, CA  94304-1106 |
| S. Brannon Latimer | Telephone: (650) 320-1800 |
| blatimer@nbclaw.net | Facsimile: (650) 320-1900 |
| Texas State Bar No. 24060137 | chriskennerly@paulhastings.com |
| Thomas C. Cecil | jeffrandall@paulhastings.com |
| tcecil@nbclaw.net | jonasherrell@paulhastings.com |
| Texas State Bar No. 24069489 | |
| Nelson Bumgardner Casto, p.c. | Jeffrey D. Comeau |
| 3131 West 7th Street, Suite 300 | CA Bar No. 259679 |
| Fort Worth, Texas 76107 | jeffreycomeau@paulhastings.com |
| Phone:  (817) 377-9111 | PAUL HASTINGS LLP |
| Fax:  (817) 377-3485 | 4747 Executive Drive |
| | Twelfth Floor |
| T. John Ward, Jr. | San Diego, CA 92121-3114 |
| Texas State Bar No. 00794818 | Telephone: (858) 458-3000 |
| J. Wesley Hill | Facsimile: (858) 458-3005 |
| Texas State Bar No. 24032294 | |
| Claire Abernathy Henry | Trey Yarbrough |
| Texas State Bar No. 24053063 | TX Bar No. 22133500 |
| Ward & Smith Law Firm | trey@yw-lawfirm.com |
| P.O. Box 1231 | YARBROUGH WILCOX, PLLC |
| 1127 Judson Rd. Ste. 220 | 100 E. Ferguson St., Suite 1015 |
| Longview, Texas  75606-1231 | Tyler, Texas 75702 |
| (903) 757-6400 | Telephone (903) 595-3111 |
| (903) 757-2323 (fax) | Facsimile (903) 595-019 |
| jw@jwfirm.com | |
| wh@wsfirm.com | **ATTORNEYS FOR DEFENDANT AT&T** |
| claire@wsfirm.com | **MOBILITY LLC** |
| | |
| **ATTORNEYS FOR PLAINTIFF** | |
| **CELLULAR COMMUNICATIONS** | |
| **EQUIPMENT LLC** | |
| /s/ Jamie B. Beaber | /s/ Melissa R. Smith |
| Jamie B. Beaber (D.C. Bar No. 484186) | Melissa R. Smith |

| | |
|---|---|
| Kfir B. Levy (D.C. Bar No. 989212)<br>Michael W. Maas (D.C. Bar No. 493685)<br>MAYER BROWN LLP<br>1999 K Street, N.W.<br>Washington, DC 20006-1101<br>Telephone: (202) 263-3000<br>Facsimile: (202) 263-3300<br>jbeaber@mayerbrown.com<br>klevy@mayerbrown.com<br>mmaas@mayerbrown.com<br><br>Robert G. Pluta (IL Bar No. 6278255)<br>MAYER BROWN LLP<br>71 S. Wacker Drive<br>Chicago, IL 60606<br>Telephone: (312) 782-0600<br>Facsimile: (312) 701-7711<br>rpluta@mayerbrown.com<br><br>Michael E. Jones<br>State Bar No. 10929400<br>mikejones@potterminton.com<br>Allen F. Gardner<br>State Bar No. 24043679<br>allengardner@potterminton.com<br>POTTER MINTON P.C.<br>110 N. College Avenue, Suite 500<br>Tyler, Texas 75702<br>Telephone: (903) 597-8311<br>Facsimile: (903) 593-0846<br><br>**ATTORNEYS FOR DEFENDANTS LG ELECTRONICS, INC. AND LG ELECTRONICS U.S.A., INC.** | State Bar No. 24001351<br>GILLAM & SMITH, LLP<br>303 S. Washington Ave.<br>Marshall, TX 75670<br>Telephone: (903) 934-8450<br>Facsimile: (903) 934-9257<br>melissa@gillamsmithlaw.com<br><br>Of Counsel:<br><br>John C. Hueston<br>Alex C. Giza<br>Douglas J. Dixon<br>HUESTON HENNIGAN LLP<br>620 Newport Center Dr., Suite 1300<br>Newport Beach, CA 92660<br>Tel. (949) 229-8640<br>Fax (888) 775-0898<br>JHueston@irell.com<br>AGiza@hueston.com<br>DDixon@irell.com<br><br>**ATTORNEYS FOR DEFENDANTS T-MOBILE USA, INC. AND T-MOBILE US, INC.** |
| /s/ Alan A. Wright<br>Alan A. Wright<br>awright@park-law.com<br>Oluwaseun O. Ajayi<br>oajayi@park-law.com<br>Brendan P. O'Shea<br>boshea@park-law.com<br>H.C. PARK & ASSOCIATES, PLC<br>1894 Preston White Drive<br>Reston, VA  20191<br>Telephone:  (703) 288-5105 | /s/ Mark C. Scarsi<br>Mark C. Scarsi (*admitted Pro Hac Vice*)<br>mscarsi@mibank.com<br>Miguel Ruiz (*admitted Pro Hac Vice*)<br>mruiz@milbank.com<br>Ashlee N. Lin (*admitted Pro Hac Vice*)<br>ashlee.lin@milbank.com<br>Michael Sheen (*admitted Pro Hac Vice*)<br>msheen@milbank.com<br>MILBANK, TWEED, HADLEY & MCCLOY LLP |

