## I. U.S. Pat. No. 8,055,820

| | **Disputed Term** | **Plaintiff's Proposed Construction** | **Defendants' Proposed Construction**[1] | **Court's Construction** |
|---|---|---|---|---|
| 1. | "usage" (cl. 1, 12, 24) | Plain and ordinary meaning; no construction necessary. | "an act, way, or manner of using" | |

## II. U.S. Pat. No. 7,218,923

| | **Disputed Term** | **Plaintiff's Proposed Construction** | **Defendants' Proposed Construction** | **Court's Construction** |
|---|---|---|---|---|
| 1. | "a message of the messages" (cl. 24) | Plain and ordinary meaning; no construction necessary. | "one or more, but less than all, of the messages" | |
| 2. | "tamper resistant" (cl. 24) | Plain and ordinary meaning; no construction necessary. | "resistant to being affected by a user or other parties that are beyond the control of the network operator" | |

---

[1] Defendants consist of AT&T Mobility LLC, HTC Corporation, HTC America, Inc., Exedea, Inc., Sprint Solutions, Inc., Sprint Spectrum L.P., Boost Mobile, LLC, Dell Inc., T-Mobile USA, Inc., T-Mobile US, Inc., Pantech Co., Ltd., Pantech Wireless, Inc., LG Electronics, Inc., LG Electronics USA, Inc., Amazon.com, Inc., Cellco Partnership d/b/a Verizon Wireless, ZTE USA, Inc., and Apple Inc. Each Defendant proposes constructions only with respect to the claims asserted against that Defendant.