IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>       Plaintiff,<br><br>v.<br><br>HTC et. al<br><br>       Defendant. | Lead Case: Case No. 6:13-cv-507<br><br>Civil Action No. 6:13-cv-569<br><br>JURY TRIAL DEMANDED |

**DELL'S NOTICE OF COMPLIANCE REGARDING**
**<u>SUPPLEMENTAL INVALIDITY CONTENTIONS</u>**

In accordance with the Court's Docket Control Order of April 15, 2014 (Dkt. No. 123), the Court's January 21, 2015 Order (Dkt. No. 348), the Court's Order Granting Joint Motion to Amend Docket Control Order (Dkt. No. 262), the Court's Claim Construction Order (Dkt. No. 363), and in compliance with Patent Rule 3-6 (a)(2), Dell Inc. files this Notice of Compliance confirming that Dell Inc. served its Supplemental Invalidity Contentions on counsel for Cellular Communications, LLC on April 28, 2015, by electronic mail.

Date: April 30, 2015

Respectfully submitted:

*/s/ Tammy M. Pennington Rhodes*
Roger Fulghum
Lead Attorney
State Bar No.  00790724
Tammy M. Pennington Rhodes

State Bar No.  24051182
Baker Botts LLP - Houston
910 Louisiana Street
One Shell Plaza
Houston, TX 77002-4995
713/229-1707
Fax: 713/229-2707
Email: roger.fulghum@bakerbotts.com
Email: tammy.pennington@bakerbotts.com

Deron R Dacus
State Bar No. 00790553
The Dacus Firm, PC
821 ESE Loop 323, Suite 430
Tyler, TX 75701
903/705-1117
Fax: 9037051117
Email: ddacus@dacusfirm.com

ATTORNEYS FOR DEFENDANT
DELL INC.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, per Local Rule CV-5(a)(3)(A), this document was served on all counsel who are deemed to have consented to electronic service on April 30, 2015.

*/s/ Tammy Pennington Rhodes*
Tammy Pennington Rhodes