# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **Cellular Communications Equipment LLC,** | § | |
| | § | |
| **Plaintiff,** | § | Civil Action No. 6:13-cv-507 |
| v. | § | |
| | § | |
| **HTC Corporation et al.,** | § | **CONSOLIDATED LEAD CASE** |
| | § | |
| **Defendants.** | § | |
| | § | |
| | § | |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Alex Giza of Hueston Hennigan LLP enters his appearance on behalf of Defendants T-Mobile US, Inc. and T-Mobile USA, Inc. in this matter as additional counsel.

Alex Giza may receive all communications from the Court and from other parties at Hueston Hennigan LLP, 620 Newport Center Drive, #1300, Newport Beach, California 92660; Telephone: (949) 229-8640; e-mail agiza@hueston.com

Dated:  May 1, 2015                                    Respectfully submitted,

                                                                         */s/ Alex Giza*
                                                                          Alex Giza
                                                                          CA State Bar No. 212327
                                                                          HUESTON HENNIGAN LLP
                                                                          620 Newport Center Drive, #1300
                                                                          Newport Beach, California 92660
                                                                          Telephone: (949) 229-8640
                                                                          Email:  agiza@hueston.com

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 1st day of May, 2015, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Alex Giza*
Alex Giza