**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,**<br>Plaintiff,<br><br>v.<br><br>**HTC CORPORATION, et al.,**<br>Defendants. | Civil Action No. 6:13-cv-507<br><br>**JURY TRIAL DEMANDED**<br>**(Consolidated Lead Case)** |

## STIPULATION OF DISMISSAL REGARDING U.S. PATENT NO. 6,819,923

Plaintiff Cellular Communications Equipment LLC and all Defendants to this consolidated lead case hereby stipulate to the dismissal with prejudice of Plaintiff's claims of infringement of U.S. Patent No. 6,819,923 (the "'9923 patent").  This limited dismissal does not affect Plaintiff's claims of infringement pertaining to any other patent-in-suit.   A proposed order is attached as Exhibit A.

**Dated:  June 12, 2015**                                             Respectfully submitted,

*/s/ Edward R. Nelson III*
Edward R. Nelson III
ed@nelbum.com
Texas State Bar No. 00797142
S. Brannon Latimer
brannon@nelbum.com
Texas State Bar No. 24060137
Thomas C. Cecil
tom@nelbum.com
Texas State Bar No. 24069489
NELSON BUMGARDNER PC
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Phone:  (817) 377-9111
Fax:  (817) 377-3485

T. John Ward, Jr.
Texas State Bar No. 00794818
J. Wesley Hill
Texas State Bar No. 24032294
Claire Abernathy Henry
Texas State Bar No. 24053063
WARD & SMITH LAW FIRM
P.O. Box 1231
1127 Judson Rd. Ste. 220
Longview, Texas  75606-1231
(903) 757-6400
(903) 757-2323 (fax)
jw@jwfirm.com
wh@wsfirm.com
ch@wsfirm.com

**ATTORNEYS FOR PLAINTIFF
CELLULAR COMMUNICATIONS
EQUIPMENT LLC**

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel complied with Local Rule CV-7(h).  The filing of this Stipulation is unopposed.

*/s/ Edward R. Nelson III*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of June, 2015, I electronically filed the foregoing document with the clerk of the Court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the Court's electronic case filing system.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Edward R. Nelson III*