**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,**<br>Plaintiff,<br><br>v.<br><br>**HTC CORPORATION, et al.,**<br>Defendants. | Civil Action No. 6:13-cv-507<br><br>**JURY TRIAL DEMANDED**<br>**(Consolidated Lead Case)** |

## ORDER OF DISMISSAL REGARDING U.S. PATENT NO. 6,819,923

Before the Court is the Stipulation of Dismissal Regarding U.S. Patent No. 6,819,923. Having considered the Stipulation of Dismissal and finding that good cause exists for the granting of the same, the Court is of the opinion that the Stipulation of Dismissal should be in all respects GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's claims of infringement of U.S. Patent No. 6,819,923 are DISMISSED from all cases comprising this consolidated lead action with prejudice.

So ORDERED and SIGNED this 9th day of July, 2015.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE