IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, § § § | | |
| Plaintiff | § | |
| | § | Case No. 6:13-cv-507 |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| HTC CORPORATION, et al | § | |
| Defendants | § | |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Defendants, Sprint Solutions, Inc., Sprint Spectrum L.P., and Boost Mobile, LLC, and file this Notice of Appearance of Counsel, and would state as follows:

I.

Caroline A. Bader of the law firm of ERISE, IP, P.A. informs the Court of her appearance as counsel of record for Defendants, Sprint Solutions, Inc., Sprint Spectrum L.P., and Boost Mobile, LLC, in this matter.

Respectfully submitted,

By:   /s/   *Caroline A. Bader*
Caroline A. Bader / KS Bar No.: 24436
Megan J. Redmond / KS Bar No.: 21999
Mark W. McGrory / KS Bar No.: 12316
**ERISE IP, P.A.**
6201 College Boulevard, Suite 300
Overland Park, KS 66211
Office:   913-777-5600
Fax: 913-777-5601
Email: carrie.bader@eriseip.com

**ATTORNEY FOR DEFENDANTS,
SPRINT SOLUTIONS, INC.,
SPRINT SPECTRUM L.P., AND
BOOST MOBILE, LLC**

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing has been forwarded to all counsel of record on this the 20th day of July, 2015, via CM/ECF:

              */s/ Caroline A. Bader*
              Caroline A. Bader