# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>  Plaintiff,<br><br>v.<br><br>HTC CORP., et al.,<br><br>  Defendants. | Civil Action No. 6:13-cv-507<br><br>JURY TRIAL DEMANDED<br>(Consolidated Lead Case) |

**Request for International Judicial Assistance Pursuant to the Hague Convention of 18
March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters**

*Sender:*

Mark C. Scarsi
MILBANK, TWEED, HADLEY & MCCLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, California 90017-5735
Telephone: (213) 892-4000
Facsimile: (213) 629-5063
mscarsi@mibank.com

*Central Authority of the Requested State:*

Ms. Noora Aarnio
PL 25
00023 VALTIONEUVOSTO
Finland
Telephone: +358 9 1606 7628
Facsimile: +358 9 1606 7524
central.authority@om.fi

*Person to whom the executed request is to be returned:*

Mark C. Scarsi
MILBANK, TWEED, HADLEY & MCCLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, California 90017-5735
Telephone: (213) 892-4000

1

Facsimile: (213) 629-5063
mscarsi@mibank.com

*Date by which the requesting authority requires receipt of the response to the Letter of Request:*

The requesting authority, the United States District Court for the Eastern District of Texas, Marshall Division, requests that the receipt of the response to this Request be returned within the standard timeframe that the Finnish Ministry of Justice has used to process such previous requests.  This request is not made as an urgent request, but rather one to be handled within standard operating procedures.

***IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION, THE UNDERSIGNED APPLICANT HAS THE HONOUR TO SUBMIT THE FOLLOWING REQUEST:***

*Requesting Judicial Authority:*

United States District Court for the Eastern District of Texas, Marshall Division
Sam B. Hall Jr. Federal Building and United States Courthouse
100 East Houston Street
Room 125
Marshall, Texas 75670
Telephone: (903) 935-2912
Facsimile: (903) 938-2651

*The above-mentioned Authority is making this Request to:*

Ministry of Justice, Finland
PL 25
00023 VALTIONEUVOSTO
Finland
central.authority@om.fi

*This Request is made under the following judicial proceeding:*

Cellular Communications Equipment LLC, *Plaintiff*, v. HTC Corporation, et al., *Defendants*,
Civil Action File Number 6:13-cv-507.

*This Request is to be served upon:*

Nokia Corporation
Karaportti 3
Espoo 02610
Finland

The nature of the case from which this Request stems is a complaint on patent infringement of U.S. Patent Nos. 7,218,923, 7,941,174, and 8,055,820 (the "Patents-in-Suit").  It alleges that certain defendants have and continue to infringe by selling, importing, making, using, offering for sale, among other things, certain mobile devices manufactured by Apple Inc.,

2

Amazon.com, Inc., Dell Inc., HTC Corporation, HTC America, Inc., LG Electronics, Inc., LG Electronics U.S.A., Inc., Pantech Co. Ltd., Pantech Wireless, Inc., and ZTE (USA) Inc. To this point in the litigation, the defendants have not filed an answer and counterclaims. However, the defendants have filed a motion to dismiss based on the alleged failure to plead contributory infringement with sufficient specificity. The plaintiff opposed the motion, but the judge has not ruled on the motion as of the date of this Request.

The nature of the proceedings being requested in this letter is a Request for Production to Nokia Corporation ("Nokia") for certain documents kept and maintained through its course of business. The evidence to be collected is as follows:

1. Documents, including email communications, concerning or relating to any financial analyses, opinions, or valuations of the Patents-in-Suit, including but not limited to information for determining a royalty rate for purposes of licensing or tax accounting.

2. All licenses between Nokia (or its affiliate(s)) and Acacia Research Corporation (or its affiliate(s)) regarding the Patents-in-Suit.

3. All licenses between Nokia (or its affiliate(s)) and Cellular Communications Equipment LLC (or its affiliate(s)) regarding the Patents-in-Suit.

4. All licenses between Nokia (or its affiliate(s)) and Qualcomm Inc. (or its affiliate(s)) regarding the Patents-in-Suit.

5. All licenses between Nokia (or its affiliate(s)) and Sony Mobile Communications (USA) Inc. (or its affiliate(s)) regarding the Patents-in-Suit.

6. Documents sufficient to show any license between Nokia (or its affiliate(s)) and any other entity not included in Requests for Production Nos. 2–5 regarding any of the Patents-in-Suit.

7. Documents, including email communications, concerning or relating to any consideration, negotiation, offer, recommendation, or proposal between Nokia (or its affiliate(s)) and Acacia Research Corporation (or its affiliate(s)) regarding the Patents-in-Suit.

8. Documents, including email communications, concerning or relating to any consideration, negotiation, offer, recommendation, or proposal between Nokia (or its affiliate(s)) and Alcatel-Lucent S.A. and/or Alcatel-Lucent USA, Inc. (or any of their respective affiliate(s)) regarding the Patents-in-Suit.

