**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>HTC CORP., et al.,<br><br>Defendants. | Civil Action No. 6:13-cv-507<br><br>JURY TRIAL DEMANDED<br>(Consolidated Lead Case) |

## **ORDER GRANTING DEFENDANT APPLE INC.'S MOTION FOR ISSUANCE OF LETTER ROGATORY**

Before this Court is Defendant Apple Inc.'s Motion for Issuance of Letter Rogatory. After considering the matter, the Court finds that the motion should be GRANTED. The Court shall execute the submitted Request for International Judicial Assistance with an original signature, to which the clerk shall affix an original seal, which shall then be transmitted to counsel for Defendant Apple Inc.