# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>    Plaintiff,<br><br>v.<br><br>HTC CORP., et al.,<br><br>    Defendants. | CIVIL ACTION NO. 6:13-cv-507<br><br>**CONSOLIDATED LEAD CASE** |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE INC., et al.,<br><br>    Defendants. | CIVIL ACTION NO. 6:14-cv-251<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO AMEND INFRINGEMENT CONTENTIONS WITH RESPECT TO APPLE INC.**

Before the Court is Plaintiff's Unopposed Motion for Leave to Amend Infringement Contentions with Respect to Apple Inc. After considering the Motion and finding that good cause exists for granting it, the Court is of the opinion that the Motion should in all respects be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff is granted leave to amend its contentions consistent with the Motion, and Plaintiff shall serve its amended contentions within 7 days of this Order.

So ORDERED and SIGNED this 14th day of September, 2015.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE