IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Cellular Communications Equipment LLC, | § | |
| | § | Civil Action No. 6:13-cv-507-LED |
| v. | § | LEAD CONSOLIDATED CASE |
| | § | |
| HTC Corporation, et al. | § | |

## NOTICE OF APPEARANCE FOR DEFENDANTS LG ELECTRONICS, INC., LG ELECTRONICS U.S.A, INC., and CELLCO PARTNERSHIP D/BA/ VERIZON WIRELESS

Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc. and Cellco Partnership d/b/a Verizon Wireless file this Notice of Appearance of Counsel and hereby notify the Court that Daniel A. Noteware, Jr. of the law firm Potter Minton, PC, 110 N. College, Suite 500, Tyler, Texas 75702 is appearing as counsel for Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc. and Cellco Partnership d/b/a Verizon Wireless. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated:  September 16, 2015

Respectfully submitted,

By: */s/ Daniel A. Noteware, Jr.*
Daniel A. Noteware, Jr.
State Bar No. 24051123
dannynoteware@potterminton.com
**POTTER MINTON**
A Professional Corporation
110 N. College Ave., Suite 500
Tyler, Texas  75702
Tel: (903) 597-8311
Fax: (903) 593-0846

**ATTORNEY FOR DEFENDANTS
LG ELECTRONICS, INC.,
LG ELECTRONICS U.S.A., INC.
and CELLCO PARTNERSHIP D/B/A
VERIZON WIRELESS**

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 16, 2015.

*/s/ Daniel A. Noteware, Jr.*
Daniel A. Noteware, Jr.