# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, <br><br> Plaintiff, <br><br> v. <br><br> HTC CORPORATION, et al., <br><br> Defendants. | CIVIL ACTION NO. 6:13-CV-507 <br> LEAD CASE <br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Please take notice that Christy S. Hawkins of the law firm HALTOM & DOAN enters her appearance as counsel of record for Defendant Amazon.com, Inc. and requests that any correspondence, motions, notices, and pleadings in this action directed to Amazon.com, Inc. also be served upon Christy S. Hawkins at the following address:

> Christy S. Hawkins
> HALTOM & DOAN
> 6500 Summerhill Road, Suite 100
> Texarkana, TX 75503
> Telephone: (903) 255-1000
> Facsimile: (903) 255-0800
> Email: chawkins@haltomdoan.com

Please add the name of Ms. Hawkins to all service lists in this matter, including the e-filing service list.

Respectfully submitted,

*/s/ Christy S. Hawkins*
Christy S. Hawkins
State Bar No. 24085575
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800
chawkins@haltomdoan.com

**ATTORNEY FOR DEFENDANT**
**AMAZON.COM, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 21st day of September, 2015.

/s/ *Christy S. Hawkins*
Christy S. Hawkins