# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br>Plaintiff,<br><br>v.<br><br>HTC CORPORATION et al.,<br>Defendants. | Civil Action No. 6:13-cv-507<br><br>JURY TRIAL DEMANDED<br>(Consolidated Lead Case) |

## ORDER GRANTING JOINT MOTION TO STAY ALL CLAIMS AND ISSUES PERTAINING TO U.S. PATENT NO. 7,941,174 PENDING INTER PARTES REVIEW

Before this Court is the parties' Joint Motion to Stay All Claims and Issues Pertaining to U.S. Patent No. 7,941,174 Pending Inter Partes Review. After considering the parties' motion, it is hereby ORDERED that all claims and issues pertaining to U.S. Patent No. 7,941,174 are stayed.

So ORDERED and SIGNED this 23rd day of September, 2015.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE