# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

### TYLER  DIVISION

**DATE:**   September 22, 2015

**JUDGE**
**K. Nicole Mitchell**

**Courtroom Deputy: Lisa Hardwick**
**Law Clerk: Jacqueline Hamer**          **Court Reporter:   Brenda Butler**

| | |
|---|---|
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC** | **MOTION HEARING** |
| **V** | |
| **HTC CORPORATION** | **CIVIL ACTION NO**:  **6:13CV507** |
| **V** | |
| **SAMSUNG ELECTRONICS CO. LTD ET AL** | **CIVIL ACTION NO:   6:14CV759** |
| **V** | |
| **LG ELECTRONICS** | **CIVIL ACTION NO:   6:14CV982** |

| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS  FOR DEFENDANTS** |
|---|---|
| SEE SIGN-IN SHEETS | |

On this day, came the parties by their attorneys and the following proceedings were had:

**OPEN:**  1:35 p.m.                              **ADJOURN:**   2:20 p.m.

| TIME: | MINUTES: |
|---|---|
| 1:35 p.m. | Case Called.  Appearances made.  (See Attorney Sign-In Sheet). |
| 1:38 p.m. | The Court first took up the motions to dismiss filed at DE 396 in 6:13cv507, DE 85 in 6:14cv759 and DE 45 in 6:14cv982.  Arguments heard from Jeff Comeau and Ed Nelson.  The Court will submit a written ruling. |
| 1:49 p.m. | The Court next took up the [437] Motion for Leave to Amend Infringement Contentions and Motion to Strike Defendants' Supplemental Invalidity Contentions, filed in 6:13cv507. Arguments heard from Brannon Latimer, Michael Maas and Mark Scarsi.  The Court granted leave to amend the contentions with the understanding that at some point the DOE theories will be amended with more specificity if pursued. |

**DAVID A. O'TOOLE, CLERK**

BY: *Lisa Hardwick*, Courtroom Deputy

PAGE 2  - Proceedings Continued

| TIME: | MINUTES: |
|---|---|
| 2:13 p.m. | The Court took up the last motion on the agenda, the Joint Motion to Amend Docket Control Order filed at DE 455 in 6:13cv507, DE 102 in 6:14cv759, and DE 115 in 6:14cv982.  Ed Nelson stated that all parties had worked hard to produce a DCO that contain basic elements for all parties to agree on to move this case forward. |
| 2:17 pm | Discussion on consent option.  The Plaintiff will consent.  Counsel for the Defendants will talk to their clients and inform the Court. |
| 2:20 pm | There being nothing further, Court was Adjourned. |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |