IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT
OF TEXAS TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>        Plaintiff,<br><br>v.<br><br>HTC CORP., et al.,<br><br>        Defendants. | CIVIL ACTION NO. 6:13-cv-507<br><br>CONSOLIDATED LEAD CASE<br><br>JURY TRIAL DEMANDED |

### ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS AND MOTION TO STRIKE DEFENDANTS' SUPPLEMENTAL INVALIDITY CONTENTIONS

Before the Court is Plaintiff's Motion for Leave to Amend Infringement Contentions and Motion to Strike Defendants' Supplemental Invalidity Contentions (ECF 437). At the hearing on September, 22, 2015, the Court granted Plaintiff leave to amend the infringement contentions with the understanding that Plaintiff will at some point additionally amend their DOE theories if they intend to pursue those with more specificity. Doc. No. 478 at 31.

On April 28, 2015, Defendants AT&T, Dell, Sprint, T-Mobile, LG, Amazon, and Verizon served Supplemental Invalidity Contentions. Ultimately, Plaintiffs reached an agreement with Defendants AT&T and Dell not to oppose their Supplemental Invalidity Contentions. No agreement was reached as to the other Defendants. At the hearing, none of the other Defendants indicated its intention to proceed forward on the invalidity contentions. Doc. No. 478 at 26. As such the Court will strike the Supplemental Invalidity Contentions

1

served by Defendants Sprint, T-Mobile, LG, Amazon, and Verizon.

IT IS THEREFORE **ORDERED** that Plaintiff is granted leave to amend its infringement contentions.

IT IS FURTHER **ORDERED** that the Supplemental Invalidity Contentions served on April 28, 2015 by Defendants Sprint, T-Mobile, LG, Amazon, and Verizon are hereby struck.

**Oct 6, 2015**

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE