# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br>Plaintiff,<br><br>v.<br><br>HTC CORPORATION, et al.,<br>Defendants. | Civil Action No. 6:13-cv-507-KNM<br><br>CONSOLIDATED LEAD CASE<br><br>JURY TRIAL DEMANDED |

## ORDER

Having considered the joint motion to consolidate cases filed by the parties to Case No. 6:13-cv-508, a constituent case of the above-captioned Consolidated Lead Case, the Court **GRANTS** the motion and **ORDERS** that Case No. 6:13-cv-508 is severed from this Consolidated Lead Case and, from this point forward, is consolidated with Case No. 6:14-cv-982. Case No. 6:14-cv-982 shall serve as the lead case for future filings regarding Case No. 6:14-cv-982 and/or Case No. 6:13-cv-508.

So ORDERED and SIGNED this 4th day of November, 2015.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE