IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | ) ) | |
| Plaintiff, | ) ) | Civil Action No. 6:13-cv-507 CONSOLIDATED LEAD CASE |
| v. | ) ) | |
| HTC CORPORATION, ET AL. | ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | ) ) | |
| Plaintiff, | ) ) | Civil Action No. 6:13-cv-569 |
| v. | ) ) | |
| DELL INC., | ) ) | |
| Defendant. | ) ) | |

**JOINT MOTION FOR ENTRY OF ORDER OF DISMISSAL**

Cellular Communications Equipment LLC and Dell Inc. jointly move that the Court dismiss constituent Civil Action No. 6:13-cv-569, including all remaining claims asserted by and between each party thereto, according to the terms of the attached Order Granting Dismissal Without Prejudice.

Dated:  November 19, 2015

/s/ Roger Fulghum
Roger Fulghum
Texas State Bar No. 00790724
Tammy Pennington Rhodes
Texas State Bar No. 24051182
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1707
Facsimile: (713) 229-1522
E-mail:roger.fulghum@bakerbotts.com
E-mail:tammy.pennington@bakerbotts.com

Deron R. Dacus
The Dacus Firm, PC
821 ESE Loop 323
Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile: (903) 705-1117
Email: ddacus@dacusfirm.com

Attorneys For Defendant Dell Inc.

Dated:  November 19, 2015

/s/ Edward R. Nelson III
Edward R. Nelson III
ed@nelbum.com
Texas State Bar No. 00797142
S. Brannon Latimer
brannon@nelbum.com
Texas State Bar No. 24060137
Thomas C. Cecil
tom@nelbum.com
Texas State Bar No. 24069489
Ryan P. Griffin
ryan@nelbum.com
Texas State Bar No. 24053687
NELSON BUMGARDNER PC
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Phone: (817) 377-9111
Fax: (817) 377-3485

T. John Ward, Jr.
Texas State Bar No. 00794818
J. Wesley Hill
Texas State Bar No. 24032294
Claire Abernathy Henry
Texas State Bar No. 24053063
WARD &SMITH LAW FIRM
P.O. Box 1231
1127 Judson Rd. Ste. 220
Longview, Texas 75606-1231
(903) 757-6400
(903) 757-2323 (fax)
jw@jwfirm.com
wh@wsfirm.com
ch@wsfirm.com

Attorneys For Plaintiff
Cellular Communications Equipment LLC

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing document was filed electronically on November 19, 2015 pursuant to Local Rule CV-5(a) and has been served on all counsel who are deemed to have consented to electronic service.

By: <u>/s/   *Roger Fulghum*         </u>
     Roger Fulghum