IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, <br><br> Plaintiff, <br><br> v. <br><br> HTC CORPORATION, ET AL. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) | Civil Action No. 6:13-cv-507 <br> CONSOLIDATED LEAD CASE |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, <br><br> Plaintiff, <br><br> v. <br><br> DELL INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 6:13-cv-569 |

**ORDER GRANTING DISMISSAL WITHOUT PREJUDICE**

Before the Court is the Joint Motion for Entry of an Order of Dismissal brought by Cellular Communications Equipment LLC ("CCE") and Dell Inc. ("Dell") pertaining to Civil Action No. 6:13-cv-569.  After consideration of the motion, the Court is of the opinion that the motion should be **GRANTED**.

Therefore, all remaining claims asserted by each of CCE against Dell, and Dell against CCE, in Civil Action No. 6:13-cv-569 are **DISMISSED WITHOUT PREJUDICE**, with each party bearing and being responsible for its own costs and fees.  No claims remain in Civil Action No. 6:13-cv-569 and it shall be closed.

So ORDERED and SIGNED this 20th day of November, 2015.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE