IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Cellular Communications Equipment LLC, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 6:13-cv-507-LED |
| v. | § | |
| | § | |
| HTC Corporation et al., | § | CONSOLIDATED LEAD CASE |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

**NOTICE OF APPEARANCE OF COUNSEL**

Defendant Apple Inc. ("Apple") files this Notice of Appearance, and hereby notifies the Court that Douglas E. Lumish of the law firm Latham & Watkins LLP, 140 Scott Drive, Menlo Park, California, 94025, Telephone (650) 328-4600, Fax (650) 463-2600, E-mail: Doug.Lumish@lw.com has entered this action as counsel for Apple. In connection with this notice, Mr. Lumish requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

January 8, 2016                                                                 Respectfully submitted,

                                                                By: */s/ Douglas E. Lumish*
                                                                Douglas E. Lumish
                                                                CA State Bar No. 183863
                                                                Latham & Watkins LLP
                                                                140 Scott Drive
                                                                Menlo Park, CA 94025
                                                                Tel: (650) 328-4600
                                                                Fax: (650) 463-2600
                                                                Email:  Doug.Lumish@lw.com

                                                                *Attorney for Defendant Apple Inc.*

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A) on January 8, 2016.

/s/ *Douglas E. Lumish*
Douglas E. Lumish