IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Cellular Communications Equipment LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 6:13-cv-507-LED |
| v. | § § | |
| HTC Corporation et al., | § § | CONSOLIDATED LEAD CASE |
| Defendants. | § § § § | |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant Apple Inc. ("Apple") files this Notice of Appearance, and hereby notifies the Court that Jeffrey G. Homrig of the law firm Latham & Watkins LLP, 140 Scott Drive, Menlo Park, California, 94025, Telephone (650) 328-4600, Fax (650) 463-2600, E-mail: Jeff.Homrig@lw.com has entered this action as counsel for Apple. In connection with this notice, Mr. Homrig requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

January 8, 2016                                                      Respectfully submitted,

                                                                       By: */s/ Jeffrey G. Homrig*
                                                                       Jeffrey G. Homrig
                                                                       CA State Bar No. 215890
                                                                       Latham & Watkins LLP
                                                                       140 Scott Drive
                                                                       Menlo Park, CA  94025
                                                                       Tel: (650) 328-4600
                                                                       Fax: (650) 463-2600
                                                                       Email:  Jeff.Homrig@lw.com

                                                                       *Attorney for Defendant Apple Inc.*

2

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A) on January 8, 2016.

/s/ *Jeffrey G. Homrig*
Jeffrey G. Homrig