# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| Cellular Communications Equipment LLC, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 6:13-cv-507-LED |
| v. | § | |
| | § | |
| HTC Corporation et al., | § | CONSOLIDATED LEAD CASE |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant Apple Inc. ("Apple") files this Notice of Appearance, and hereby notifies the Court that Cassius K. Sims of the law firm Latham & Watkins LLP, 885 Third Avenue, New York, NY, 10022, Telephone (212) 906-1200, Fax (212) 751-4864, E-mail: Cassius.Sims@lw.com has entered this action as counsel for Apple. In connection with this notice, Mr. Sims requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

January 8, 2016                                                         Respectfully submitted,

By: */s/ Cassius K. Sims*
Cassius K. Sims
NY State Bar No. 4910469
Latham & Watkins LLP
885 Third Avenue
New York, NY  1002
Tel: (212) 906-1200
Fax: (212) 751-4864
Email:  Cassius.Sims@lw.com

*Attorney for Defendant Apple Inc.*

2

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A) on January 8, 2016.

/s/ *Cassius K. Sims*
Cassius K. Sims
