IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Cellular Communications Equipment LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 6:13-cv-507-LED |
| v. | § § | |
| HTC Corporation et al., | § § | CONSOLIDATED LEAD CASE |
| Defendants. | § § § § | |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant Apple Inc. ("Apple") files this Notice of Appearance, and hereby notifies the Court that Joseph H. Lee of the law firm Latham & Watkins LLP, 650 Town Center Drive, 20th Floor, Costa Mesa, California, 92626, Telephone (714) 540-1235, Fax (714) 755-8290, E-mail: Joseph.Lee@lw.com has entered this action as counsel for Apple. In connection with this notice, Mr. Lee requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

January 8, 2016                                                        Respectfully submitted,

                                                                        By: */s/ Joseph H. Lee*
                                                                        Joseph H. Lee
                                                                        CA State Bar No. 248046
                                                                        Latham & Watkins LLP
                                                                        650 Town Center Drive 20th Floor
                                                                        Costa Mesa, CA  92626
                                                                        Tel: (714) 540-1235
                                                                        Fax: (714) 755-8290
                                                                        Email:  Joseph.Lee@lw.com

                                                                        *Attorney for Defendant Apple Inc.*

2

**CERTIFICATE OF SERVICE**

     The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A) on January 8, 2016.

                                      /s/ *Joseph H. Lee*
                                      Joseph H. Lee