IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Cellular Communications Equipment LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 6:13-cv-507-LED |
| v. | § § | |
| HTC Corporation et al., | § § | CONSOLIDATED LEAD CASE |
| Defendants. | § § § § | |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant Apple Inc. ("Apple") files this Notice of Appearance, and hereby notifies the Court that Michael J. Gerardi of the law firm Latham & Watkins LLP, 555 Eleventh Street, NW, Suite #1000, Washington, D.C., 20004, Telephone (202) 637-2200, Fax (202) 637-2201, E-mail: michael.gerardi@lw.com has entered this action as counsel for Apple. In connection with this notice, Mr. Gerardi requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

January 13, 2016                                                    Respectfully submitted,

By: */s/ Michael J. Gerardi*
Michael J. Gerardi
DC Bar No. 1017949
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Tel: (202) 637-2200
Fax: (202) 637-2201
Email:  michael.gerardi@lw.com

*Attorney for Defendant Apple Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A) on January 13, 2016.

*/s/ Michael J. Gerardi*
Michael J. Gerardi