**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § | |
| Plaintiff, | § § | Civil Action No. 6:13-cv-507 |
| v. | § § | |
| HTC Corporation, et al., | § § | |
| Defendants | § § § | |

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § | |
| Plaintiff, | § § | Civil Action No. 6:15-cv-1155 |
| v. | § § | |
| HTC Corporation, et al., | § § | |
| Defendants | § § § | |

## ORDER GRANTING AT&T MOBILITY LLC'S
## UNOPPOSED MOTION TO CONSOLIDATE

Before this Court is Defendant AT&T Mobility LLC's Unopposed Motion to Consolidate Case No. 6:15-cv-1155 with related Case No. 6:13-cv-507.

After considering the Motion and upon good cause shown, AT&T's Motion is hereby **GRANTED**.

It is hereby **ORDERED** that Case No. 6:15-cv-1155 is consolidated with Case No. 6:13-cv-507. Case No. 6:13-cv-507 shall serve as the lead case for future filings regarding Case No. 6:15-cv-1155.

So ORDERED and SIGNED this 2nd day of February, 2016.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE