# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# TYLER DIVISION

| | | |
|---|---|---|
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,** § § | | |
| § | **Civil Action No. 6:13-CV-507-KNM** | |
| *Plaintiff*, § § | | |
| v. § | **JURY TRIAL DEMANDED** | |
| § | | |
| **HTC CORPORATION,** *et al.*, § § | **(Lead Case)** | |
| *Defendants*. | | |
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,** § § § | **Civil Action No. 6:15-CV-1155-RWS-KNM** | |
| *Plaintiff*, § § | | |
| v. § § | **JURY TRIAL DEMANDED** | |
| **HTC CORPORATION,** *et al.*, § § | **(Consolidated Case)** | |
| *Defendants*. | | |

## THIRD PARTY DEFENDANT ACACIA RESEARCH CORPORATION'S NOTICE OF APPEARANCE FOR ERIC M. ALBRITTON

Acacia Research Corporation, third party defendant in the above-entitled and numbered civil action, hereby notifies the Court and all parties that the following person, in addition to those who previously gave notice, is appearing as counsel of record.

    Eric M. Albritton
    Texas State Bar No. 00790215
    ema@emafirm.com
    **ALBRITTON LAW FIRM**
    P.O. Box 2649
    Longview, Texas 75606
    Telephone:  (903) 757-8449
    Facsimile:  (903) 758-7397

Respectfully submitted,

/s/ Eric M. Albritton
Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

Edward K. Chin
Texas State Bar No. 50511688
ekc@emafirm.com
**ALBRITTON LAW FIRM**
1330 North White Chapel Blvd., Suite 100
Southlake, Texas 76092
Telephone: (817) 251-0610
Facsimile: (903) 758-7397

*Counsel for Acacia Research Corporation*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 8th day of February 2016.

/s/ Eric M. Albritton
Eric M. Albritton