# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# TYLER DIVISION

| | | |
|---|---|---|
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,** | § § § § § § § § § § | |
| *Plaintiff*, | | **Civil Action No. 6:13-CV-507-KNM** |
| v. | | **JURY TRIAL DEMANDED** |
| **HTC CORPORATION**, *et al.*, | | **(Lead Case)** |
| *Defendants*. | | |
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,** | § § § § § § § § § § § | |
| *Plaintiff*, | | **Civil Action No. 6:15-CV-1155-RWS-KNM** |
| v. | | **JURY TRIAL DEMANDED** |
| **HTC CORPORATION**, *et al.*, | | **(Consolidated Case)** |
| *Defendants*. | | |

### THIRD PARTY DEFENDANT ACACIA RESEARCH CORPORATION'S NOTICE OF APPEARANCE FOR EDWARD K. CHIN

Acacia Research Corporation, third party defendant in the above-entitled and numbered civil action, hereby notifies the Court and all parties that the following person, in addition to those who previously gave notice, is appearing as counsel of record.

> Edward K. Chin
> Texas State Bar No. 50511688
> ekc@emafirm.com
> **ALBRITTON LAW FIRM**
> 1330 North White Chapel Blvd. Suite 100
> Southlake, Texas 76092
> Telephone: (817) 251-0610
> Facsimile: (903) 758-7397

1

        Respectfully submitted,

_____
Eric M. Albritton
Texas State Bar No. 00790215
ema@emafirm.com
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, Texas 75606
Telephone:  (903) 757-8449
Facsimile:  (903) 758-7397

Edward K. Chin
Texas State Bar No. 50511688
ekc@emafirm.com
**ALBRITTON LAW FIRM**
1330 North White Chapel Blvd. Suite 100
Southlake, Texas 76092
Telephone:  (817) 251-0610
Facsimile:  (903) 758-7397

*Counsel for Acacia Research Corporation*

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).   Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 8th day of February 2016.

_____
Edward K. Chin