# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| Cellular Communications Equipment LLC, <br><br> Plaintiff <br><br> v. <br><br> HTC Corporation, et al. <br><br> Defendants. | CIVIL ACTION NO. 6:13-cv-507 <br> CONSOLIDATED LEAD CASE |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant AT&T Mobility LLC files this Notice of Appearance, and hereby notifies the Court that Callie A. Bjurstrom (callie.bjurstrom@pillsburylaw.com), of the law firm of Pillsbury Winthrop Shaw Pittman, LLP, 501 West Broadway, Suite 1100, San Diego, California 92101; telephone 619-234-5000; facsimile 619.236-1995; has entered this action (6:13-cv-507) as counsel for Defendant AT&T Mobility LLC.  In connection with this notice, Ms. Bjurstrom requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on her at the below address and contact information.

PILLSBURY WINTHROP SHAW PITTMAN LLP

Dated:   April 6, 2016

By:   */s/Callie A. Bjurstrom*
Callie A. Bjurstrom
Steven A. Moore
Nicole S. Cunningham
501 West Broadway, Suite 1100
San Diego, CA 92101
Phone: 619.544.3119
Fax: 619-236-1995

*Attorneys for Defendant* AT&T Mobility LLC

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served upon counsel of record via CM/ECF and electronic mail, pursuant to the Federal Rules of Civil Procedure and the Local Rules for the Eastern District of Texas, on the 6th day of April, 2016.

*/s/Callie A. Bjurstrom*
Callie A. Bjurstrom