**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HTC CORPORATION, *et al.*,<br><br>　　　　Defendants. | Case No. 6:13-cv-507-KNM<br>(Lead Case) |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Harry L. Gillam, Jr. of Gillam & Smith, LLP, enters his appearance on behalf of Defendant AT&T MOBILITY LLC in this matter as additional counsel.

Harry L. Gillam, Jr. may receive all communications from the Court and from other parties at Gillam & Smith, LLP, 303 South Washington Avenue, Marshall, Texas 75670; Telephone: (903) 934- 8450; Facsimile: (903) 934-9257; Email: gil@gillamsmithlaw.com.

Dated: April 7, 2016

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 */s/ Harry L. Gillam, Jr.*
　　　　　　　　　　　　　　　　　　　　Harry L. Gillam, Jr.
　　　　　　　　　　　　　　　　　　　　State Bar No. 07921800
　　　　　　　　　　　　　　　　　　　　GILLAM & SMITH, L.L.P.
　　　　　　　　　　　　　　　　　　　　303 South Washington Avenue
　　　　　　　　　　　　　　　　　　　　Marshall, Texas 75670
　　　　　　　　　　　　　　　　　　　　Telephone: (903) 934-8450
　　　　　　　　　　　　　　　　　　　　Facsimile: (903) 934-9257
　　　　　　　　　　　　　　　　　　　　Email: gil@gillamsmithlaw.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant*
　　　　　　　　　　　　　　　　　　　　*AT&T MOBILITY LLC*

## CERTIFICATE OF SERVICE

       I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 7th day of April, 2016, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                   */s/ Harry L. Gillam, Jr.*
                                                   Harry L. Gillam, Jr.