IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, § § § | |
| Plaintiff, § | Civil Action No. 6:13-cv-507-KNM |
| § | |
| v. § | CONSOLIDATED LEAD CASE |
| § | |
| HTC CORPORATION, ET AL., § § | |
| Defendants. § | |

## NOTICE OF APPEARANCE OF COUNSEL FOR HTC DEFENDANTS

Defendants HTC Corporation, HTC America, Inc., and Exedea, Inc. (collectively, "HTC") file this Notice of Appearance, and hereby notify the Court and all parties of record that Jennifer Parker Ainsworth of the law firm Wilson, Robertson & Cornelius, P.C., One American Center, 909 ESE Loop 323, Suite 400, Tyler, Texas 75701, is appearing as counsel for HTC in the above-referenced matter.

Dated: April 11, 2016

Respectfully submitted,

 /s/ Jennifer Parker Ainsworth
Jennifer Parker Ainsworth
TX State Bar No. 00784720
jainsworth@wilsonlawfirm.com
WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
P.O. Box 7339 [75711]
Tyler, Texas 75701
Telephone: 903-509-5000
Fax: 903-509-5092

Nicole S. Cunningham
CA State Bar No. 234390
nicole.cunningham@pillsburylaw.com
Steven A. Moore
CA State Bar No. 232114
steve.moore@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
501 West Broadway, Suite 1100
San Diego, CA 92101
Telephone: 619-544-3119
Fax: 619-236-1995

ATTORNEYS FOR DEFENDANTS
HTC CORPORATION,
HTC AMERICA, INC., AND
EXEDEA, INC.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a), on this the 11th day of April, 2016.

*/s/ Jennifer P. Ainsworth*
Jennifer P. Ainsworth