**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § § § | |
| Plaintiff | § | |
| v. | § § | NO. 6:13-CV-507-KNM |
| HTC CORPORATION, ET AL., | § § | (CONSOLIDATED LEAD CASE) |
| Defendants. | § § | |

**NOTICE OF APPEARANCE OF COUNSEL**

Defendant AT&T Mobility LLC files this Notice of Appearance, and hereby notifies the Court that Yar R. Chaikovsky of Paul Hastings LLP enters his appearance as counsel for AT&T Mobility LLC in this matter for the purpose of receiving notices and orders from the Court.

Dated: April 22, 2016

PAUL HASTINGS LLP

By: */s/ Yar R. Chaikovsky*
Yar R. Chaikovsky
yarchaikovsky@paulhastings.com

1117 S. California Avenue
Palo Alto, California 94304-1106
Telephone: 1(650) 320-1800
Facsimile: 1(650) 320-1900

Attorney for Defendant

*AT&T Mobility LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on this 22nd day of April, 2016. Local Rule CV- 5(a)(3)(A).

*/s/ Yar R. Chaikovsky*
Yar R. Chaikovsky