**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,** Plaintiff, v. **HTC CORPORATION, et al.,** Defendants. | **Civil Action No. 6:13-cv-507** **Consolidated Lead Case** |
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,** Plaintiff, v. **AMAZON.COM, INC., et al.,** Defendants. | **Civil Action No. 6:13-cv-568** |

## ORDER

Plaintiff Cellular Communications Equipment LLC and Defendant Amazon.com, Inc. have filed a Joint Notice of Resolution and Motion to Stay. Having considered the Motion to Stay, the Court finds that it should be in all respects GRANTED.

IT IS THEREFORE ORDERED that all deadlines in Civil Action No. 6:13-cv-568 are stayed for forty-five (45) days.

So ORDERED and SIGNED this 22nd day of April, 2016.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE

**ORDER** – Solo Page