# Exhibit "E"

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>HTC CORPORATION et al.,<br><br>Defendants. | Civil Action No. 6:13-cv-507<br><br>JURY TRIAL DEMANDED<br>(Consolidated Lead Case) |

## DISCLOSURE OF FINAL ELECTION OF ASSERTED PRIOR ART

Pursuant to the Court's Docket Control Order (D.I. 527) and paragraphs 3, 4, and 5 of the Model Order Focusing Patent Claims and Prior Art to Reduce Cost, Defendant Apple, Inc. hereby submits its Final Election of Asserted Prior Art. Pursuant to 35 U.S.C. § 299, each Supplier/Independent Defendant will present its invalidity defenses at its separate trial.

Apple reserves the right to use each reference to invalidate asserted claims by showing that it anticipates or showing the reference renders asserted claims obvious in light of the knowledge of a person of ordinary skill in the art or in combination with other references. These disclosures are made prior to the close of fact and expert discovery and Apple reserves the right to amend or supplement as necessary in light of information learned during subsequent discovery. Apple reserves the right to further amend its election once the Court rules on Plaintiff's Motion for Leave to Supplement Plaintiff's Second Supplemental Disclosure of Asserted Claims and Infringement Contentions (D.I. 541).

Apple reserves the right to rely on all prior art disclosed in the initial invalidity contentions, to rely on additional or different prior art and/or to amend or supplement disclosures as necessary to show the nature and/or level of skill or knowledge of a person of ordinary skill in the art at the time of the claimed invention.

Apple reserves the right to rely on any prior art reference successfully used at trial, even if those references were not disclosed in the attached exhibits. For example, if one defendant successfully uses a particular reference at trial to invalidate at least one claim of the asserted patents, Apple reserves the right to use the same reference in its separate trial, regardless of whether Apple disclosed the reference in its attached exhibit.

Apple's Final Election of Prior Art with respect to the claims of U.S. Patent No. 8,055,820 asserted against Apple is set forth below:

|   | **Reference or Instrumentality** | **Note** |
|---|---|---|
| 1 | U.S. Patent No. 8,687,565, 3GPP Proposal R2-074434, and 3GPP Proposal R2-074245 | U.S. Patent No. 8,687,565 assigned to LG Electronics and 3GPP Proposals R2-074434 and R2-074245 by LG Electronics are closely related work and count as one reference under the Model Order. |
| 2 | U.S. Patent No. 7,769,926 | |
| 3 | U.S. Patent No. 8,031,655 | |
| 4 | WO Pub. No. 2006/052086 (PCT/KR/2005/003792) | |
| 5 | Combination of U.S. Patent No. 8,031,655 and 3GPP Proposal R2-074682 and U.S. Patent No. 8,243,666 | |
| 6 | Combination of WO Pub. No. 2006/052086 (PCT/KR/2005/003792) and 3GPP Proposal R2-063414 and 3GPP Proposal R2-074682 and U.S. Patent No. 8,243,666 | |
| 7 | Combination of prior art instrumentality implementing the 3GPP UMTS ("WCDMA") family of standard specifications, including at least the following: 3GPP TS 25.321 (Dec. 2005) and 3GPP TS 25.309 (June 2005); and 3GPP Proposal R2-074682 and U.S. Patent No. 8,243,666 | The prior art UMTS instrumentality and associated references that describe that instrumentality count as one reference under the Model Order |
| 8 | Combination of WO Pub. No. 2006/052086 (PCT/KR/2005/003792) and U.S. Patent App. Pub. No. 2006/0142444 and 3GPP Proposal R2-074682 and U.S. Patent No. 8,243,666 | |
| 9 | 3GPP Proposal R2-063414 | |

DATED:  April 27, 2016            /s/*Douglas E. Lumish*
                                                                 Douglas E. Lumish
                                                                 Jeffrey G. Homrig
                                                                 LATHAM & WATKINS LLP
                                                                 140 Scott Drive
                                                                 Menlo Park, CA  94025-1008
                                                                 Telephone: (650) 328-4600
                                                                 Facsimile: (650) 463-2600

doug.lumish@lw.com
jeff.homrig@lw.com

Joseph H. Lee
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA  92626-1925
Telephone: (714) 540-1235
Facsimile: (714) 755-8290
joseph.lee@lw.com

Cassius K. Sims
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY  10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
cassius.sims@lw.com

Michael J. Gerardi
LATHAM & WATKINS LLP
555 11th St. NW, Suite 1000
Washington, DC 22201
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
michael.gerardi@lw.com

Eric H. Findlay (Bar No. 00789886)
FINDLAY CRAFT PC
102 N. College Avenue, Suite 900
Tyler, TX  75702
Telephone:  (903) 534-1100
Facsimile: (903) 534-1137
efindlay@findlaycraft.com

**ATTORNEYS FOR DEFENDANT APPLE INC.**

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing document has been forwarded, via electronic mail upon Plaintiff's counsel of record on April 27, 2016.

                                                                           /s/ *Michael J. Gerardi*
                                                                          Michael J. Gerardi