# Exhibit "G"

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>  Plaintiff,<br><br>v.<br><br>HTC CORPORATION et al.,<br><br>  Defendants. | Civil Action No. 6:13-cv-507<br><br>JURY TRIAL DEMANDED<br>(Consolidated Lead Case) |

## DEFENDANT APPLE INC.'S RULE 26(a)(2) DISCLOSURE OF DR. THOMAS FUJA

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, Defendant Apple Inc. ("Apple") identifies Dr. Thomas Fuja as a witness Apple may use to present testimony at trial pursuant to Federal Rules of Evidence 702, 703 and 705. Apple incorporates by reference the "Expert Report Of Dr. Thomas Fuja Re: Invalidity Of Us. Patent No. 8,055,820," served on plaintiff Cellular Communications Equipment LLC ("CCE") on April 27, 2016, as its written report for Dr. Fuja pursuant to Rule 26(a)(2)(B).

DATED:  April 27, 2016

/s/*Douglas E. Lumish*
Douglas E. Lumish
Jeffrey G. Homrig
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA  94025-1008
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
doug.lumish@lw.com
jeff.homrig@lw.com

Joseph H. Lee
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA  92626-1925
Telephone: (714) 540-1235
Facsimile: (714) 755-8290
joseph.lee@lw.com

Cassius K. Sims
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY  10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
cassius.sims@lw.com

Michael J. Gerardi
LATHAM & WATKINS LLP
555 11th St. NW, Suite 1000
Washington, DC 22201
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
michael.gerardi@lw.com

- 3 -

Eric H. Findlay (Bar No. 00789886)
FINDLAY CRAFT PC
102 N. College Avenue, Suite 900
Tyler, TX  75702
Telephone:  (903) 534-1100
Facsimile: (903) 534-1137
efindlay@findlaycraft.com

**ATTORNEYS FOR DEFENDANT APPLE INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing document has been forwarded, via electronic mail upon Plaintiff's counsel of record on April 27, 2016.

                                                  /s/ *Michael J. Gerardi*
                                                  Michael J. Gerardi