IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § | |
| Plaintiffs | § | |
| v. | § § | No. 6:13-cv-00507-KNM (LEAD CASE) |
| HTC CORPORATION, et al., | § § | |
| | § | JURY TRIAL DEMANDED |
| Defendants. | § § | |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § | |
| Plaintiffs | § | |
| v. | § § | No. 6:13-cv-00511-KNM (CONSOLIDATED CASE) |
| ZTE CORPORATION, et al., | § § | |
| Defendants. | § | |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § | |
| Plaintiffs | § | |
| v. | § § | No. 6:13-cv-00568-KNM (CONSOLIDATED CASE) |
| AMAZOM.COM, INC., ET AL., | § § | |
| Defendants. | § | |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § | |
| Plaintiffs | § | |
| v. | § § | No. 6:14-cv-00251-KNM (CONSOLIDATED CASE) |
| APPLE, INC., et al., | § § | |
| Defendants. | § | |

### NOTICE OF APPEARANCE OF CHRISTOPHER S. STEWART FOR PLAINTIFF CELLULAR COMMUNICATIONS EQUIPMENT LLC

Please take notice that the following attorney is entering an appearance for Plaintiff, Cellular Communications Equipment LLC, in the above numbered and entitled causes and hereby requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the below address and contact information:

>Christopher S. Stewart
>Texas State Bar No. 24079399
>Email:  cstewart@caldwellcc.com
>**CALDWELL CASSADY & CURRY**
>2101 Cedar Springs Road, Suite 1000
>Dallas, Texas  75201
>Telephone:  (214) 888-4848
>Facsimile:   (214) 888-4849

Mr. Stewart is currently admitted to practice in the Eastern District of Texas.

DATED: May 17, 2016

Respectfully submitted,

**CALDWELL CASSADY & CURRY**

*/s/ Christopher S. Stewart*
Bradley W. Caldwell
Texas State Bar No. 24040630
Email:  bcaldwell@caldwellcc.com
Jason D. Cassady
Texas State Bar No. 24045625
Email:  jcassady@caldwellcc.com
John Austin Curry
Texas State Bar No. 24059636
Email:  acurry@caldwellcc.com
Warren J. McCarty, III
Illinois State Bar No. 6313452
Email: wmccarty@caldwellcc.com
Christopher S. Stewart
Texas State Bar No. 24079399
Email:  cstewart@caldwellcc.com
**CALDWELL CASSADY CURRY P.C.**
2101 Cedar Springs Road, Suite 1000
Dallas, Texas 75201
Telephone: (214) 888-4848

Facsimile: (214) 888-4849

**ATTORNEYS FOR PLAINTIFF
CELLULAR COMMUNICATIONS
EQUIPMENT LLC**

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service on this 17th day of May, 2016.  Local Rule CV-5(a)(3)(A).

*/s/ Christopher S. Stewart*
Christopher S. Stewart