IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC | § § | |
| *Plaintiff*, | § § | |
| v. | § § | CASE NO. 6:13-cv-00507-KNM (LEAD CASE) |
| HTC CORPORATION et al | § | |
| *Defendants.* | § | |

## REPORT OF MEDIATION

The above-captioned case was mediated by David Folsom on Tuesday, February 23, 2016, between Plaintiff, Cellular Communications Equipment LLC, and Defendants, Apple Inc., AT&T Mobility LLC, and Cellco Partnership d/b/a Verizon Wireless. The mediation sessions were suspended. The undersigned mediator will continue to work with the parties in an effort to settle.

Signed this 18th day of May 2016.

> /s/ David Folsom
> David Folsom
> TXBN: 07210800
> JACKSON WALKER, LLP
> 6002-B Summerfield Drive
> Texarkana, Texas  75503
> Telephone: (903) 255-3250
> Facsimile:  (903) 255-3265
> E-mail:  dfolsom@jw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 18th day of May 2016. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

> /s/ David Folsom
> David Folsom

15720007v.1 141408/00224