IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS | § | |
| EQUIPMENT LLC | § | |
|   *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 6:13-cv-00507-KNM |
| | § | (LEAD CASE) |
| HTC CORPORATION et al | § | |
|   *Defendants.* | § | |

## REPORT OF MEDIATION

  The above-captioned case was mediated by David Folsom on Thursday, February 25, 2016, between Plaintiff, Cellular Communications Equipment LLC, and Defendants, Sprint Solutions, Inc., Sprint Spectrum, L.P., Boost Mobile, LLC, HTC Corporation, HTC America, Inc., Exedea, Inc., ZTE (USA) Inc., ZTE Solutions Inc., T-Mobile US, Inc., and T-Mobile USA, Inc.  The mediation sessions were suspended.  The undersigned mediator will continue to work with the parties in an effort to settle.

  Signed this 18th day of May 2016.

                  */s/  David Folsom*
                  David Folsom
                  TXBN: 07210800
                  JACKSON WALKER, LLP
                  6002-B Summerfield Drive
                  Texarkana, Texas  75503
                  Telephone: (903) 255-3250
                  Facsimile:  (903) 255-3265
                  E-mail:  dfolsom@jw.com

## CERTIFICATE OF SERVICE

  The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 18th day of May 2016.  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

                  */s/  David Folsom*
                  David Folsom