# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 6:13-cv-507 |
| HTC CORPORATION, ET AL., | § § § | CONSOLIDATED LEAD CASE |
| Defendants. | § § | |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 6:13-cv-568-KNM |
| AMAZON.COM, INC., and AT&T MOBILITY LLC, | § § § § | |
| Defendants. | § § | |

## JOINT MOTION TO DISMISS

Plaintiff Cellular Communications Equipment, LLC ("CCE") and Defendant Amazon.com, Inc. ("Amazon") hereby move for an order dismissing all CCE's claims in Case No. 6:13-cv-568 (the "*Amazon* Action") with prejudice, and dismissing as moot all defenses asserted by Amazon in the *Amazon* Action, subject to the terms of the Amazon-CCE Confidential Settlement and License Agreement.

In view of this, Plaintiff also seeks to dismiss Amazon's co-Defendant AT&T Mobility LLC ("AT&T") from Civil Action No. 6:13-cv-568 WITH PREJUDICE.  AT&T does not oppose.

CCE and Amazon ask that the Court enter the attached Proposed Order, with each Party to bear its own costs, expenses, and attorneys' fees.

Dated: May 18, 2016

Respectfully submitted,

| | |
|---|---|
| */s/ Edward R. Nelson III* | */s/ J. David Hadden* |
| Edward R. Nelson III | J. David Hadden |
| ed@nelbum.com | CA Bar No. 176148 (Admitted to E.D. Tex) |
| Texas State Bar No. 00797142 | dhadden@fenwick.com |
| Ryan P. Griffin | Saina Shamilov |
| ryan@nelbum.com | CA Bar No. 215636 (Admitted E.D. Tex) |
| Texas State Bar No. 24053687 | sshamilov@fenwick.com |
| Thomas C. Cecil | Eman Sojoodi |
| tom@nelbum.com | CA Bar No. 261293 |
| Texas State Bar No. 24069489 | esojoodi@fenwick.com |
| | Ravi R. Ranganath |
| NELSON BUMGARDNER PC | CA Bar No. 272981 (Admitted E.D. Tex) |
| 3131 West 7th Street, Suite 300 | rranganath@fenwick.com |
| Fort Worth, Texas 76107 | FENWICK & WEST LLP |
| Phone: (817) 377-9111 | 801 California Street |
| Fax: (817) 377-3485 | Mountain View, CA 94041 |
| | Tel: (650) 988-8500 |
| T. John Ward, Jr. | Fax: (650) 938-5200 |
| Texas State Bar No. 00794818 | |
| J. Wesley Hill | *Of Counsel:* |
| Texas State Bar No. 24032294 | |
| Claire Abernathy Henry | Jennifer H. Doan |
| Texas State Bar No. 24053063 | Texas Bar No. 08809050 |
| Ward & Smith Law Firm | Joshua R. Thane |
| P.O. Box 1231 1127 Judson Rd. Ste. 220 | Texas Bar No. 24060713 |
| Longview, Texas 75606-1231 | Christy S. Hawkins |
| (903) 757-6400 | Texas Bar No. 24085575 |
| (903) 757-2323 (fax) | HALTOM & DOAN |
| jw@jwfirm.com | Crown Executive Center, Suite 100 |
| wh@wsfirm.com | 6500 Summerhill Road |
| claire@wsfirm.com | Texarkana, TX 75503 |
| | Telephone: (903) 255-1000 |
| **ATTORNEYS FOR** | Facsimile: (903) 255-0800 |
| **CELLULAR COMMUNICATIONS** | Email: jdoan@haltomdoan.com |
| **EQUIPMENT LLC** | Email: jthane@haltomdoan.com |
| | Email: chawkins@haltomdoan.com |
| | |
| | **COUNSEL FOR DEFENDANT** |
| | **AMAZON.COM, INC.** |

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h), I certify that the parties have met and conferred and that this Motion is unopposed.

*/s/ Edward R. Nelson III*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of May, 2016, I electronically filed the foregoing document with the clerk of the Court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the Court's electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Edward R. Nelson III*