# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 6:13-cv-507 |
| HTC CORPORATION, ET AL., | § § § | CONSOLIDATED LEAD CASE |
| Defendants. | § § | |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 6:13-cv-568-KNM |
| AMAZON.COM, INC., and AT&T MOBILITY LLC, | § § § § | |
| Defendants. | § § | |

## ORDER GRANTING JOINT MOTION TO DISMISS

CAME ON THIS DAY for consideration the Joint Motion to Dismiss filed by Plaintiff Cellular Communications Equipment, LLC ("CCE") and Defendant Amazon.com, Inc. ("Amazon"). The Court being of the opinion that said Motion should be GRANTED, it is hereby:

ORDERED, ADJUDGED, AND DECREED that, in light of CCE and Amazon's resolution of their dispute, all of CCE's claims asserted against Amazon and AT&T Mobility LLC in Case No. 6:13-cv-568 (the "*Amazon* Action") are hereby dismissed WITH PREJUDICE as set forth in the Joint Stipulation of Dismissal, and all defenses asserted by Amazon in the *Amazon* Action are hereby dismissed as moot.

It is further ORDERED that all attorneys' fees and costs are to be borne by the Party that incurred them.

So ORDERED and SIGNED this 19th day of May, 2016.

*K. Nicole Mitchell*
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE