IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Cellular Communications Equipment LLC,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>HTC Corporation, et al.,<br><br>　　　　　Defendants. | §<br>§<br>§<br>§<br>§ Civil Action No. 6:13-cv-507 (Lead<br>§ Case)<br>§<br>§<br>§<br>§<br>§ |

## NOTICE OF APPEARANCE OF COUNSEL

Defendants ZTE Corporation and ZTE (USA) Inc. file this Notice of Appearance and hereby notify the Court that Rene E. Mai, of the law firm of Pillsbury Winthrop Shaw Pittman LLP, 501 W. Broadway, Suite 1100, San Diego, CA 92101-3575; telephone 619-234-5000, facsimile 619-236-1995, e-mail: rene.mai@pillsburylaw.com has entered this action as counsel for Defendants ZTE Corporation and ZTE (USA) Inc. In connection with this notice, Mr. Atkins requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on her at the below address and contact information.

Dated: May 24, 2016

　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　PILLSBURY WINTHROP SHAW PITTMAN LLP

　　　　　　　　　　　　　　　　　　By: */s/ Rene E. Mai*
　　　　　　　　　　　　　　　　　　　　　Rene E. Mai
　　　　　　　　　　　　　　　　　　　　　Pillsbury Winthrop Shaw Pittman LLP
　　　　　　　　　　　　　　　　　　　　　501 W. Broadway, Suite 1100
　　　　　　　　　　　　　　　　　　　　　San Diego, CA 92101-3575
　　　　　　　　　　　　　　　　　　　　　rene.mai@pillsburylaw.com
　　　　　　　　　　　　　　　　　　　　　Phone: (619) 234-5000
　　　　　　　　　　　　　　　　　　　　　Fax: (619) 236-1995
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*
　　　　　　　　　　　　　　　　　　　　　*ZTE Corporation and ZTE (USA) Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this **NOTICE OF APPEARANCE OF COUNSEL** via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 24th day of May 2016.

>  */s/ Rene E. Mai*
>  Rene E. Mai

4840-8422-6098.v1