# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | ) ) ) |
| Plaintiff, | ) ) Civil Action No. 6:13-CV-507-KNM ) |
| v. | ) ) (CONSOLIDATED LEAD CASE) |
| HTC CORPORATION, ET AL. | ) ) |
| Defendants. | ) ) ) |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant AT&T Mobility LLC files this Notice of Appearance, and herby notifies the Court that Allan M. Soobert of Paul Hastings LLP enters his appearance as counsel for AT&T Mobility LLC in this matter for purposes of receiving notices and orders from the Court.

Dated: May 24, 2016

Respectfully submitted,

*/s/ Allan M. Soobert*
Allan M. Soobert
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, DC 20005
Telephone: (202) 551-1822
Facsimile: (202) 551-0222
allansoobert@paulhastings.com

COUNSEL FOR DEFENDANT AT&T MOBILITY LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing NOTICE OF APPEARANCE has been forwarded via CM/ECF to all counsel of record on this 24th day of May, 2016.

*/s/ Allan M. Soobert*
Allan M. Soobert