**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>        Plaintiff,<br><br>v.<br><br>HTC CORPORATION et al.,<br><br>        Defendants. | Civil Action No. 6:13-cv-00507-KNM<br><br>JURY TRIAL DEMANDED<br><br>(Lead Case) |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>        Plaintiff,<br><br>v.<br><br>APPLE INC. et al.,<br><br>        Defendants. | Civil Action No. 6:14-cv-00251-KNM<br><br>JURY TRIAL DEMANDED<br><br>(*Consolidated with Civil Action No. 6:13-cv-507*) |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant Apple Inc., files this Notice of Appearance, and hereby notifies the Court that Walter W. Lackey, Jr., of the law firm Findlay Craft, P.C., 102 N. College Ave., Suite 900, Tyler, TX  75702, Telephone (903) 534-1100, Fax (903) 534-1137, E-mail: wlackey@findlaycraft.com has entered this action as counsel for Apple Inc. In connection with this notice, Mr. Lackey requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated: May 24, 2016

Respectfully submitted,

By: */s/ Walter W. Lackey, Jr.*
Walter W. Lackey, Jr.

Texas Bar No. 24050901
FINDLAY CRAFT, P.C.
102 N. College Ave.
Suite 900
Tyler, TX 75702
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
wlackey@findlaycraft.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2016, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

/s/ *Walter W. Lackey, Jr.*
Walter W. Lackey, Jr.

2