# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, § § § § Plaintiff, § § v. § § HTC Corporation, et al., § § Defendants § § § | Civil Action No. 6:13-cv-507-KNM<br><br>Consolidated Lead Case |

## NOTICE OF COMPLIANCE WITH AMENDED DOCKET CONTROL ORDER AND FILING OF LETTER BRIEF SEEKING LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT OF NO WILLFUL INFRINGEMENT

In compliance with the Court's Amended Docket Control Order (Dkt. No. 527), Defendant AT&T Mobility LLC ("AT&T") files this Notice of its letter brief to the Court, seeking leave to file a motion for summary judgment that AT&T has not willfully infringed U.S. Patent No. 8,055,820. The letter brief is attached as Exhibit 1.

| | |
|---|---|
| Dated: June 3, 2016 | Respectfully submitted,<br><br>/s/ Christopher W. Kennerly<br>Christopher W. Kennerly<br>TX Bar No. 00795077<br>chriskennerly@paulhastings.com<br>Jonas P. Herrell (*pro hac vice*)<br>CA Bar No. 279075<br>jonasherrell@paulhastings.com<br>Paul Hastings LLP<br>1117 S. California Ave.<br>Palo Alto, CA 94304-1106<br>Telephone: (650) 320-1800<br>Facsimile: (650) 320-1900<br><br>Jeffrey D. Comeau (*pro hac vice*)<br>CA Bar No. 259679<br>jeffreycomeau@paulhastings.com<br>Paul Hastings LLP<br>4747 Executive Drive<br>Twelfth Floor<br>San Diego, CA 92121-3114<br>Telephone: (858) 458-3000<br>Facsimile: (858) 458-3005<br><br>Trey Yarbrough<br>TX Bar No. 22133500<br>trey@yw-lawfirm.com<br>YARBROUGH WILCOX, PLLC<br>100 E. Ferguson St., Suite 1015<br>Tyler, Texas 75702<br>Telephone (903) 595-3111<br>Facsimile (903) 595-0191<br><br>**ATTORNEYS FOR AT&T MOBILITY LLC** |

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2016, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Christopher W. Kennerly
Christopher W. Kennerly