IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Cellular Communications Equipment LLC, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 6:13-cv-507-LED |
| v. | § | |
| | § | |
| HTC Corporation et al., | § | CONSOLIDATED LEAD CASE |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

**NOTICE OF APPEARANCE OF COUNSEL**

Defendant Apple Inc. ("Apple") files this Notice of Appearance, and hereby notifies the Court that Lisa K. Nguyen of the law firm Latham & Watkins LLP, 140 Scott Drive, Menlo Park, California, 94025, Telephone (650) 328-4600, Fax (650) 463-2600, E-mail: Lisa.Nguyen@lw.com has entered this action as counsel for Apple. In connection with this notice, Ms. Nguyen requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on her at the above address and contact information.

Dated: June 8, 2016                                       Respectfully submitted,

By: */s/ Lisa K. Nguyen*
Lisa K. Nguyen
CA State Bar No. 244280
Latham & Watkins LLP
140 Scott Drive
Menlo Park, CA 94025
Tel: (650) 328-4600
Fax: (650) 463-2600
Email:  Lisa.Nguyen@lw.com

*Attorney for Defendant Apple Inc.*

2

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A) on June 8, 2016.

                                              /s/ *Lisa K. Nguyen*
                                              Lisa K. Nguyen