**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,**<br><br>  Plaintiff,<br><br>v.<br><br>**HTC CORPORATION, et al.,**<br><br>  Defendants. | **Civil Action No. 6:13-cv-507**<br><br>**JURY TRIAL DEMANDED**<br>**(Consolidated Lead Case)** |
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,**<br><br>  Plaintiff,<br><br>v.<br><br>**ZTE CORPORATION, et al.**<br><br>  Defendants. | **Civil Action No. 6:13-cv-511**<br><br>**JURY TRIAL DEMANDED** |

**ORDER ON JOINT MOTION TO DISMISS WITHOUT PREJUDICE**

Before the Court is the joint motion to dismiss without prejudice as to constituent Civil Action Nos. 6:13-cv-507 and 6:13-cv-511. Having considered the motion and finding that good cause exists for the granting of the same, the Court is of the opinion that it should be in all respects GRANTED.

IT IS THEREFORE ORDERED that constituent Civil Action Nos. 6:13-cv-507 and 6:13-cv-511 are DISMISSED WITHOUT PREJUDICE. This order does not affect or otherwise address constituent Civil Action No. 6:14-cv-251.

The remaining earliest filed civil action (Civil Action No. 6:14-cv-251) shall now serve as the lead case for consolidated issues. The parties shall notify the Court within 10 days if there are any docket entries in this case that should be entered in Civil Action No. 6:14-cv-251.

So ORDERED and SIGNED this 6th day of July, 2016.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE