AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Eastern District of Texas, Tyler Division__ on the following

☑ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>6:13-cv-507 | DATE FILED<br>6/25/2013 | U.S. DISTRICT COURT<br>Eastern District of Texas, Tyler Division |
|---|---|---|
| PLAINTIFF<br>CELLULAR COMMUNICATIONS EQUIPMENT LLC | | DEFENDANT<br>HTC CORPORATION, et al |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 7,218,923 | 5/15/2007 | CELLULAR COMMUNICATIONS EQUIPMENT LLC |
| 2 | 8,055,820 | 11/8/2011 | CELLULAR COMMUNICATIONS EQUIPMENT LLC |
| 3 | 6,819,923 | 11/16/2004 | CELLULAR COMMUNICATIONS EQUIPMENT LLC |
| 4 | 7,215,962 | 5/8/2007 | CELLULAR COMMUNICATIONS EQUIPMENT LLC |
| 5 | 7,941,174 | 5/10/2011 | CELLULAR COMMUNICATIONS EQUIPMENT LLC |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| It is therefore ORDERED that constituent Civil Action 6:13-cv-507 is DISMISSED WITHOUT PREJUDICE. |

| CLERK<br>*David A. O'Toole* | (BY) DEPUTY CLERK<br>Gleith S Green | DATE<br>07/06/2016 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**

AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Eastern District of Texas, Tyler Division__ on the following

☑ Trademarks or  ☐ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>6:13-cv-507 | DATE FILED<br>6/25/2013 | U.S. DISTRICT COURT<br>Eastern District of Texas, Tyler Division |
|---|---|---|
| PLAINTIFF<br>CELLULAR COMMUNICATIONS EQUIPMENT LLC | | DEFENDANT<br>HTC CORPORATION, et al |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,377,804 | 4/23/2002 | CELLULAR COMMUNICATIONS EQUIPMENT LLC |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| It is therefore ORDERED that constituent Civil Action 6:13-cv-507 is DISMISSED WITHOUT PREJUDICE. |

| CLERK<br>David A. O'Toole | (BY) DEPUTY CLERK<br>Gleith S Green | DATE<br>07/06/2016 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**