<table>
<tr>
<td>

Facsimile:  (703) 288-5139

Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 S. Washington Ave.
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

**ATTORNEYS FOR DEFENDANTS PANTECH CO. LTD. AND PANTECH WIRELESS, INC.**

</td>
<td>

601 South Figueroa Street, 30th Floor
Los Angeles, California 90017-5735
Telephone: (213) 892-4000
Facsimile: (213) 629-5063

Thomas C. Mavrakakis (Bar No. 00791209)
Brian C. Kwok (*admitted Pro Hac Vice*)
Christopher R. Lubeck (*admitted Pro Hac Vice*)
MAVRAKAKIS LAW GROUP LLP
735 Emerson St.
Palo Alto, CA 94301
Tel: (650) 804-7800
Fax: (650) 85 2-9224
mav@mavllp.com
bkwok@mavllp.com
clubeck@mavllp.com

Howard E. Levin (*admitted Pro Hac Vice*)
MAVRAKAKIS LAW GROUP LLP
180 N. LaSalle Street, Suite 2215
Chicago, IL 60601
Tel: (312) 216-1620
Fax: (312) 216-1621
hlevin@mavllp.com

Eric H. Findlay (Bar No. 00789886)
efindlay@findlaycraft.com
FINDLAY CRAFT PC
102 N. College Avenue, Suite 900
Tyler, TX 75702
Phone:  (903) 534-1100
Fax: (903) 534-1137

**ATTORNEYS FOR DEFENDANT APPLE INC.**

</td>
</tr>
<tr>
<td>

/s/ Robert W. Weber
Robert W. Weber
Texas State Bar No. 21044800
SMITH WEBER, L.L.P.
5505 Plaza Drive
P.O. Box 6167
Texarkana, TX 75505-6167
Tele: (903) 223-5656
Fax: (903) 223-5652
Email: bweber@smithweber.com

and

Mark W. McGrory        (pro hac vice)

</td>
<td>

/s/ Jennifer H. Doan
Jennifer H. Doan
Texas Bar No. 08809050
Joshua R. Thane
Texas Bar No. 24060713
HALTOM & DOAN
Crown Executive Center, Suite 100
6500 Summerhill Road
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
Email: jdoan@haltomdoan.com
Email: jthane@haltomdoan.com