9. Documents, including email communications, concerning or relating to any consideration, negotiation, offer, recommendation, or proposal between Nokia (or its affiliate(s)) and Amazon.com, Inc. (or its affiliate(s)) regarding the Patents-in-Suit.

10. Documents, including email communications, concerning or relating to any consideration, negotiation, offer, recommendation, or proposal between Nokia (or its affiliate(s)) and Cellular Communications Equipment LLC (or its affiliate(s)) regarding the Patents-in-Suit.

11. Documents, including email communications, concerning or relating to any consideration, negotiation, offer, recommendation, or proposal between Nokia (or its affiliate(s)) and Dell Inc. (or its affiliate(s)) regarding the Patents-in-Suit.

12. Documents, including email communications, concerning or relating to any consideration, negotiation, offer, recommendation, or proposal between Nokia (or its affiliate(s)) and Telefonaktiebolaget L. M. Ericsson and/or Ericsson Inc. (or any of their respective affiliate(s)) regarding the Patents-in-Suit.

13. Documents, including email communications, concerning or relating to any consideration, negotiation, offer, recommendation, or proposal between Nokia (or its affiliate(s)) and Handspring, Inc. (or its affiliate(s)) regarding the Patents-in-Suit.

14. Documents, including email communications, concerning or relating to any consideration, negotiation, offer, recommendation, or proposal between Nokia (or its affiliate(s)) and HTC Corporation (or its affiliate(s)) regarding the Patents-in-Suit.

15. Documents, including email communications, concerning or relating to any consideration, negotiation, offer, recommendation, or proposal between Nokia (or its affiliate(s)) and Huawei Technologies Co. Ltd. (or its affiliate(s)) regarding the Patents-in-Suit.

16. Documents, including email communications, concerning or relating to any consideration, negotiation, offer, recommendation, or proposal between Nokia (or its affiliate(s)) and Kyocera Corporation and/or Kyocera Communications, Inc. (or any of their respective affiliate(s)) regarding the Patents-in-Suit.

17. Documents, including email communications, concerning or relating to any consideration, negotiation, offer, recommendation, or proposal between Nokia (or its affiliate(s)) and LG Electronics, Inc. and/or LG Electronics U.S.A., Inc. (or any of their respective affiliate(s)) regarding the Patents-in-Suit.

18. Documents, including email communications, concerning or relating to any consideration, negotiation, offer, recommendation, or proposal between Nokia (or its affiliate(s)) and Lenovo Group Ltd. (or its affiliate(s)) regarding the Patents-in-Suit.

19. Documents, including email communications, concerning or relating to any consideration, negotiation, offer, recommendation, or proposal between Nokia (or its affiliate(s)) and Microsoft Corporation (or its affiliate(s)) regarding the Patents-in-Suit.

20. Documents, including email communications, concerning or relating to any consideration, negotiation, offer, recommendation, or proposal between Nokia (or its affiliate(s)) and Mitsubishi Group (or its affiliate(s)) regarding the Patents-in-Suit.

21. Documents, including email communications, concerning or relating to any consideration, negotiation, offer, recommendation, or proposal between Nokia (or its affiliate(s)) and Motorola, Inc. (or its affiliate(s)) regarding the Patents-in-Suit.

22. Documents, including email communications, concerning or relating to any consideration, negotiation, offer, recommendation, or proposal between Nokia (or its affiliate(s)) and NEC and/or NEC Casio and/or NEC Casio Mobile Communications, Ltd. and/or NEC Corporation of America, Inc. (or any of their respective affiliate(s)) regarding the Patents-in-Suit.

23. Documents, including email communications, concerning or relating to any consideration, negotiation, offer, recommendation, or proposal between Nokia (or its affiliate(s)) and Option Wireless and/or Option NV (or any of their respective affiliate(s)) regarding the Patents-in-Suit.

24. Documents, including email communications, concerning or relating to any consideration, negotiation, offer, recommendation, or proposal between Nokia (or its affiliate(s)) and Pantech Co., Ltd. and/or Pantech Wireless, Inc. (or any of their respective affiliate(s)) (or its affiliate(s)) regarding the Patents-in-Suit.

25. Documents, including email communications, concerning or relating to any consideration, negotiation, offer, recommendation, or proposal between Nokia (or its affiliate(s)) and Koninklijke Philips N.V. (or its affiliate(s)) regarding the Patents-in-Suit.

26. Documents, including email communications, concerning or relating to any consideration, negotiation, offer, recommendation, or proposal between Nokia (or its affiliate(s)) and Qualcomm Inc. (or its affiliate(s)) regarding the Patents-in-Suit.