</td>
</tr>
</table>

4

| | |
|---|---|
| ROUSE HENDRICKS GERMAN MAY PC<br>1201 Walnut, 20th Floor<br>Kansas City, MO 64106<br>Tel: (816) 471-7700<br>Fax: (816) 471-2221<br>Email: MarkM@rhgm.com<br><br>**ATTORNEYS FOR DEFENDANTS SPRINT SOLUTIONS, INC.; SPRINT SPECTRUM L.P.; AND BOOST MOBILE, LLC** | J. David Hadden<br>CA Bar No. 176148 (Admitted E.D. Tex)<br>dhadden@fenwick.com<br>Saina Shamilov<br>CA Bar No. 215636 (Admitted E.D. Tex)<br>sshamilov@fenwick.com<br>Ravi R. Ranganath<br>CA Bar No. 272981 (Admitted E.D. Tex)<br>rranganath@fenwick.com<br>FENWICK & WEST LLP<br>Silicon Valley Center<br>801 California Street<br>Mountain View, California 94041<br>Telephone: (650) 988-8500<br>Facsimile: (650) 938-5200<br><br>**ATTORNEYS FOR DEFENDANT AMAZON.COM, INC.** |
| /s/ Roger Joseph Fulghum<br>Roger Joseph Fulghum (TX Bar No. 00790724)<br>Tammy M Pennington Rhodes<br>(TX Bar No. 24051182)<br>Baker Botts LLP<br>910 Louisiana Street<br>One Shell Plaza<br>Houston, TX 77002-4995<br>Telephone: 713/229-1707<br>Facsimile: 713/229-2707<br>Email: roger.fulghum@bakerbotts.com<br>Email: tammy.pennington@bakerbotts.com<br><br>Deron R Dacus (TX Bar No. 00790553)<br>T Shannon Marie Dacus (TX Bar No. 00791004)<br>The Dacus Firm, PC<br>821 ESE Loop 323<br>Suite 430<br>Tyler, TX 75701<br>Telephone: 903/705-1117<br>Facsimile: 9037051117<br>Email: ddacus@dacusfirm.com<br>Email: sdacus@dacusfirm.com<br><br>**ATTORNEYS FOR DEFENDANT DELL INC.** | /s/ Inge Larish<br>Inge Larish<br>inge.larish@pillsburylaw.com<br>TX State Bar No. 00796924<br>Steven A. Moore<br>steve.moore@pillsburylaw.com<br>California State Bar No. 232114<br>Nicole S. Cunningham<br>nicole.cunningham@pillsburylaw.com<br>California State Bar No. 234390<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>501 West Broadway, Suite 1100<br>San Diego, CA 92101<br>Telephone: 619-544-3119<br>Facsimile: 619-236-1995<br><br>**ATTORNEYS FOR DEFENDANTS HTC CORPORATION, HTC AMERICA, INC. AND ZTE (USA) INC.** |

/s/ Michael E. Jones
Michael E. Jones
State Bar No. 10929400
Patrick C. Clutter, IV
State Bar No. 24036374
mikejones@potterminton.com
patrickclutter@potterminton.com
POTTER MINTON, P.C.
110 N. College Ave., Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

Charles B. Molster, III
Virginia State Bar No. 23613
Thomas M. Dunham
D.C. Bar No. 448407
Corrine M. Saylor
D.C. Bar No. 997638 (Pro Hac Vice)
cmolster@winston.com
tdunham@winston.com
csaylor@winston.com

WINSTON &STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
Telephone: (202) 282-5000
Facsimile: (202) 282-5100

Sarah J. Kalemeris
IL Bar No. 6303644
skalemeris@winston.com

WINSTON & STRAWN LLP
35 W Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

**ATTORNEYS FOR DEFENDANT
CELLCO PARTNERSHIP D/B/A/
VERIZON WIRELESS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 30th day of March, 2015, I electronically filed the foregoing document with the clerk of the Court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the Court's electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

<u>/s/ Edward R. Nelson, III</u>