27. Documents, including email communications, concerning or relating to any consideration, negotiation, offer, recommendation, or proposal between Nokia (or its affiliate(s)) and Research-in-Motion Limited and/or Research-in-Motion Corporation and/or Blackberry Limited and/or Blackberry Corporation (or any of their respective affiliate(s)) regarding the Patents-in-Suit.

28. Documents, including email communications, concerning or relating to any consideration, negotiation, offer, recommendation, or proposal between Nokia (or its affiliate(s)) and Samsung Group and/or Samsung Electronics, Co. Ltd and/or Samsung Electronics America, Inc. and/or Samsung TeleCommunications America, LLC (or any of their respective affiliate(s)) regarding the Patents-in-Suit.

29. Documents, including email communications, concerning or relating to any consideration, negotiation, offer, recommendation, or proposal between Nokia (or its affiliate(s)) and Siemens AG (or its affiliate(s)) regarding the Patents-in-Suit.

30. Documents, including email communications, concerning or relating to any consideration, negotiation, offer, recommendation, or proposal between Nokia (or its affiliate(s)) and Sierra Wireless, Inc. (or its affiliate(s)) regarding the Patents-in-Suit.

31. Documents, including email communications, concerning or relating to any consideration, negotiation, offer, recommendation, or proposal between Nokia (or its affiliate(s)) and Sony Mobile Communications (USA) Inc. (or its affiliate(s)) regarding the Patents-in-Suit.

32. Documents, including email communications, concerning or relating to any consideration, negotiation, offer, recommendation, or proposal between Nokia (or its affiliate(s)) and ZTE Corporation and/or ZTE (USA) Inc. (or any of their respective affiliate(s)) regarding the Patents-in-Suit.

33. Documents, including email communications, concerning or relating to any consideration, negotiation, offer, recommendation, or proposal between Nokia (or its affiliate(s)) and any other entity not included in Requests for Production Nos. 7–32 regarding any of the Patents-in-Suit.

34. Any agreement between Nokia (or its Affiliate(s)) and Qualcomm (or its Affiliate(s)) creating a commitment by Nokia to Qualcomm, Inc. to offer licenses to current or future Qualcomm, Inc. component customers under certain terms and conditions, including, without limitation, maximum royalty rates for products of Qualcomm, Inc. customers.

35. Documents, including email communications, concerning or relating to any consideration, negotiation, offer, recommendation, or proposal between Nokia (or its affiliate(s)) and Qualcomm Inc. (or its affiliate(s)) regarding a commitment by Nokia to Qualcomm, Inc. to offer licenses to current or future Qualcomm, Inc. component customers under certain terms and conditions, including, without limitation, maximum royalty rates for products of Qualcomm, Inc. customers.

36. Documents, including email communications, concerning or relating to the preparation, filing, prosecution, or issuance of the Patents-in-Suit, including any invention disclosures, draft patent applications, technical descriptions, or other documents provided by the named inventor to anyone involved in the preparation or prosecution of the Patents-in-Suit or any related patent anywhere in the world.

37. Documents, including email communications, concerning or relating to any decisions, deliberations or discussions regarding filing or prosecuting any patent applications that issued as the Patents-in-Suit, including but not limited to notes, reports, evaluations, and meeting minutes.

38. Documents, including email communications, concerning or relating to the claimed subject matter of the Patents-in-Suit, or any related patent.

39. Documents, including email communications, whether published or unpublished, authored, co-authored, edited, or revised by Volker Breuer, Thomas Ulrich, their agents, or any other person, that concern or relate to in any way to the subject matter recited in any claim of U.S. Patent No. 7,941,174.

40. Documents, including email communications, whether published or unpublished, authored, co-authored, edited, or revised by Benoist Sebire, Esa Malkamaki, Klaus I. Pedersen, Claudio Rosa, Preben E. Mogensen, their agents, or any other person, that concern or relate to in any way to the subject matter recited in any claim of U.S. Patent No. 8,055,820.

41. Documents, including email communications, including documents in the custody of Volker Breuer, Thomas Ulrich, Benoist Sebire, Esa Malkamaki, Klaus I. Pedersen, Claudio Rosa, Preben E. Mogensen, their agents, or any other person, that concern or relate to the European Telecommunications Standards Institute (ETSI), the Third Generation Partnership Project (3GPP), or any other standard-setting organization.

42. Documents, including email communications, including documents in the custody of Volker Breuer, Thomas Ulrich, Benoist Sebire, Esa Malkamaki, Klaus I. Pedersen, Claudio Rosa, Preben E. Mogensen, their agents, or any other person, that concern or relate to the Universal Mobile Telecommunications System (UMTS), High Speed Packet Access (HSPA), or Long Term Evolution (LTE), including standards specifications, proposals, and working group meeting notes.

43. Documents, including email communications, including documents in the custody of Volker Breuer, Thomas Ulrich, Benoist Sebire, Esa Malkamaki, Klaus I. Pedersen, Claudio Rosa, Preben E. Mogensen, their agents, or any other person, created on or before October 6, 2005, that concern or relate to power headroom reporting or the determination of a transmission power differential in a radio communications system.

44. Documents, including email communications, created on or before October 6, 2005, that concern or relate to in any way to the subject matter of 3GPP Proposals R1-040103, R1-040675, and RP-040113.

45. Documents, including email communications, including documents in the custody of Volker Breuer, Thomas Ulrich, Benoist Sebire, Esa Malkamaki, Klaus I. Pedersen, Claudio Rosa, Preben E. Mogensen, their agents, or any other person, created on or before November 5, 2008, that concern or relate to buffer status reporting in a radio communications system.

46. Documents, including email communications, created on or before November 5, 2008, whether published or unpublished, authored, co-authored, edited, or revised by Klaus I. Pedersen, Claudio Rosa, or Preben E. Mogensen, their agents, or any

      other person, that concern or relate to in any way to the subject matter recited in any claim of U.S. Patent No. 8,331,230, entitled "Apparatus, Method, and Computer Program Product Providing Threshold-Based Buffer State Reports From User Equipment to a Wireless Network;" or W.O. Pub. No. 2007/088465 (PCT/IB/2007/000240).

47. Documents, including email communications, created on or before November 5, 2008, whether published or unpublished, authored, co-authored, edited, or revised by Esa Malkamaki or Benoist Sebire, their agents, or any other person, that concern or relate to in any way to the subject matter of U.S. Pub. No. 2006/0143444, entitled "Method and Apparatus for Communicating Scheduling Information from a UE to a Radio Access Network."

48. Documents, including email communications, created on or before November 5, 2008, that concern or relate to in any way to the subject matter of 3GPP Proposal R2-060829.

49. Documents, including email communications, concerning or relating to any correspondence or communication between Nokia and its attorneys or agents related to the Patents-in-Suit.

50. Documents, including email communications, concerning or relating to any foreign or U.S. litigation, opposition proceeding, interference, reexamination, reissue proceeding, nullity proceeding, revocation proceeding, arbitration, conflict or dispute involving the Patents-in-Suit.

51. Documents, including email communications, concerning or relating to the first written description of any subject matter of the Patents-in-Suit.

52. Documents, including email communications, concerning or relating to the best mode of any subject matter of the Patents-in-Suit.

53. Documents, including email communications, concerning or relating to any decisions, deliberations or discussions regarding whether a reissue or reexamination application should be filed for the Patents-in-Suit.

54. Documents, including email communications, concerning or relating to any first sale, first public use or first marking of a product covered by any claim of the Patents-in-Suit.

55. Documents, including email communications, concerning or relating to any citation or disclosure of the Patents-in-Suit to the U.S. Patent and Trademark Office or any foreign patent office.

56. Documents, including email communications, concerning or relating to any implementation or embodiment of any technology recited in any claim of the Patents-in-Suit.

57. Documents, including email communications, concerning or relating to any prior art to the Patents-in-Suit.

58. Documents, including email communications, concerning or relating to searching, gathering, collecting, or describing of any prior art cited, or considered but not cited, to the U.S. Patent and Trademark Office or to any foreign patent office in the Patents-in-Suit.

59. Documents, including email communications, concerning or relating to any publication, disclosure, use, demonstration, display, advertising, distribution, experimentation, commercial exploitation, sale or offer for sale or description to anyone other than the alleged inventor of the subject matter claimed or described in the Patents-in-Suit.

60. Documents, including email communications, concerning or relating to any technical analysis or product analysis regarding any of the Patents-in-Suit.

There are no special requirements for the production of these documents, but Defendant Apple Inc. respectfully requests that these documents be produced in the manner in which they are kept in the normal course of business and/or electronically or by means of computer disk. They do not need to be produced under oath or certified.

The request should be fulfilled by Nokia within a reasonable time period upon receipt of the Request from the Finnish Ministry of Justice and such responses to this Request should be sent, upon completion, to:

Mark C. Scarsi
MILBANK, TWEED, HADLEY & MCCLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, California 90017-5735
Telephone: (213) 892-4000
Facsimile: (213) 629-5063
mscarsi@mibank.com

Any fees and/or costs that are incurred as a result of the production ordered under this Request will be ordered to be paid by:

Mark C. Scarsi
MILBANK, TWEED, HADLEY & MCCLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, California 90017-5735
Telephone: (213) 892-4000
Facsimile: (213) 629-5063
mscarsi@mibank.com

Further, this Court offers reciprocity to the Finnish court, should that ever need assistance in the United States.

This Request is hereby made on this 4th Day of September, 2015.

                                                                                  _____

District Court Judge for the
United States District Court for the
Eastern District of Texas, Tyler Div.
Formal Seal of the Court:

_____

10